SAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

CAROLYN GREENE, On Behalf of Herself
And All Others Similarly Situated

V.

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS

## SUMMONS IN A CIVIL CASE

### 03 12628 NG

CASE NUMBER:

TO: (Name and address of Defendant)    Thomas A. Moore, c/o Biopure Corporation,
11 Hurley Street, Cambridge, MA  02141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.,
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(By) DEPUTY CLERK

DEC 30 2003
_____
DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server


                                          _____
                                          Address of Server




**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 19, 2004

I hereby certify and return that on 1/12/2004 at 12:15PM I served a true and attested copy of the SUMMONS AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS in this action in the following manner: To wit, by delivering in hand to HAZAL FARNEY, agent, person in charge at the time of service for THOMAS A MOORE, at , 11 HURLEY Street, C/O BIOPURE CORPORATION Cambridge, MA 02141. Attest ($5.00). Basic Service Fee ($30.00). Postage and Handling ($1.00). Travel ($1.28) Total Charges $37.28

_____
                    Deputy Sheriff

(1