# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

CAROLYN GREENE, On Behalf of Herself
And All Others Similarly Situated

V.

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12628 NG

TO: (Name and address of Defendant)

Ronald F. Richards, c/o Biopure Corporation,
11 Hurley Street, Cambridge, MA  02141

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS    DATE: DEC 30 2003

(By) DEPUTY CLERK [signature]

# RETURN OF SERVICE

NAME

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

January 19, 2004

I hereby certify and return that on 1/12/2004 at 12:13PM I served a true and attested copy of the SUMMONS AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS in this action in the following manner: To wit, by delivering in hand to HAZAL FARNEY, agent, person in charge at the time of service for RONALD F. RICHARDS, at, 11 HURLEY Street, C/O BIOPURE CORPORATION Cambridge, MA 02141. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

_____
Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.