AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

CAROLYN GREENE, On Behalf of Herself
And All Others Similarly Situated

V.

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE

**03 - 12628 NG**

2004 FEB -6 P 12: 11

DISTRICT OF MASS.

CASE NUMBER:

TO: (Name and address of Defendant)

Biopure Corporation
11 Hurley Street
Cambridge, MA   02141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA   01906

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DEC 30 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                    Signature of Server

_____
Address of Server

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*                                                    January 19, 2004

I hereby certify and return that on 1/12/2004 at 12:16PM I served a true and attested copy of the SUMMONS AND CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS in this action in the following manner: To wit, by delivering in hand to HAZEL FARNEY, agent, person in charge at the time of service for BIOPURE CORPORATION, at , 11 HURLEY Street,  Cambridge, MA 02141. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

_____
Deputy Sheriff

(1)