## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

I/We, George Eliopoulos, hereby certify that the following is true and correct to the best of my/our knowledge, information and belief:

1.   I/We have reviewed the complaint filed against *Biopure Corporation* (the "Complaint"), and have authorized the filing of a complaint on my/our behalf.   I/We retain Berman, DeValerio Pease Tabacco Burt & Pucillo to represent me/us in this action.

2.   I/We am/are willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

3.   My/Our transaction(s) in Biopure Corporation common stock during the Class Period are as follows:

| Trade Date | Number of Shares Purchased | Price Per Share |
|---|---|---|
| 9/19/03 | 2,000 | 7.50 (net amount: 15,412) |
| 6/05/03 | 2,500 | 6.19 (net amount: 15,499.95) |
| 6/09/03 | 1,500 | 6.45 (net amount: 9,702.95) |
| 8/04/03 | 975 | 7.48 (net amount: 7,317.95) |
| 8/08/03 | 1,200 | 7.16 (net amount: 8,624.95) |
| 8/22/03 | 1,500 | 7.50 (net amount: 11,274.95) |

| Trade Date | Number of Shares Sold | Price Per Share |
|---|---|---|
| 10/31/03 | 2,000 | 3.48 (net amount: 6,874) |
| 10/30/03 | 2,500 | 3.84 (net amount: 9,593.79) |
| 10/30/03 | 1,500 | 3.84 (net amount: 5,756.84) |
| 10/30/03 | 975 | 3.84 (net amount: 3,741.88) |
| 10/30/03 | 1,200 | 3.84 (net amount: 4,605.87) |

| 10\30\03 | 1,500 | 3.84 (net amount: 5,756.26) |
| --- | --- | --- |
|  |  |  |

4.      I/We did not purchase these securities at the direction of my/our

counsel, or in order to participate in any private action arising under the Securities

Exchange Act of 1934.

5.      During the three year period preceding the date of my/our signing

this Certification, I/we have not sought to serve, nor have I/we served, as a

representative to any party on behalf of a class in any private action arising under

the Securities Exchange Act of 1934.

6.      I/We will not accept any payment for serving as a representative

party on behalf of the Class beyond my/our pro rata share of any possible

recovery, except for an award, as ordered or approved by the court, for reasonable

costs and expenses (including lost wages) directly relating to my/our

representation of the Class.

Signed under the penalties of perjury this 27 day of February 20 04

_____

George Eliopoulos

_____

2

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, _MARK MENTZ_ ("Plaintiff") declare as to the claims asserted under the federal securities laws, that:

1.    I have reviewed the class action complaint asserting securities claims against Biopure Corporation and wish to join as a plaintiff, retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in Biopure Corporation during the Class Period (March 5, 2003 through December 24, 2003) are listed below:

| # of shares | Transaction (buy/sell) | Date | Price Per Share |
|---|---|---|---|
| 1,000 | BUY | 8/2/03 | 7.00 |
| 1,000 | SELL | 9/3/03 | 7.94 |
| 1,000 | SELL | 9/3/03 | 7.92 |
| 1,000 | BUY | 9/23/03 | 6.94 |
| 1,000 | BUY | 9/25/03 | 6.42 |
| 1,000 | BUY | 9/29/03 | 5.50 |
| 500 | BUY | 10/8/03 | 6.10 |
| 1,200 | BUY | 10/20/03 | 6.08 |
| 1,000 | SELL | 10/20/03 | 6.59 |
| 1,000 | BUY | 10/23/03 | 5.72 |
| 2,000 | SELL | 10/30/03 | 3.84 |
| 500 | BUY | 12/16/03 | 2.55 |

5.    During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions under the federal securities laws except as follows:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this _22_ day of January, 2004.

Signed: _____

Name: _MARK MINTZ_

Address: _20 ROBIN LAKE DRIVE_
_CHERRY HILL, NJ 08003_

_____

Telephone: _856 - 427 - 0930_

County of Residence: _CAMDEN_

2

MARK MENTZ
Name

20 ROBEN LAKE DRIVE
CHERRY HILL, NJ 08003
Address

CAMDEN
County

856 427 0930
Phone

MATANT7@COMCAST.NET
E-Mail address

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, _Dale Self_ , ("Plaintiff") declare as to the claims asserted under the federal securities laws, that:

1.    I have reviewed the class action complaint asserting securities claims against Biopure Corporation and wish to join as a plaintiff, retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    My transactions in Biopure Corporation during the Class Period (March 5, 2003 through December 24, 2003) are listed below:

| # of shares | Transaction (buy/sell) | Date | Price Per Share |
|---|---|---|---|
| 1380 | Buy | 10-31-03 | 3.55 |
| 5320 | Buy | 10-31-03 | 3.60 |
| 3300 | Buy | 10-31-03 | 3.59 |
| ~~1000~~ | ~~Buy~~ | ~~~~ | ~~~~ |
| ~~1000~~ | ~~Buy~~ | ~~~~ | ~~~~ |
| 10,000 | Sold | 1-16-04 | 2.04 |
| | | | |
| | | | |

5.    During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions under the federal securities laws except as follows:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this _____22nd_____ day of January, 2004.

Signed: _Dale Self_

Name: _Dale Self_

Address: _4814 Mirabella Pl_
_Lutz, FL 33558_

Telephone: _(813) 792 9288_

County of Residence: _Hillsborough._

2

Dale Self
Name

4814 Mirabella Pl
Address

Lutz, FL 33558

Hillsborough
County

813 792 9288
Phone

dself@tampabay.rr.com
E-Mail address