## *Biopure Corporation Shareholder Losses*

**Class Period:** 3/5/03-12/24/03              $2.0295 PPS= Avg. Price 12/25/03-3/1/04

| SHARE-HOLDER | TRADE DATE | TYPE | # BOUGHT | # SOLD | PRICE / SHARE | COST |
|---|---|---|---|---|---|---|
| Eliopoulus, George | 6/5/2003 | Shares | 2,500 | | $6.2000 | ($15,499.950) |
| | 6/9/2003 | Shares | 1,500 | | $6.4686 | ($9,702.950) |
| | 8/4/2003 | Shares | 975 | | $7.5056 | ($7,317.950) |
| | 8/8/2003 | Shares | 1,200 | | $7.1875 | ($8,624.950) |
| | 8/22/2003 | Shares | 1,500 | | $7.5166 | ($11,274.950) |
| | 9/19/2003 | Shares | 2,000 | | $7.5000 | ($15,000.000) |
| | 10/30/2003 | Shares | | (2,500) | $3.8375 | $9,593.790 |
| | 10/30/2003 | Shares | | (1,500) | $3.8375 | $5,756.270 |
| | 10/30/2003 | Shares | | (975) | $3.8375 | $3,741.580 |
| | 10/30/2003 | Shares | | (1,200) | $3.8375 | $4,605.020 |
| | 10/30/2003 | Shares | | (1,500) | $3.8375 | $5,756.260 |
| | 10/31/2003 | Shares | | (2,000) | $3.4800 | $6,960.000 |
| **SUBTOTALS:** | | | 9,675 | (9,675) | | ($31,007.830) |
| **TOTAL # SHARES REMAINING:** | | | | 0 | | |
| **TOTAL # SHARES REMAINING * $2.0295** | | | | $0.000 | | |
| **TOTAL LOSSES:** | | | | ($31,007.830) | | |
| Mentz, Mark | 08/12/03 | Shares | 1,000 | | $7.000 | ($7,000.000) |
| | 09/03/03 | Shares | | (1,000) | $7.920 | $7,920.000 |
| | 09/23/03 | Shares | 1,000 | | $6.940 | ($6,940.000) |
| | 09/25/03 | Shares | 1,000 | | $6.420 | ($6,420.000) |
| | 09/29/03 | Shares | 1,000 | | $5.500 | ($5,500.000) |
| | 10/08/03 | Shares | 500 | | $6.100 | ($3,050.000) |
| | 10/20/03 | Shares | 1,000 | | $6.080 | ($6,080.000) |
| | 10/20/03 | Shares | | (1,000) | $6.590 | $6,590.000 |
| | 10/23/03 | Shares | 1,000 | | $5.720 | ($5,720.000) |
| | 10/30/03 | Shares | | (2,000) | $3.840 | $7,680.000 |
| | 12/16/03 | Shares | 500 | | $2.550 | ($1,275.000) |
| **SUBTOTALS:** | | | 7,000 | (4,000) | | ($19,795.000) |
| **TOTAL # SHARES REMAINING:** | | | | 3,000 | | |
| **TOTAL # SHARES REMAINING * $2.0295** | | | | $6,088.500 | | |
| **TOTAL LOSSES:** | | | | ($13,706.500) | | |
| Self, Dale | 10/31/03 | Shares | 1,380 | | $3.550 | ($4,899.000) |
| | 10/31/03 | Shares | 5,320 | | $3.600 | ($19,152.000) |
| | 10/31/03 | Shares | 3,300 | | $3.590 | ($11,847.000) |
| | 01/16/04 | Shares | | (10,000) | $2.040 | $20,400.000 |
| **SUBTOTALS:** | | | 10,000 | (10,000) | | ($15,498.000) |
| **TOTAL # SHARES REMAINING:** | | | | 0 | | |
| **TOTAL # SHARES REMAINING * $2.0295** | | | | $0.000 | | |
| **LEIBINGER TOTAL LOSSES:** | | | | ($15,498.000) | | |
| **SUBTOTALS:** | | | 26,675 | (23,675) | | ($66,300.830) |
| **TOTAL # SHARES REMAINING:** | | | | 3,000 | | |
| **TOTAL # SHARES REMAINING * $2.0295** | | | | $6,088.500 | | |
| **TOTAL LOSSES:** | | | | ($60,212.330) | | |