malpractice.

Prior to joining CMHT, Mr. Weltman was class counsel in a number of antitrust matters: *Industrial Gas Antitrust Litigation*, the *Records and Tapes Antitrust Litigation*, and the *Glass Containers Antitrust Litigation*. He is currently acting as co-lead counsel in: *In re Carbon Black Antitrust Litigation* (MDL Docket No. 1543); *In re EPDM Antitrust Litigation* (MDL Docket No. 1542); and *In re Pressure Sensitive Labelstock Antitrust Litigation* (MDL Docket No. 1556). He is also currently litigating *S&M Farm Supply v. Pharmacia, et al.* (E.D. Mo.), an antitrust class action involving price-fixing and market allocation in the non-selective herbicide market, including glyphosate. Mr. Weltman also assisted lead partner, Michael Hausfeld, in the recently completed Choline Chloride price-fixing trial in *In re Vitamins Antitrust Litigation,* MDL No. 1285 (D.D.C.).

In the area of securities fraud, Mr. Weltman has served as co-lead counsel in a class action that resulted in an aggregate recovery of approximately $26.5 million from two defendants -- a large Kansas City law firm and one of the big five accounting firms. He served as Derivative Plaintiffs' Lead Counsel in a securities fraud and derivative/breach of fiduciary duty case in which a $33 million settlement was reached with the former directors and officers of the Public Service Company of New Mexico. Mr. Weltman served as co-lead counsel in *Benfield v. Steindler, et al. and General Electric Co.*, (C-1-92-729) (S.D. Ohio), a derivative action in which a settlement of $21 million was reached on behalf of the plaintiffs. He has represented Pacific Life Insurance Company as an individual plaintiff in a securities fraud action arising out of the Republic Bank failure. While at CMHT, he continues to represent Pacific Life Insurance Company as an individual plaintiff investor in the WorldCom securities fraud litigation and is co-lead counsel in *Dloogatch v. Mercury Finance, et al.,* 97 CH 8790 (Circuit Court of Cook County, Chancery Division).

Mr. Weltman also has served as co-lead counsel in several consumer fraud class action suits,

including *Riverol, et al. v. Disney, et al.* (Florida State Court, Miami), a class action that involved

homeowners whose homes were defectively constructed and that resulted in a settlement of $10.5 million,

and *Shifris v. Novartis Corporation*, 97 CH 3331 (Circuit Court of Cook County, Chancery Division), a

nationwide false advertising/marketing class action that settled in excess of $4 million using fluid recovery.

He has successfully tried or prosecuted to settlement numerous accounting malpractice cases on behalf of

individual clients.

Mr. Weltman graduated from The John Marshall Law School (J.D., *High Distinction*, 1978) where

he was a member of the Law Review.  Since graduating from The John Marshall Law School, he has

returned as an adjunct instructor, and as a lecturer and panel member for numerous FDIC and RTC

investigator training seminars.  In addition, he has been a lecturer and panel member for AICPA Litigation

Support Section seminars where he has lectured on accountants' liability issues and has demonstrated the

utilization of expert witnesses.  Mr. Weltman has also been a lecturer for the Illinois Institute for

Continuing Legal Education on securities fraud litigation and accountants' malpractice and has co-authored

an article for the <u>ABA Antitrust</u> magazine analyzing the Chicago School's influence on the Seventh

Circuit's antitrust jurisprudence as of 1989.

Mr.Weltman is a member of the Illinois Bar and is admitted to practice in numerous federal district

and circuit courts across the United States.  He is currently serving as the partner in charge of the firm's

Chicago office.


<u>CHRISTINE E. WEBBER</u>

Christine E. Webber graduated from Harvard University (A.B., *magna cum laude,* 1988) and the

University of Michigan Law School (J.D., *magna cum laude*, 1991, Order of the Coif).  Following law

school, Ms. Webber clerked for the Honorable Hubert L. Will, United States District Judge for the Northern

District of Illinois. Ms. Webber is a member of the bar of Illinois, the District of Columbia, and the United

States Courts of Appeals for the Fourth, Ninth and D.C. Circuits.

Prior to joining Cohen, Milstein in 1997, Ms. Webber received a Women's Law and Public Policy

fellowship and worked for four years at the Washington Lawyers' Committee for Civil Rights and Urban

Affairs in their Equal Employment Opportunity Project. While there she worked on a variety of

employment discrimination cases, and focused in particular on the sexual harassment class action *Neal, et*

*al. v. Director, D.C. Department of Corrections, et al.* Ms. Webber participated in the trial of this

groundbreaking sexual harassment class action in 1995. Ms. Webber also tried the race discrimination case

*Cooper v. Paychex* (E.D. Va.), and successfully defended the plaintiffs' verdict before the Fourth Circuit.

Ms. Webber works in the firm's Civil Rights Practice Group where she represents plaintiffs in class

action employment discrimination and Fair Labor Standards Act cases. She is currently representing

plaintiffs in *Beck v. The Boeing Co.*, a class action alleging sex discrimination in compensation and

promotions, and *Nouri v. The Boeing Co.*, a class action alleging race and national origin discrimination

against a group of Asian-Americans, both pending in the Western District of Washington. She was counsel

in *Trotter v. Perdue* (D. Del.), representing plaintiffs who were wrongly denied payment of overtime

wages, and obtaining a $10 million settlement. She is also representing workers in a similar case against

*Tyson Foods, Inc.* Ms. Webber's most recently filed cases are *Hnot v. Willis* (S.D.N.Y.), representing a

proposed class of women at the vice-president level and above challenging sex discrimination in

compensation and promotions and *Jenkins v. BellSouth* (N.D. Ala.), representing a proposed class of

African-American employees challenging race discrimination in promotions and compensation.

Ms. Webber is a member of the National Employment Lawyers' Association (NELA) and co-chair

of their Class Action Committee, and is a member of the Board of Advisors for the Annual Review of Gender and Sexuality Law of the Georgetown Journal of Gender and Law.

The firm's other attorneys are:

### SUSAN E. FATTIG

Susan E. Fattig joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in September 2002 to concentrate on individual personal injury cases as a member of the firm's Consumer Protection & Product Liability Practice Group. She currently represents clients in OxyContin and phenylpropanolamine (PPA) litigation.

Ms. Fattig's previous experience includes child safety seat and pharmaceutical litigation. As Of Counsel to Robert A. Rohrbaugh, Esq., she represented families of children injured by the Cosco Grand Explorer and Cosco Explorer booster seats. Those cases, including *Elking v. Cosco, Inc.* and *Fairfax v. Cosco, Inc.*, resulted in favorable settlements for the plaintiffs. More recently she represented individual plaintiffs injured by fen-phen and PPA while practicing in the mass torts group of a Washington, D.C. personal injury law firm.

Ms. Fattig, a *magna cum laude* graduate of the University of Nebraska at Kearney, obtained her law degree from Notre Dame Law School. Ms. Fattig is licensed to practice law in Nebraska and the District of Columbia and is a member of the D.C. Trial Lawyers Association and ATLA.

### MARLENE F. GIBBONS

Marlene F. Gibbons joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Of Counsel in February,

2000.  Prior to joining CMHT, Ms. Gibbons was a Trial Attorney with the Civil Fraud Section, Civil

Division, United States Department of Justice in Washington, D.C., where she was trial counsel for the

United States in numerous multi-million dollar False Claims Act cases.

Ms Gibbons has practiced extensively in the area of complex civil litigation, with emphasis in

healthcare fraud, federal government program fraud and False Claims Act qui tam (whistle blower) suits.

Ms. Gibbons is part of the CMHT Healthcare Practice Group and also handles qui tam actions on behalf of

relators or whistle blowers.

During her tenure with the Department of Justice, Ms. Gibbons handled healthcare fraud cases

involving medical clinics, durable medical equipment manufacturers and dealers, hospitals, home

healthcare entities, diagnostic services companies and nursing homes.  She also served as Chairperson of a

DOJ national fraud initiative that involved hundreds of healthcare providers around the country and over

$100 million dollars in alleged overcharges to the Medicare program.  Ms. Gibbons also handled cases

involving fraud against HUD, Department of Education, and Environmental Protection Agency programs,

as well as Department of Defense procurement contract mischarging.  Ms. Gibbons was with the Civil

Fraud Section for 12 years.

Ms. Gibbons attended the California State University in Fullerton where she received her B.A. in

1974.  She obtained her law degree from the University of Richmond in 1981.  She was Associate Editor of

the University of Richmond Law Review.  Thereafter, she practiced with the national law firm of Squire,

Sanders and Dempsey in its Washington, D.C. office where she worked in the area of civil litigation.  She

participated in litigation against former officers and directors of insolvent savings and loan associations in

the 1980s, including the action involving Sunrise Savings & Loan Association in Florida that settled for

over $200 million.

## CATHERINE A. TORELL

Ms. Torell's experience lies primarily in federal securities and class action litigation. Prior to joining Cohen, Milstein, Ms. Torell was associated with the firm of Entwistle & Cappucci LLP, where she served as one of co-lead counsel in *In re Providian Financial Securities Litigation*, MDL No. 1301 (E.D. Pa.) which culminated in a $38 million settlement. In approving the settlement, the Court remarked on the "extremely high quality" and "skill and efficiency" of plaintiffs' counsel's work throughout the litigation. Ms. Torell also was previously associated with Goodkind Labaton Rudoff & Sucharow LLP, where she served as one of counsel to the New York City Pension Funds in *In re Orbital Sciences Corp. Securities Litigation*, 99-197-A ($22.5 million settlement) in which she defeated defendants' motion to dismiss, and as one of counsel to the Florida State Board of Administration in *LaPerriere v. Vesta Insurance Group, et al.*, 98-CV-1407, which ultimately resulted in a $61 million settlement.

Ms. Torell received her law degree from St. John's University School of Law where she was the recipient of the Federal Jurisprudence Award. Ms. Torell is admitted to practice in New York, the United States District Courts for the Southern and Eastern Districts of New York and has also been admitted to the United States Court of Appeals for the Sixth Circuit.

## RICHARD A. KOFFMAN

Richard A. Koffman joined CMHT as Of Counsel in April, 2003 and is a member of the Antitrust Practice Group. He has extensive experience in complex litigation and class actions, with an emphasis in antitrust and civil rights litigation.

Mr. Koffman came to CMHT after four years as a senior trial attorney with the Antitrust and Civil

Rights Divisions of the United States Department of Justice. Prior to joining the Department of Justice, he spent seven years in private practice: first with Fine, Kaplan and Black in Philadelphia, Pennsylvania, working primarily on antitrust class actions and other complex commercial litigation, and then with Bernabei & Katz in Washington, D.C., handling employment discrimination cases. Mr. Koffman was actively involved in litigating several successful antitrust class actions on behalf of plaintiffs, including *In re Nasdaq Market-Makers Antitrust Litigation*, MDL No. 1023 (S.D.N.Y.); *In re Polypropylene Carpet Antitrust Litigation*, M.D.L. No. 1075 (N.D. Ga.); *In re Commercial Explosives Antitrust Litigation*, MDL No. 1093 (D. Utah); and *In re Drill Bits Antitrust Litigation*, C.A. No. H-91-627 (S.D. Tex.).

Mr. Koffman is a graduate of Yale Law School (J.D., 1990), where he was a Senior Editor of the Yale Law Journal, and Wesleyan University (B.A., *with honors*, 1986). After law school, he served as a judicial clerk for U.S. District Judge James B. McMillan of the Western District of North Carolina, and for U.S. Circuit Judge Anthony J. Scirica of the U.S. Court of Appeals for the Third Circuit. Mr. Koffman is a member of the bars of the District of Columbia, the United States Supreme Court, the U.S. Court of Appeals for the Third Circuit, and the U.S. District Court for the Eastern District of Pennsylvania.

<u>SUSAN R. SCHWAIGER</u>

Susan R. Schwaiger joined CMHT as Of Counsel in April 2001 and is a member of the Antitrust Practice Group practicing in the New York City office. She has practiced in the area of complex litigation and class actions, with an emphasis in antitrust, securities and civil rights litigation.

Prior to joining CMHT, Ms. Schwaiger was an associate in litigation at Shearman & Sterling LLP and Pomerantz Haudek Block Grossman & Gross LLP in New York City. At Shearman & Sterling, she

was a key member of the litigation team representing Shannon Faulkner and several other women in their successful challenge to the all-male admissions policy of The Citadel Corps of Cadets in Charleston, South Carolina. After a total of 19,000 hours spent over five years of litigation and three appeals, women were admitted to The Citadel and the court awarded $4.6 million in fees to plaintiffs' counsel as a result of the defendants' "scorched earth tactics."

Ms. Schwaiger currently works on a number of major multi-district antitrust litigations, including *In re Lorazepam and Clorazepate Antitrust Litigation*, MDL Docket No. 1290 (D.D.C.); *In re Microcrystalline Cellulose Antitrust Litigation*, MDL Docket No. 1402 (E.D. Pa.); *In re K-Dur Antitrust Litigation*, MDL Docket No. 1419 (D.N.J.); *In re Methionine Antitrust Litigation*, MDL Docket No. 1311 (N.D. Cal.); *In re Buspirone Antitrust Litigation*, MDL Docket No. 1410 (S.D.N.Y.); and *In re Automotive Refinishing Paint Antitrust Litigation*, MDL Docket No.1426 (E.D. Pa.). At the Pomerantz firm she worked on *In re Sorbates Direct Purchaser Antitrust Litigation*, No. C98-4886 (N.D. Cal.), which resulted in the creation of an $82 million partial settlement fund.

Ms. Schwaiger graduated *cum laude* from Brooklyn Law School in 1992, where she was a member of the Brooklyn Law Review. She received her bachelor's degree in 1971 from the University of Tennessee and a master's degree from the University of Kentucky in 1973.


## JACQUELINE E. BRYKS

Jacqueline E. Bryks joined CMHT in January 2002, where she is Of Counsel in the firm's New York City office. She has extensive experience practicing in the area of complex litigation, with a particular emphasis in antitrust, securities, intellectual property and employment matters. Ms. Bryks has

been involved in trials before juries and judges as well as in hearings before arbitrators and mediators.

Ms. Bryks received her undergraduate degree from Colgate University in 1985. She received her law degree *magna cum laude* from Brooklyn Law School in 1992, where she was as an Executive Editor of the Law Review. Directly after law school, Ms. Bryks served as a law clerk to the Honorable Leonard D. Wexler, then U.S. District Judge for the Eastern District of New York. Prior to joining CMHT, Ms. Bryks was associated with Sullivan & Cromwell. While at Sullivan & Cromwell, Ms. Bryks was recognized by the Legal Aid Society of the City of New York for her outstanding *pro bono* service.

### DOUGLAS J. McNAMARA

Douglas J. McNamara graduated from SUNY Albany (B.A., *summa cum laude,* 1992) and New York University School of Law (J.D. 1995). Following law school, Mr. McNamara worked three years at New York City's Legal Aid Society, defending indigent criminal defendants at trial and on appeal. Subsequently, he joined the law firm of Arnold & Porter, specializing in pharmaceutical and product liability cases. He has authored two law review articles: *Buckley, Imbler and Stare Decisis: The Present Predicament of Prosecutorial Immunity and An End to Its Absolute Means*, 59 Alb. L. Rev. 1135 (1996); and *Sexual Discrimination and Sexual Misconduct: Applying New York's Gender-Specific Sexual Misconduct Law to Minors*, 14 Touro L. Rev. 477 (Winter 1998).

Mr. McNamara joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2001, where he practices in the firm's Consumer Products and Antitrust Practice Groups. Mr. McNamara is a member of the New York bar, and admitted in the Southern and Eastern Districts of New York.

## AGNIESZKA M. FRYSZMAN

Agnieszka M. Fryszman is a member of the firm's International Human Rights Practice Group. She graduated from Brown University (A.B. 1986) and Georgetown University Law Center (J .D., *magna cum laude,* 1996, Order of the Coif), where she was a Public Interest Law Scholar. Before joining the firm, Ms. Fryszman was Democratic counsel to the United States House of Representatives Committee on the Judiciary, Subcommittee on Commercial and Administrative Law. She also served as counsel to Representative Henry Waxman, Ranking Member on the House Government Reform and Oversight Committee.

At Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Ms. Fryszman specializes in complex civil litigation. She represented survivors of Nazi-era forced and slave labor against the German and Austrian companies that enslaved them (the cases were resolved by international negotiations resulting in a multi-billion dollar settlement); victims of human rights abuses by Exxon Mobil's security forces in Indonesia; and the former "comfort women" who were forced into sexual slavery by the Government of Japan during World War II.

Ms. Fryszman has been admitted to practice in New Jersey, Washington, D.C., and the United States District Court for the District of Columbia.

## STEFANIE F. ROEMER

Stefanie F. Roemer joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003. She focuses primarily on securities litigation. Prior to joining the firm, Ms. Roemer was an Assistant United

States Attorney, prosecuting all phases of federal and local crimes in the U.S. District Court for the District of Columbia, D.C. Superior Court, D.C. Court of Appeals and D.C. Circuit. Prior to that she was also an associate at Jones, Day, Reavis & Pogue, where she focused on civil litigation.

Ms. Roemer graduated from Brown University (B.A., American Studies, 1988) and obtained her law degree from George Washington University National Law Center *with honors* (J.D. 1993). While in law school, she was the Editor-In-Chief & Staff Writer for the Commercial Protection Reporting Service from 1991 to 1993, and co-authored *Sharing Bank Secrecy Act Information with States*, which was published in the Civil Remedies in Drug Enforcement Report in 1992. Following law school, she served as a law clerk to Chief Judge John Garrett Penn, United States District Court for the District of Columbia (1994-1996) and as a law clerk to Chief Judge Loren A. Smith, United States Court of Federal Claims (1993-1994).

Ms. Roemer is admitted to practice in D.C., Maryland and Pennsylvania.


## CHARLES E. TOMPKINS

Charles Tompkins graduated from Colgate University (B.A., *magna cum laude*, 1992) and the University of Virginia School of Law (J.D. 1997). Following law school, Mr. Tompkins was an associate with the Washington, D.C. office of Akin, Gump, Strauss, Hauer & Feld, L.L.P. While at Akin, Gump, Mr. Tompkins focused primarily on complex employment class action litigation.

Since joining Cohen, Milstein, Mr. Tompkins has specialized in representing employees in complex employment actions alleging violations of the Fair Labor Standards Act and the Employee Retirement Income Security Act, as well as in representing plaintiffs in antitrust class actions alleging violations of

both federal and state antitrust law. He is currently involved with, among other matters, the following employment litigation: *M.H. Fox, et al. v. Tyson Foods, Inc.*, Case No. CV-99-TMP-1612-M (N.D. Ala.), and *Leona Trotter, et al. v. Perdue Farms, Inc.*, et al., Case No. 99-893-RRM (D. Del.). In addition, Mr. Tompkins is involved in the following antitrust actions: *Nate Pease, et al. v. Jasper Wyman & Son, et al.*, Civil Action No. 00-015 (Knox Cty., Me.), and *Paper Systems, Inc., et al. v. Mitsubishi Corp., et al.*, Civil Action No. 96-C-0959 (E.D. Wisc.).

Recently Mr. Tompkins was involved in the briefing and argument of *Free v. Abbott Laboratories*, No. 99-391, before the Supreme Court of the United States, and in the litigation of *Amo Marine Products, Inc. v. Brunswick Corp.*, Civil Action No. 99 CV 243 (D. Minn.), an antitrust action that was settled successfully in 1999. Mr. Tompkins has been admitted to practice in New York, Washington, D.C. and the United States District Court for the District of Columbia.


## DONNA F. SOLEN

Donna Solen graduated from the Florida State University (B.S., *magna cum laude*, 1994) and obtained her law degree from the University of Florida College of Law (J.D., *with honors*, 1997). While at the University of Florida, Ms. Solen served as editor-in-chief of the Florida Journal of International Law and was the author of a note entitled *ISO 14000: Emerging International Environmental Law*, 10 Fla. J. Int'l L. 275 (1995) and a comment entitled *Forum Non Conveniens and the International Plaintiff*, 9 Fla. J. Int'l L. (1994).

At Cohen, Milstein, Ms. Solen concentrates on complex litigation and class actions in healthcare and consumer protection matters. She is currently working on, among other things, *In re Lupron Marketing*

*and Sales Practices Litigation*, MDL No. 1430 (D. Mass.) (class action lawsuit for violations of RICO and various state laws brought by individuals and entities against drug manufacturer); *Bond v. Fleet Bank*, Case No. 01-177L (D.R.I.) (class action lawsuit for Truth-in-Lending Act and Rhode Island Deceptive Trade Practices Act violations brought by Fleet Credit Card holders against Fleet Bank for deceptive billing practices); and *Watkins, et al. v. Dryclean USA, et al.,* (Circuit Court, Miami-Dade County, FL) (class action lawsuit alleging violations of the Florida Deceptive and Unfair Trade Practices Act brought by dry cleaners' customers against dry cleaners for improperly charging non-existent ''environmental tax'').

Ms. Solen is admitted to practice in Florida and the District of Columbia.

## JULIE GOLDSMITH

Julie Goldsmith graduated from Vassar College (B.A., *with honors*, 1992) and the University of Virginia Law School (J.D. 1997). While in law school, she was a member of the Virginia Journal of Law and Social Policy.

Following law school, Ms. Goldsmith was an associate at Reed McClure where she focused primarily on healthcare litigation. Ms. Goldsmith joined Cohen, Milstein in 1999 and has specialized in complex litigation involving violations of the federal securities laws and employment discrimination.

Ms. Goldsmith has been admitted to practice in Washington and the United States District Court for the Western District of Washington. She was President of the Board of Directors of Seattle Works and chaired the Nominating Committee for the Board of Directors of the Eastside Domestic Violence Program. She also served a term as a Trustee for the Pacific Northwest Ballet. In 1997, Ms. Goldsmith worked as a Legal Intern for U.S. Senator Patty Murray. In 1999, she co-authored *Antitrust Introduction for the*

*General Practitioner*, a chapter in the <u>Washington Lawyer's Practice Manual</u>.


<u>VICTORIA S. NUGENT</u>

Before joining Cohen, Milstein, Hausfeld & Toll, P.L.L.C, Victoria Nugent worked for seven years at Public Citizen, a national consumer advocacy organization. During that time, Ms. Nugent worked on many legislative and regulatory campaigns addressing issues that ranged from automobile safety to international trade policy. Following her graduation from law school, Ms. Nugent received a two-year fellowship to undertake consumer rights litigation at Trial Lawyers for Public Justice (TLPJ), sponsored by the National Association for Public Interest Law (NAPIL). As a NAPIL Fellow, she helped develop and prosecute impact litigation in the areas of arbitration, banking, credit and insurance including: *Crawford v. Cavalier Homes*, challenging the validity of a mandatory arbitration provision that would effectively deny the owner of a defective mobile home any opportunity to present his contract and warranty claims and *Wells v. Chevy Chase Bank*, representing a class of credit cardholders whose interest rates and service fees were raised in violation of the terms of their cardholder agreements.

Since joining Cohen, Milstein in 2000, Ms. Nugent has focused on consumer protection and public health litigation including: *In re StarLink Product Liability* Litigation, representing farmers whose corn crop was devalued as a result of the StarLink corn incident; *Barbanti v. W.R. Grace*, representing homeowners asserting product liability claims against a manufacturer of asbestos attic insulation (Washington state court); *Grenfell v. W.R. Grace*, requesting medical monitoring based upon community-wide environmental contamination (Montana federal district court); *Chavers v. Fleet Bank*, asserting breach of contract and deceptive trade practices claims where the bank failed to honor fixed interest rates for

balance transfers (Rhode Island federal district court); and, *Christian v. Sony Corporation*, bringing U.C.C. contract claims against the manufacturer of defective computers (Minnesota federal district court). She continues to serve as lead counsel in *Crawford v. Cavalier Homes.*

Ms. Nugent is a 1991 graduate of Wesleyan University and a 1998 graduate of Georgetown University Law Center. She is admitted to practice in the District of Columbia and Maryland.


### JENNY R. YANG

Jenny R. Yang joined the firm's civil rights and employment discrimination practice as an associate in 2003. Ms. Yang graduated from Cornell University (B.A., *with distinction,* 1992) and New York University School of Law (J.D., *cum laude,* 1996) where she was a Root-Tilden Public Interest Scholar and a member of the editorial board of the Law Review. Following law school, Ms. Yang clerked for the Honorable Edmund Ludwig on the United States District Court for the Eastern District of Pennsylvania.

Prior to joining the firm, Ms. Yang was a Senior Trial Attorney with the United States Department of Justice, Civil Rights Division, Employment Litigation Section, where she enforced federal employment discrimination laws against state and local governments for five years. She has litigated cases involving discrimination based on race, sex and national origin. In addition, Ms. Yang coordinated a Division-wide working group on national origin discrimination, which included an initiative to combat post-9/11 discriminatory backlash. Before her work at the Department of Justice, Ms. Yang received a community service fellowship to work at the National Employment Law Project in New York City, a non-profit organization focusing on low-wage workers' rights. While there, she worked on ground breaking joint employer liability litigation to hold garment manufacturers liable for unpaid wages owed to garment workers under the Fair Labor Standards Act.

Ms. Yang is a member of the bar of New York and New Jersey. From 2001-2003, she served as a government fellow for the American Bar Association, Labor and Employment Section, Equal Employment Opportunity Committee.

## IAN S. LINKER

Ian S. Linker joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003. He specializes in representing plaintiffs in antitrust class actions alleging violations of federal antitrust law. Prior to joining Cohen, Milstein, Mr. Linker was an associate with the New York office of Kaye Scholer LLP where he focused primarily on complex antitrust litigation and client counseling on antitrust-related matters. He graduated from the University of Arizona (B.S., Finance, 1993) and Brooklyn Law School (J.D. 1998).

Mr. Linker is currently involved with, among other matters, the following antitrust litigation: *In re Relafen Antitrust Litigation*, Case No. 01-2239 (D. Mass.); *Duraplas Corp. v. Crompton Corp., et al.,* Case No. 3:03cv2191 (N.D. Cal.); and *Isaac Industries, Inc. v. Rohm & Haas Company, et al*., Case No. 03-2225 (E.D. Pa.).

Mr. Linker is a contributing editor to quarterly Newsletters published by the Sherman Act Section 1 Committee as well as the Sherman Act Section 2 Committee of the Antitrust Section of the American Bar Association, has drafted sections of the 2001 supplement to the ABA's Antitrust Law Developments (Fifth) and the Primer on Joint Purchasing published by the Antitrust Section of the ABA.

Mr. Linker is admitted to practice in New York and the United States District Courts for the Southern District of New York and Eastern District of New York.

BRIAN A. RATNER

Since joining Cohen, Milstein in early 2001, Brian Ratner has specialized in complex antitrust

litigation.  Mr. Ratner has worked extensively on the matter of *In re Vitamins Antitrust Litigation,* MDL

No. 1285 (D.D.C.) on behalf of two certified classes of bulk vitamin direct purchasers who were

overcharged as a result of a ten-year global price-fixing conspiracy.  Mr. Ratner acted as one of the lead

associates in a recent trial in the case before Chief Judge Hogan of four of Class Plaintiffs' remaining

unsettled Vitamin B4 (choline chloride) claims.  At the conclusion of the trial, a federal jury unanimously

found in favor of the Class, awarding them $148,617,702 in trebled damages.  The National Law Journal

ranked this verdict as the fifth largest in 2003.

Mr. Ratner is also currently involved in, among other matters: *Empagran, S.A., et al. v.

F. Hoffmann-LaRoche, Ltd., et al.,* Case No. 1:00 CV01686 (D.D.C.) (alleging global vitamins price-fixing

and market allocation conspiracy on behalf of foreign purchasers -- case is on appeal); *Oncology &

Radiation Associates, P.A. v. Bristol-Myers Squibb Co., et al.,* Civil Action No. 1:01CV02313 (D.D.C.)

(Judge Sullivan finally approved settlement of $65.8 million in August 2003 in case alleging

anticompetitive conduct regarding the ovarian cancer brand drug Taxol); and *In re Microsoft Corp.

Antitrust Litigation,* MDL No. 1332 (D. Md.) (alleging monopolization of personal computer software).

Prior to joining Cohen, Milstein, Mr. Ratner worked for Jones, Day, Reavis & Pogue where he

focused on complex civil and commercial litigation, corporate securities litigation, and antitrust.

Specifically, he performed merger clearance and corporate counseling antitrust work related to the

CBS/Viacom and AOL/Time Warner mergers.

Mr. Ratner graduated from Indiana University--Bloomington with a B.A. in Journalism (B.A.J.,

1996) and a second major in Political Science.  At Indiana, he was a member of the Mortar Board National

Honor Society, did undergraduate work at Hebrew University in Jerusalem, Israel, and worked on several political campaigns including the re-election campaign of former U.S. Senator Harris Wofford (D-PA). In 1999, he obtained his law degree from the University of Pittsburgh School of Law (J.D., 1999) where he was the Managing Editor of the Journal of Law and Commerce. During law school, Mr. Ratner clerked for the Hon. Donetta W. Ambrose, U.S. District Court Judge for the Western District of Pennsylvania.

### MEGAN E. JONES

Megan E. Jones joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2001. Prior to coming to the firm, Ms. Jones litigated intellectual property matters and represented clients before Congress at a Washington, D.C. law firm. While there, she authored several publications and presentations on Internet regulation.

At Cohen, Milstein, Ms. Jones concentrates on antitrust litigation. She is currently involved in, among other matters: *Worldwide Basketball and Sport Tours, Inc., et al. v. Nat'l Collegiate Athletic Ass'n,* Civ. Act. No. C-2-00 1439 (S.D. Ohio); *In re Graphite Electrodes Antitrust Litigation*, No. 97-CV-4182 (E.D. Pa.); and *In re Cigarettes Price-Fixing Litigation*, MDL No. 1342 (N.D. Ga.).

She received her B.A. in English from North Carolina State University in Raleigh, N.C. in 1995 (*magna cum laude*) and J.D. from the University of North Carolina at Chapel Hill School of Law in 1999. During law school, she served as Article and Notes Editor of the Journal of the North Carolina Banking Institute. In 1999, she was published in the journal as well. In addition, she competed as a member of the National Civil Trial Team. Ms. Jones also clerked for the Committee on the Judiciary, U.S. House of Representatives.

She is a member of the Computer Law Association, the North Carolina Bar Association and the American Bar Association. Also, she serves as an Executive Subcommittee Member of the ABA Young Lawyer Division's Children and the Law Committee. She is admitted to practice in the state of North Carolina and the District of Columbia.

## JOSHUA S. DEVORE

Joshua Devore graduated from Rice University in Houston, TX in 1997 with a bachelor's degree in chemistry, and obtained his law degree from the Georgetown University Law Center in 2000. While at Georgetown, Mr. Devore served as an executive editor of the Georgetown International Environmental Law Review. Mr. Devore is co-author of *State Court Class Actions: Trends and Issues*, in National Institute on Class Actions, C-I (ABA CLE 1999).

At Cohen, Milstein, Mr. Devore concentrates on complex litigation and class actions in securities-related matters. He has actively participated in a number of actions which resulted in substantial recoveries for investors, including *In re Lucent Technologies, Inc. Securities Litigation* (recovery of approximately $575 million) and *In re PSINet, Inc. Securities Litigation* (recovery of $17.833 million). He is currently working on several active securities fraud actions, including actions against securities industry analysts for issuing misleading analyst reports, as well as numerous issuers of securities for misleading investors.

Mr. Devore is admitted to practice in D.C. and Virginia.

## ROBERT J. WOZNIAK, JR.

Robert J. Wozniak graduated from the University of Michigan (B.A. 1988), the University of Minnesota (M.A. 1992) and Wayne State University Law School (J.D., *cum laude,* 2000, Order of the Coif). During law school, Mr. Wozniak was a founding member and editor of The Journal of Law in Society, served as a student attorney at the Free Legal Aid Clinic, and received numerous scholarships and awards, including the Bernard Gottfried Memorial Labor Law Scholarship and the Earnest & Freda Goodman Scholarship (based on a commitment to civil rights and social justice).

Mr. Wozniak was previously employed as a Trial Attorney with the U.S. Department of Justice, Antitrust Division (Attorney General's Honor Program) concentrating on criminal antitrust matters. Prior to attending law school, Mr. Wozniak worked for the AFL-CIO and the Service Employees International Union where he provided economic research assistance for collective bargaining and organizing efforts.

Mr. Wozniak joined Cohen, Milstein in 2001 and focuses on complex antitrust litigation. He is currently involved in, among other matters, *In re Microsoft Corp. Antitrust Litigation*, MDL No. 1332 (D. Md.); *In re Terazosin Hydrochloride Antitrust Litigation*, MDL No. 1317 (S.D. Fla.); and *In re Buspirone Antitrust Litigation*, MDL No. 1413.

He is admitted to practice in the District of Columbia and Michigan.

## JUSTINE J. KAISER

Justine Kaiser joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2001. She focuses primarily on antitrust litigation. Prior to joining the firm, Ms. Kaiser served as a judicial law clerk

to the Honorable James P. Salmon, Court of Special Appeals for the State of Maryland (2000-2001).

Ms. Kaiser graduated *cum laude* from Washington College of Law, The American University in 2000, and graduated *with honors* in 1995 from Lehigh University.  While in law school, Ms. Kaiser served as a staff member on The American University Law Review and represented indigent clients in Landlord Tenant Court in D.C. Superior Court as part of the D.C. Law Students in Court Clinic.

Ms. Kaiser is admitted to practice in Maryland and the District of Columbia.

### R. JOSEPH BARTON

Joseph Barton joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2001.  He focuses primarily on antitrust, securities and ERISA litigation.  Prior to joining the firm, Mr. Barton served as a judicial law clerk to the Honorable Lenore C. Nesbitt, United States District Judge for the Southern District of Florida (2000-2001).

Mr. Barton received his undergraduate degree from the College of William & Mary (B.A. 1991) and graduated Order of the Coif from the College of William & Mary, Marshall-Wythe School of Law (J.D. 2000).  At William & Mary Law School, Mr. Barton received the Lawrence W. I'Anson Award for outstanding student scholarship, character and leadership, the William B. Spong Award for professionalism and ethics, the Robert R. Kaplan Award for excellence in legal writing and Order of the Barristers.  He served on the editorial board of the William & Mary Law Review and was a staff member of the William & Mary Bill of Rights Journal.

Mr. Barton is the author of *Drowning in a Sea of Contract: Application of the Economic Loss Rule to Fraud and Negligent Misrepresentation Claims*, 41 Wm. & Mary L. Rev. 1789 (2000), and *Utilizing*

*Statistics and Bellwether Plaintiff Trials: What do the Constitution and the Federal Rules of Civil Procedure Permit?*, 8 Wm. & Mary Bill Rts. J. 199 (1999). Prior to law school, Mr. Barton worked as a paralegal for Cohen, Milstein, Hausfeld & Toll, P.L.L.C. from 1992 through 1997 and worked at the firm as a summer associate in 1998.

Mr. Barton is licensed to practice in the State of California and the District of Columbia. He is a member of the Association of Trial Lawyers of America and the American Bar Association.

<u>JAMES J. PIZZIRUSSO</u>

James Pizzirusso graduated *summa cum laude* from the University of Tennessee-Knoxville with a BA in environmental policy. While at UT, he was a Whittle Scholar, a member of Phi Beta Kappa and earned the prestigious Torchbearer award for outstanding service to the University. He also interned for the AFL-CIO during their "Union Summer" program and worked on several political campaigns.

In 2001, Mr. Pizzirusso obtained his juris doctor from George Washington University Law School (*with honors*) where he was a member of the Environmental Lawyer Journal and published two notes: *Increased Risk, Fear of Disease and Medical Monitoring: Are Novel Damage Claims Enough to Overcome Causation Difficulties in Toxic Torts?*, (Vol. 7-1) and *Nondelegation Doctrine and the Clean Air Act: Putting the Brakes on American Trucking*, (Vol. 7-3). Mr. Pizzirusso was also the Student Director of the law school clinical program where he led a litigation team that won the liability portion of a vaccine injury case. *See Dela Rosa v. Sec'y of HHS*, No. 93-433V, 2001 WL 1056928 (Fed Cl. Aug 14, 2001). The case recently settled for approximately $9 million in lifetime care. He was also Vice-President of the Trial Court Board and was Captain of a team which placed first in the region in ATLA's 2000-01 Student Trial

Advocacy Competition.

Prior to joining the firm, Mr. Pizzirusso was a law clerk with DiMuro, Ginsberg and Mook in Alexandria, Virginia. After serving as a summer associate at Cohen, Milstein, Hausfeld & Toll, P.L.L.C., Mr. Pizzirusso accepted an associate position with the firm. He concentrates on toxic tort and consumer protection litigation and is currently working on cases involving lead paint, arsenic-treated wood and toxic solvents.

Mr. Pizzirusso is currently licensed to practice in the District of Columbia, Virginia and the Fourth Circuit Court of Appeals. He is active in the Association of Trial Lawyers of America (ATLA), Trial Lawyers for Public Justice (TLPJ) and is a co-founder of the Vegetarian Legal Action Network (VLAN).

## BRENT W. LANDAU

Brent W. Landau joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2002. He focuses primarily on antitrust and consumer protection litigation. Prior to joining the firm, Mr. Landau served as a judicial law clerk to the Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania.

Mr. Landau graduated from the State University of New York at Binghamton (B.A., *summa cum laude,* 1998), where he became a member of Phi Beta Kappa, and obtained his law degree from Harvard Law School (J.D., *cum laude,* 2001). While in law school, he was co-chairperson of the Tenant Advocacy Project and a supervising editor of the Harvard Journal on Legislation.

Mr. Landau is the author of *State Employees and Sovereign Immunity: Alternatives and Strategies for Enforcing Federal Employment Laws*, 39 Harv. J. on Legis. 169 (2002), and *State Bans on City Gun*

52

*Lawsuits*, 37 Harv. J. on Legis. 623 (2000). He is admitted to practice in New York and the District of Columbia.


## CHRISTOPHER F. BRANCH

Christopher Branch graduated from Duke University with an A.B. in Public Policy Studies in 1999. While at Duke, he was a member of the football team and received numerous scholarships and awards including an NAACP Youth Leadership Award. He also interned for the International Catholic Migration Commission in Sarajevo, Bosnia-Herzegovina and for the N.C. Governor's Policy Office.

In 2002, Mr. Branch obtained his juris doctor from Georgetown University Law Center where he served as an editor for the Georgetown International Environmental Law Review. Mr. Branch also participated in the D.C. Law Students in Court Clinic Program where he received the International Academy of Trial Lawyers Student Advocacy Award for his representation of individuals with housing-related issues. Prior to joining the firm, Mr. Branch was a summer associate at Venable, Baetjer, & Howard in Washington, D.C. and KMZ Rosenman (formerly Rosenman & Colin) in New York, NY. Mr. Branch also served as a law clerk and summer associate at Cohen, Milstein, Hausfeld & Toll, P.L.L.C. prior to accepting an associate position with the firm. He currently concentrates on securities fraud and employment litigation. Mr. Branch is currently licensed to practice in Maryland.


## CHRISTOPHER J. CORMIER

Christopher J. Cormier joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003.

He focuses primarily on antitrust litigation.

Mr. Cormier graduated from the University of Virginia (B.A. 1999) and from The American University's Washington College of Law (J.D., *magna cum laude,* 2002). While in law school, Mr. Cormier served as a judicial intern to the Honorable Deborah K. Chasanow, United States District Court for the District of Maryland. Also during law school, he served as a legal extern in the Antitrust Division of the United States Department of Justice.

Mr. Cormier currently is involved in, among other matters, the following antitrust cases: *In re Relafen Antitrust Litigation,* Case No. 01-2239 (D. Mass. ); *In re Remeron Antitrust Litigation,* Case No. 03-CV-0085 (D.N.J.); and *Nate Pease, et al., v. Jasper Wyman & Son, et al.,* Civil Action No. 00-015 (Knox Cty., Me.).

Prior to joining the firm, Mr. Cormier worked as an associate at a large Baltimore, Maryland law firm where he primarily focused on commercial litigation matters, including antitrust, contracts, and insurance coverage.

Mr. Cormier is admitted to practice only in Maryland. Supervised by principals of the firm.

### ADAM T. SAVETT

Adam T. Savett joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003. He concentrates on complex litigation and class actions in securities-related matters.

Before joining the firm in 2003, Mr. Savett specialized in plaintiff class action litigation at Finkelstein, Thompson & Loughran in Washington, D.C. and Savett Frutkin Podell & Ryan, P.C. in Philadelphia, Pennsylvania. He has actively participated in a number of actions which resulted in substantial recoveries for investors, including *In re Lucent Technologies, Inc. Securities Litigation*

(recovery of approximately $575 million); *In re BankAmerica Corp. Securities Litigation* (recovery of $490 million*); and *In re Resource America Corporation Securities Litigation* (recovery of $7.425 million). He is currently working on several active securities fraud actions, including actions against securities industry analysts for issuing misleading analyst reports, as well as numerous issuers of securities for misleading investors.

Mr. Savett graduated from The American University in Washington, D.C. in 1997 with a bachelor's degree in broadcast journalism, and obtained his law degree from the Villanova University School of Law in 2000. He is a member of the D.C., Pennsylvania, and New Jersey bars and is admitted to practice before the United States District Courts for the Eastern District of Pennsylvania and for the District of New Jersey. He is also a member of the American and Pennsylvania Bar Associations.

## MARKA A. PETERSON

Marka Peterson joined Cohen, Milstein, Hausfeld & Toll in 2003. She works primarily on class action litigation in the areas of securities fraud, consumer protection, and ERISA.

Before coming to the firm, Ms. Peterson served as the Fuchsberg Litigation Fellow at Public Citizen Litigation Group in Washington, D.C., where she litigated consumer and citizens' rights cases. Prior to law school, Ms. Peterson worked for the Union of Needletrades, Industrial and Textile Employees running public campaigns on behalf of textile workers, and conducting shareholder activities on behalf of the union's pension funds.

Ms. Peterson received her undergraduate degree from Grinnell College (B.A., *with honors*, Phi Beta Kappa, 1989), and her law degree from New York University (J.D., Order of the Coif, 2001). Following law school, Ms. Peterson clerked for the Honorable Stephanie K. Seymour, United States Court of Appeals

for the Tenth Circuit.  Ms. Peterson has been admitted to practice in Washington, D.C. and Texas.

### STEIG D. OLSON

Steig Olson joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as an associate in 2003.  His practice currently concentrates on the representation of plaintiffs in class actions alleging violations of federal antitrust law.  Prior to joining Cohen, Milstein, Mr. Olson clerked for the Honorable Barrington D. Parker, Jr. of the United States Court of Appeals for the Second Circuit, and the Honorable Vaughn R. Walker of the United States District Court for the Northern District of California.  He graduated from the Harvard Law School, *magna cum laude*, (J.D. 2001), and Vassar College (B.A., Philosophy, 1997).

### VALERIE G. ESCH

Valerie Esch joined Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in 2002 as a Civil Rights Staff Attorney.  She manages the investigation of potential civil rights cases and assists in employment discrimination litigation.

Ms. Esch graduated from North Carolina State University in Raleigh, N.C. (B.A., *with honors*, 1997) and obtained her law degree from the University of Baltimore School of Law (J.D. 2001).  While in law school, Ms. Esch served as Manuscript Editor of the University of Baltimore's Law Forum and was the author of a Recent Development entitled *Attorney Grievance Commission of Maryland v. Painter*, 30.1 U. Balt. L.F. 72 (2000).  Ms. Esch also served as a student attorney for the University of Baltimore School of Law, Family Law Clinic in the Spring of 2001.

Ms. Esch is admitted to practice law in Maryland.