**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100


**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
Tel.: (212) 935-7400

**Proposed Lead Counsel for
Plaintiffs and the Class**

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**
---------------------------------------------------------------x
CAROLYN GREENE, on behalf of herself  :
and all others similarly situated,                       :
                                                                          :       Civil Action No. 03-CV-12628-NG
                                                                          :
                              Plaintiff,                            :
                                                                          :
           -against-                                              :
                                                                          :
BIOPURE CORPORATION,                               :
THOMAS A. MOORE, CARL W. RAUSCH, :
and RONALD F. RICHARDS,                          :
                                                                          :
                                                                          :
                              Defendants.                       :
---------------------------------------------------------------x

[Additional captions on following page]

## MOTION FOR
## CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
## AND FOR APPROVAL OF LEAD COUNSEL

```
-------------------------------------------------------x
JOHN G. ESPOSITO, on behalf of himself     :
and all others similarly situated,
                                           :    Civil Action No.04-CV-10013-NG
                                           :
                    Plaintiff,             :
                                           :
        -against-                          :
                                           :
BIOPURE CORPORATION,                       :
THOMAS A. MOORE, CARL W. RAUSCH,           :
and RONALD F. RICHARDS,                    :
                                           :
                    Defendants.            :
-------------------------------------------------------x

-------------------------------------------------------x
JAMES J. NIZZO, VIRGINIA C. NIZZO, and     :
CARLO CILIBERTI, on behalf of themselves   :
and all others similarly situated,         :    Civil Action No.04-CV-NG
                                           :
                    Plaintiff,             :
                                           :
        -against-                          :
                                           :
BIOPURE CORPORATION,                       :
THOMAS A. MOORE, CARL W. RAUSCH,           :
and RONALD F. RICHARDS,                    :
                                           :
                    Defendants.            :
-------------------------------------------------------x
```

```
-------------------------------------------------x
BARRY BROOKS, on behalf of himself       :
and all others similarly situated,       :
                                         :        Civil Action No.04-CV-10077-NG
                                         :
              Plaintiff,                 :
                                         :
       -against-                         :
                                         :
BIOPURE CORPORATION,                     :
THOMAS A. MOORE, CARL W. RAUSCH,         :
and RONALD F. RICHARDS,                  :
                                         :
              Defendants.                :
-------------------------------------------------x


-------------------------------------------------x
ANASTASIOS PERLEGIS, on behalf of himself :
and all others similarly situated,       :
                                         :        Civil Action No.04-CV-10078-NG
                                         :
              Plaintiff,                 :
                                         :
       -against-                         :
                                         :
BIOPURE CORPORATION,                     :
THOMAS A. MOORE, CARL W. RAUSCH,         :
and RONALD F. RICHARDS,                  :
                                         :
              Defendants.                :
-------------------------------------------------x
```

```
-------------------------------------------------------x
MARTIN WEBER, on behalf of himself         :
and all others similarly situated,         :
                                           :         Civil Action No.04-CV-10090-NG
                                           :
                       Plaintiff,          :
                                           :
        -against-                          :
                                           :
BIOPURE CORPORATION,                       :
THOMAS A. MOORE, CARL W. RAUSCH,           :
and RONALD F. RICHARDS,                    :
                                           :
                                           :
                       Defendants.         :
-------------------------------------------------------x



-------------------------------------------------------x
MODEL PARTNERS LIMITED, on behalf of       :
themselves and all others similarly situated, :
                                           :         Civil Action No.04-CV-10155-NG
                                           :
                       Plaintiff,          :
                                           :
        -against-                          :
                                           :
BIOPURE CORPORATION,                       :
THOMAS A. MOORE, CARL W. RAUSCH,           :
and RONALD F. RICHARDS,                    :
                                           :
                                           :
                       Defendants.         :
-------------------------------------------------------x
```

```
-----------------------------------------------------------x
GREGORY KRUSZKA, on behalf of himself   :
and all others similarly situated,      :
                                        :   Civil Action No.04-CV-10202-NG
                                        :
                   Plaintiff,           :
                                        :
       -against-                        :
                                        :
BIOPURE CORPORATION,                    :
THOMAS A. MOORE, CARL W. RAUSCH,        :
and RONALD F. RICHARDS,                 :
                                        :
                                        :
                   Defendants.          :
-----------------------------------------------------------x
```

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT upon the Memorandum of Law, filed herewith, plaintiffs move this Court, Honorable Nancy Gertner, United States District Judge, United States District Courthouse, One Courthouse Way, Boston, Massachusetts 02210, for an order granting plaintiffs' motion:

    1.    To consolidate all actions filed in the District of Massachusetts which are related to the above-captioned class action for all purposes, pursuant to Fed. R. Civ. P. 42(a); and

    2.    For an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"):

    (a) appointing Selina and Alexander Chao as Lead Plaintiff for the Class of all purchasers of Biopure Corporation, securities during the period of March 17, 2003 through December 24, 2003, inclusive (the "Class Period"), and

(b) approving the selection of Pomerantz Haudek Block Grossman & Gross LLP and Wechsler Harwood LLP as Co-Lead Counsel for the Class and Perkins Smith & Cohen, LLP as Local Counsel for the Class.

Dated: March 1, 2004

        Respectfully submitted,

        **PERKINS SMITH & COHEN, LLP,**

        */s/ Susan E. Stenger*
        Susan E. Stenger
        One Beacon Street, 30th Floor
        Boston, Massachusetts 02108-3106
        Telephone: (617) 854-4000
        **Proposed Local Counsel for the Plaintiffs and the Class**

        **POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
        Stanley M. Grossman
        Marc I. Gross
        100 Park Avenue
        New York, NY 10017
        Telephone: (212) 661-1100

        **WECHSLER HARWOOD LLP**
        Robert I. Harwood
        Samuel K. Rosen
        Jeffrey M. Norton
        488 Madison Avenue, 8th Floor
        New York, New York 10022
        Telephone: (212) 935-7400
        **Proposed Lead Counsel For the Plaintiffs and the Class**
        **Attorneys for Selina and Alexander Chao**

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 3.1.04 on all counsel on attached service list. - ses

**ATTORNEY LIST FOR BIOPURE:**

**DEFENSE COUNSEL:**

**Robert A. Buhlman**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8717
617-951-8736 (fax)

**Eunice E. Lee**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
617-951-8736 (fax)


**PLAINTIFFS COUNSEL:**

**Peter A. Lagorio**
Gilman and Pastor, LLP
Suite 500
Stonehill Corporate Center
999 Broadway,
Saugus, MA 01906
781-231-7850
781-231-7840 (fax)
palagorio@gilmanpastor.com


**David Pastor**
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
781-231-7850
781-231-7840 (fax)


**Jules Brody** Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
212-687-7230

**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100


**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
Tel.: (212) 935-7400