UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100



**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
Tel.: (212) 935-7400

*Proposed Lead Counsel for Plaintiffs and the Class*

---------------------------------------------------------------x
CAROLYN GREENE, on behalf of herself      :
and all others similarly situated,        :
                                          :
                          Plaintiff,      :
                                          :
              -against-                   :
                                          :   Civil Action No.03-CV-12628-NG
BIOPURE CORPORATION,                      :
THOMAS A. MOORE, CARL W. RAUSCH,          :
and RONALD F. RICHARDS,                   :
                                          :
                          Defendants.     :
---------------------------------------------------------------x

*[Additional captions on following page]*

<u>DECLARATION OF MARC I. GROSS
IN SUPPORT OF MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFFS MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL</u>

```
-------------------------------------------------------x
JOHN G. ESPOSITO, on behalf of himself      :
and all others similarly situated,          :
                                            :
                                            :
                               Plaintiff,   :
                                            :
           -against-                        :
                                            :
                                            :      Civil Action No.04-CV-10013-NG
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                                            :
                               Defendants.  :
-------------------------------------------------------x

-------------------------------------------------------x
JAMES J. NIZZO, VIRGINIA C. NIZZO, and      :
CARLO CILIBERTI, on behalf of themselves    :
and all others similarly situated,          :
                                            :
                               Plaintiff,   :
                                            :
           -against-                        :
                                            :
                                            :      Civil Action No.04-CV-10065-NG
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                               Defendants.  :
-------------------------------------------------------x
```

```
------------------------------------------------------------x
BARRY BROOKS, on behalf of himself              :
and all others similarly situated,              :
                                                :
                                                :
                                                :
                             Plaintiff,         :
                                                :
                                                :
          -against-                             :
                                                :
                                                :    Civil Action No.04-CV-10077-NG
BIOPURE CORPORATION,                            :
THOMAS A. MOORE, CARL W. RAUSCH,                :
and RONALD F. RICHARDS,                         :
                                                :
                                                :
                                                :
                             Defendants.        :
------------------------------------------------------------x


------------------------------------------------------------x
ANASTASIOS PERLEGIS, on behalf of himself       :
and all others similarly situated,              :
                                                :
                                                :
                                                :
                             Plaintiff,         :
                                                :
          -against-                             :    Civil Action No.04-CV-10078-NG
                                                :
BIOPURE CORPORATION,                            :
THOMAS A. MOORE, CARL W. RAUSCH,                :
and RONALD F. RICHARDS,                         :
                                                :
                                                :
                             Defendants.        :
------------------------------------------------------------x
```

```
-------------------------------------------------x
MARTIN WEBER, on behalf of himself              :
and all others similarly situated,              :
                                                :
                                                :
                                    Plaintiff,  :
                                                :
            -against-                           :
                                                :   Civil Action No. 04-CV-10090-NG
BIOPURE CORPORATION,                            :
THOMAS A. MOORE, CARL W. RAUSCH,                :
and RONALD F. RICHARDS,                         :
                                                :
                                                :
                                   Defendants.  :
-------------------------------------------------x


-------------------------------------------------x
MODEL PARTNERS LIMITED, on behalf of            :
themselves and all others similarly situated,   :
                                                :
                                                :
                                    Plaintiff,  :
                                                :
            -against-                           :
                                                :   Civil Action No. 04-CV-10155-NG
BIOPURE CORPORATION,                            :
THOMAS A. MOORE, CARL W. RAUSCH,                :
and RONALD F. RICHARDS,                         :
                                                :
                                                :
                                   Defendants.  :
-------------------------------------------------x
```

```
------------------------------------------------------------x
GREGORY KRUSZKA, on behalf of himself      :
and all others similarly situated,         :
                                           :
                                           :
                             Plaintiff,    :
                                           :
              -against-                    :
                                           :    Civil Action No.04-CV-10202-NG
BIOPURE CORPORATION,                       :
THOMAS A. MOORE, CARL W. RAUSCH,           :
and RONALD F. RICHARDS,                    :
                                           :
                                           :
                             Defendants.   :
------------------------------------------------------------x
```

### DECLARATION OF MARC I. GROSS IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL

I, Marc I. Gross, hereby declare that:

1. I am a member of Pomerantz Haudek Block Grossman & Gross LLP. I submit this Declaration in support of the motion for appointment of Selina and Alexander Chao as Lead Plaintiffs.

2. Submitted herewith are the following exhibits:

   **EXHIBIT A:** Certificate detailing Selina and Alexander Chao's transactions in Biopure common stock.

   **EXHIBIT B:** Chart identifying Selina and Alexander Chao's transactions in Biopure's common stock during this period.

   **EXHIBIT C:** Cauley Geller Bowman & Rudman LLP's December 30, 2003 press release announcing a securities class action lawsuit has been filed against Biopure Corporation, et al.

   **EXHIBIT D:** Firm Biography of Pomerantz Haudek Block Grossman & Gross LLP.

   **EXHIBIT E:** Firm Biography of Wechsler Harwood LLP.

February 27, 2004

Marc I. Gross