## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

———————————————————————— x
)
WALTER MILLER and LAURA MENDELSOHN, )
Individually and On Behalf of All Others Similarly )    Civil Action No. 03-10290 WGY
Situated, )
)
Plaintiffs, )
)
)
v. )
)
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD )
HARRISON, NOEL G. POSTERNAK and )
EDWIN J. GILLIS, )
)
Defendants. )
)
———————————————————————— )
)
SOLOMON MOSKOVITS, Individually and on )
Behalf of All Others Similarly Situated, )    Civil Action No. 03-10334 WGY
)
Plaintiff, )
)
v. )
)
PARAMETRIC TECHNOLOGY CORPORATION, )
STEVEN C. WALSKE, C. RICHARD )
HARRISON, NOEL G. POSTERNAK and )
EDWIN J. GILLIS, )
)
Defendants. )
———————————————————————— x

(Additional captions set forth below)

### DEFENDANTS' RESPONSE TO THE MOTIONS TO CONSOLIDATE, FOR APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

DOCKETED

*May 20, 2003,*
*These cases are ordered consolidated for all purposes. The Orton Group is appointed as lead plaintiff, and its selection of co-lead and liaison counsel is approved.*

*William G. Young*
*Chief Judge*

DOCKETED

28

**Case Name:**

**Miller, et al v. Parametric Technolog, et al**

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

MAY 2 6 2003

**Case Name:**

**Miller, et al v. Parametric Technolog, et al**

David A. Rosenfeld
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747

MAY 2 6 2003