## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS,<br><br>Defendants. | 1:03-cv-12628 (NG)<br><br>RELATED ACTIONS:<br>    1:04-cv-10046 (NG)<br>    1:04-cv-10+055 (NG)<br>    1:04-cv-10065 (NG)<br>    1:04-cv-10077 (NG)<br>    1:04-cv-10078 (NG)<br>    1:04-cv-10090 (NG)<br>    1:04-cv-10144 (NG)<br>    1:04-cv-10155 (NG)<br>    1:04-cv-10179 (NG)<br>    1:04-cv-10189 (NG)<br>    1:04-cv-10190 (NG)<br>    1:04-cv-10202 (NG) |
| JOHN G. ESPOSITO, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS,<br><br>Defendants. | 1:04-cv-10013 (NG) |
| JOSEPH L. KING, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS,<br><br>Defendants. | 1:04-cv-10038 (NG) |

## **NOTICE OF FILING WITH CLERK'S OFFICE**

2

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits attached to Memorandum of Law in Opposition to Competing Motions, and in Further Support of the Motion of the Homeyer Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Co-Lead Counsel and Liaison Counsel.

The original documents are maintained in the case file in the Clerk's Office.

DATED: March 15, 2004                                         Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA 02109
Telephone: (617) 369-7979

*Proposed Liaison Counsel*

CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 15th day of March, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

3