UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CAROLYN GREENE, on Behalf of Herself and
All Others Similarly Situated,

           Plaintiff,

v.

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and RONALD F.
RICHARDS,

           Defendants.

Civ. No. 1:03 CV 12628 (NG)

---

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Sean M. Handler, hereby certify that:

1. I am an associate in the law firm of Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, Pennsylvania 19004. I was admitted to the bars of Pennsylvania in 2000 and the U.S. District Court, Eastern District of Pennsylvania in 2002.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: April 12, 2004

Respectfully submitted,

Sean M. Handler
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Bala Cynwyd, PA 19004
Tel.: (610) 667-7706