# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
[...] 'S OFFICE

[...] 15  P 2: 51

[...] T COURT
[...] OF MASS.

---

CAROLYN GREENE, on Behalf of Herself and
All Others Similarly Situated,

                    Plaintiff,

        v.                                    Civ. No. 1:03 CV 12628 (NG)

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and RONALD F.
RICHARDS,

                    Defendants.

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the

Court to enter an Order granting leave to Stuart L. Berman of the law firm of Schiffrin &

Barroway, LLP to appear on behalf of the plaintiff and practice before this Court in the above-

entitled civil action.

As grounds for this motion, the undersigned represents the following:

1.      Mr. Berman has been a member in good standing of the bar of Pennsylvania since

1991 and the bar of New Jersey since 1991.

2.      There are no disciplinary proceedings against Mr. Berman as a member of the bar

in any jurisdiction.

3.      Mr. Berman has represented to the undersigned counsel that he is familiar with the

Local Rules of the United States District Court for the District of Massachusetts.

00002228.WPD ; 1

4.    In further support of this motion, Mr. Berman has submitted herewith his

Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated

that the defendants assent to the relief sought by this Motion.

Dated: April *14*, 2004                    Respectfully submitted,

                                           *David Past*

                                           David Pastor (BBO # 391000)
                                           GILMAN AND PASTOR, LLP
                                           Stonehill Corporate Center
                                           999 Broadway, Suite 500
                                           Saugus, MA 01906
                                           Tel.: (781) 231-7850

                                           *Plaintiff's Counsel*

# CERTIFICATE OF SERVICE
I Hereby Certify That A True Copy of
The Above Document Was Served Upon
The Attorney Of Record For Each Other
Party By Mail (By Hand) On 4/14/04
David Past

00002228.WPD ; 1