UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



CAROLYN GREENE, on Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v.

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,

Defendants.

Civ. No. 1:03 CV 12628 (NG)

**CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Stuart L. Berman, hereby certify that:

1. I am a partner in the law firm of Schiffrin & Barroway, LLP, Three Bala Plaza East, Suite 400, Bala Cynwyd, Pennsylvania 19004. I was admitted to the bars of Pennsylvania in 1991 and New Jersey in 1991. I am also admitted to practice in the following jurisdictions:

      U.S. District Court, Eastern District of Pennsylvania      1993

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the

District of Massachusetts.

Dated: April 12, 2004

Respectfully submitted,

Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Bala Cynwyd, PA 19004
Tel.: (610) 667-7706