**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-----------------------------------------------------------X
                                                           :
CAROLYN GREENE, on Behalf of Herself and                   :
All Others Similarly Situated,                             :
                                                           :   Civ. No. 1:03 CV 12628 (NG)
                        Plaintiff,                         :
                                                           :
        vs.                                                :
                                                           :
BIOPURE CORPORATION, THOMAS A. MOORE                       :
CARL W. RAUSCH and RONALD F. RICHARDS,                     :
                                                           :
                        Defendants.                        :
                                                           :
-----------------------------------------------------------X
```

[Additional Captions Set Forth Below]

**NOTICE OF CHANGE OF ADDRESS**

```
-----------------------------------------------------------------X
                                                                 :
JOHN G. ESPOSITO, JR., on Behalf of Himself and                  :
All Others Similarly Situated,                                   :
                                                                 :
                              Plaintiff,                         :   Civ. No. 1:04 CV 10013 (NG)
                                                                 :
      vs.                                                        :
                                                                 :
BIOPURE CORPORATION, THOMAS A. MOORE                             :
CARL W. RAUSCH and RONALD F. RICHARDS,                           :
                                                                 :
                              Defendants.                        :
-----------------------------------------------------------------X
                                                                 :
JOSEPH L. KING, on Behalf of Himself and                         :
All Others Similarly Situated,                                   :
                                                                 :
                                                                 :
                              Plaintiff,                         :   Civ. No. 1:04 CV 10038 (NG)
                                                                 :
      vs.                                                        :
                                                                 :
BIOPURE CORPORATION, THOMAS A. MOORE                             :
CARL W. RAUSCH and RONALD F. RICHARDS,                           :
                                                                 :
                              Defendants.                        :
-----------------------------------------------------------------X
                                                                 :
MICHAEL E. CRIDEN, Individually and on Behalf                    :
of All Others Similarly Situated,                                :
                                                                 :
                                                                 :
                              Plaintiff,                         :   Civ. No. 1:04 CV 10046 (NG)
                                                                 :
      vs.                                                        :
                                                                 :
BIOPURE CORPORATION, THOMAS A. MOORE                             :
and CARL W. RAUSCH,                                              :
                                                                 :
                              Defendants.                        :
-----------------------------------------------------------------X
```

2

```
------------------------------------------------------------X
ISRAEL SHURKIN and SHARON SHURKIN,          :
Individually and on Behalf of All Others    :
Similarly Situated,                         :
                                            :
                        Plaintiffs,         :   Civ. No. 1:04 CV 10055 (NG)
                                            :
        vs.                                 :
                                            :
BIOPURE CORPORATION, THOMAS A. MOORE        :
and CARL W. RAUSCH,                         :
                                            :
                        Defendants.         :
------------------------------------------------------------X
JAMES J. NIZZO, VIRGINIA C. NIZZO and       :
CARLO CILIBERTI, on Behalf of Themselves    :
and All Others Similarly Situated,          :
                                            :
                        Plaintiffs,         :   Civ. No. 1:04 CV 10065 (NG)
                                            :
        vs.                                 :
                                            :
BIOPURE CORPORATION, THOMAS A. MOORE,:
CARL W. RAUSCH and RONALD F. RICHARDS,:
                                            :
                        Defendants.         :
------------------------------------------------------------X
BARRY BROOKS, on Behalf of Himself and      :
All Others Similarly Situated,              :
                                            :
                        Plaintiff,          :   Civ. No. 1:04 CV 10077 (NG)
                                            :
        vs.                                 :
                                            :
BIOPURE CORPORATION, THOMAS A. MOORE,:
CARL W. RAUSCH and RONALD F. RICHARDS, :
                                            :
                        Defendants.         :
------------------------------------------------------------X
```

3

```
-----------------------------------------------------------------X
ANASTASIOS PERLEGIS, Individually and on      :
Behalf of All Others Similarly Situated,      :
                                              :
                    Plaintiff,                :    Civ. No. 1:04 CV 10078 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A. MOORE,:
THOMAS A. MOORE, CARL W. RAUSCH and           :
RONALD F. RICHARDS,                           :
                                              :
                    Defendants.               :
-----------------------------------------------------------------X
MARTIN WEBER, on Behalf of Himself and All    :
Others Similarly Situated,                    :
                                              :
                    Plaintiffs,               :    Civ. No. 1:04 CV 10090 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A. MOORE,:
THOMAS A. MOORE, CARL W. RAUSCH and           :
RONALD F. RICHARDS,                           :
                                              :
                    Defendants.               :
-----------------------------------------------------------------X
BRUCE HAIMS, Individually and on Behalf of    :
All Others Similarly Situated,                :
                                              :
                    Plaintiffs,               :    Civ. No. 1:04 CV 10144 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A. MOORE,:
THOMAS A. MOORE, CARL W. RAUSCH and           :
RONALD F. RICHARDS,                           :
                                              :
                    Defendants.               :
-----------------------------------------------------------------X
```

Case 1:03-cv-12628-NG    Document 44    Filed 05/05/2004    Page 5 of 7

```
------------------------------------------------------------------X
MODEL PARTNERS LIMITED, Individually and      :
on Behalf of All Others Similarly Situated,   :
                                              :
                    Plaintiff,                :   Civ. No. 1:04 CV 10155 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A.                :
MOORE, CARL W. RAUSCH and RONALD              :
F. RICHARDS,                                  :
                                              :
                    Defendants.               :
------------------------------------------------------------------X
JUNE E. PATENAUDE, Individually and on Behalf :
of All Others Similarly Situated,             :
                                              :
                    Plaintiff,                :   Civ. No. 1:04 CV 10179 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A.                :
MOORE, CARL W. RAUSCH and RONALD              :
F. RICHARDS,                                  :
                                              :
                    Defendants.               :
------------------------------------------------------------------X
NANCY L. PINCKNEY, and GERTRUDE               :
PINCKNEY, Individually and on Behalf of All   :
Others Similarly Situated,                    :
                                              :
                    Plaintiff,                :   Civ. No. 1:04 CV 10189 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A.                :
MOORE, CARL W. RAUSCH,                        :
                                              :
                    Defendants.               :
------------------------------------------------------------------X
```

```
-----------------------------------------------------------------X
W. KENNETH JOHNSON, on Behalf of Himself         :
and All Others Similarly Situated,               :
                                                 :
                    Plaintiff,                   :   Civ. No. 1:04 CV 10190 (NG)
                                                 :
          vs.                                    :
                                                 :
BIOPURE CORPORATION, THOMAS A.                   :
MOORE, CARL W. RAUSCH and RONALD                 :
F. RICHARDS,                                     :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------------X
GREGORY KRUSZKA, on Behalf of Himself            :
and All Others Similarly Situated,               :
                                                 :
                    Plaintiff,                   :   Civ. No. 1:04 CV 10202 (NG)
                                                 :
BIOPURE CORPORATION, THOMAS A.                   :
MOORE, CARL W. RAUSCH and RONALD                 :
F. RICHARDS,                                     :
                                                 :
                    Defendants.                  :
-----------------------------------------------------------------X
```

       PLEASE TAKE NOTICE that effective May 4, 2004, the law firm of Shapiro Haber & Urmy LLP has the following new address. The telephone and facsimile numbers remain the same.

                  Shapiro Haber & Urmy LLP
                  Exchange Place
                  53 State Street
                  Boston, MA 02109

Dated: May 5, 2004

                  /s/ Theodore Hess-Mahan
                  Thomas G. Shapiro BBO # 454680
                  Theodore M. Hess-Mahan BBO # 557109
                  Shapiro Haber & Urmy LLP
                  75 State Street
                  Boston, MA 02108
                  (617) 439-3939