UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CAROLYN GREENE, on Behalf of Herself and All Others Similarly Situated,

    Plaintiff,

v.

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,

    Defendants.

---

Civ. No. 1:03 CV 12628 (NG)

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to David A. Rosenfeld of the law firm of Geller Rudman, PLLC to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Rosenfeld has been a member in good standing of the bars of New Jersey and New York since 1999.

2. There are no disciplinary proceedings against Mr. Rosenfeld as a member of the bar in any jurisdiction.

3. Mr. Rosenfeld has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00002233.WPD ; 1

4.  In further support of this motion, Mr. Rosenfeld has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: May 11, 2004

Respectfully submitted,

*David Pastor* (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 5/11/04.

00002233.WPD ; 1                    2