# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CAROLYN GREENE, on Behalf of Herself and
All Others Similarly Situated,

               Plaintiff,

        v.

BIOPURE CORPORATION, THOMAS A.
MOORE, CARL W. RAUSCH and RONALD F.
RICHARDS,

               Defendants.

Civ. No. 1:03 CV 12628 (NG)

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Samuel H. Rudman of the law firm of Geller Rudman, PLLC, to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1.     Mr. Rudman has been a member in good standing of the bars of New York since 1993.

2.     There are no disciplinary proceedings against Mr. Rudman as a member of the bar in any jurisdiction.

3.     Mr. Rudman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00002235.WPD ; 1

4.    In further support of this motion, Mr. Rudman has submitted herewith his

Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

Dated: May 11, 2004                              Respectfully submitted,

David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Tel.: (781) 231-7850

*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

**I Hereby Certify That A True Copy of
The Above Document Was Served Upon
The Attorney Of Record For Each Other
Party By Mail (By Hand) On** 5/11/04.