UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CAROLYN GREENE, on Behalf of Herself and All Others Similarly Situated,

    Plaintiff,

v.

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,

    Defendants.

Civ. No. 1:03 CV 12628 (NG)

---

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Samuel H. Rudman, hereby certify that:

1.    I am a partner in the law firm of Geller Rudman, PLLC, 200 Broadhollow, Suite 406, Melville, New York 11747. I was admitted to the bar of New York in 1993. I am also admitted to practice in the following jurisdictions:

| Jurisdiction | Year |
|---|---|
| U.S. District Court, District of New Jersey | 1992 |
| U.S. District Court, Southern District of New York | 1995 |
| U.S. District Court, Eastern District of New York | 1995 |
| U.S. District Court, District of Colorado | 2000 |
| U.S. District Court, Western District of Arkansas | 2003 |
| U.S. District Court, Eastern District of Arkansas | 2003 |

00002236.WPD ; 1

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: May 5, 2004

Respectfully submitted,

_____
Samuel H. Rudman
Geller Rudman, PLLC
200 Broadhollow, Suite 406
Melville, NY 11747
Tel.: (631) 367-7100