**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-------------------------------------------------------------------------X
                                                   :
CAROLYN GREENE, on Behalf of Herself and           :
All Others Similarly Situated,                     :
                                                   : Civ. No. 1:03 CV 12628 (NG)
                   Plaintiff,                      :
                                                   :
       vs.                                         :
                                                   :
BIOPURE CORPORATION, THOMAS A. MOORE,              :
CARL W. RAUSCH and RONALD F. RICHARDS,             :
                                                   :
                   Defendants.                     :
                                                   :
-------------------------------------------------------------------------X
```

[Additional Captions Set Forth Below]


**NOTICE OF APPEARANCE OF THEODORE M. HESS-MAHAN**

---------------------------------------------------------------------X
:
JOHN G. ESPOSITO, JR., on Behalf of Himself and  :
All Others Similarly Situated,                   :
:
                     Plaintiff,  : Civ. No. 1:04 CV 10013 (NG)
:
   vs.                                        :
:
BIOPURE CORPORATION, THOMAS A. MOORE,   :
CARL W. RAUSCH and RONALD F. RICHARDS,  :
:
                     Defendants.   :
---------------------------------------------------------------------X
:
JOSEPH L. KING, on Behalf of Himself and   :
All Others Similarly Situated,              :
:
                     Plaintiff,  : Civ. No. 1:04 CV 10038 (NG)
:
   vs.                                        :
:
BIOPURE CORPORATION, THOMAS A. MOORE,   :
CARL W. RAUSCH and RONALD F. RICHARDS,  :
:
                     Defendants.   :
---------------------------------------------------------------------X
:
MICHAEL E. CRIDEN, Individually and on Behalf  :
of All Others Similarly Situated,               :
:
                     Plaintiff,  : Civ. No. 1:04 CV 10046 (NG)
:
   vs.                                        :
:
BIOPURE CORPORATION, THOMAS A. MOORE  :
and CARL W. RAUSCH,                      :
:
                     Defendants.   :
---------------------------------------------------------------------X

```
------------------------------------------------------------------------X
ISRAEL SHURKIN and SHARON SHURKIN,                  :
Individually and on Behalf of All Others            :
Similarly Situated,                                 :
                                                    :
                          Plaintiffs,               :  Civ. No. 1:04 CV 10055 (NG)
                                                    :
         vs.                                        :
                                                    :
BIOPURE CORPORATION, THOMAS A. MOORE                :
and CARL W. RAUSCH,                                 :
                                                    :
                          Defendants.               :
------------------------------------------------------------------------X
JAMES J. NIZZO, VIRGINIA C. NIZZO and                :
CARLO CILIBERTI, on Behalf of Themselves             :
and All Others Similarly Situated,                   :
                                                     :
                          Plaintiffs,                :  Civ. No. 1:04 CV 10065 (NG)
                                                     :
         vs.                                         :
                                                     :
BIOPURE CORPORATION, THOMAS A. MOORE,                :
CARL W. RAUSCH and RONALD F. RICHARDS,               :
                                                     :
                          Defendants.                :
------------------------------------------------------------------------X
BARRY BROOKS, on Behalf of Himself and               :
All Others Similarly Situated,                       :
                                                     :
                          Plaintiff,                 :  Civ. No. 1:04 CV 10077 (NG)
                                                     :
         vs.                                         :
                                                     :
BIOPURE CORPORATION, THOMAS A. MOORE,                :
CARL W. RAUSCH and RONALD F. RICHARDS,               :
                                                     :
                          Defendants.                :
------------------------------------------------------------------------X
```

```
------------------------------------------------------------------------X
ANASTASIOS PERLEGIS, Individually and on            :
Behalf of All Others Similarly Situated,            :
                                                    :
                    Plaintiff,                      :  Civ. No. 1:04 CV 10078 (NG)
                                                    :
        vs.                                         :
                                                    :
BIOPURE CORPORATION, THOMAS A. MOORE,               :
THOMAS A. MOORE, CARL W. RAUSCH and                 :
RONALD F. RICHARDS,                                 :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------------X
MARTIN WEBER, on Behalf of Himself and All          :
Others Similarly Situated,                          :
                                                    :
                    Plaintiffs,                     :  Civ. No. 1:04 CV 10090 (NG)
                                                    :
        vs.                                         :
                                                    :
BIOPURE CORPORATION, THOMAS A. MOORE,               :
THOMAS A. MOORE, CARL W. RAUSCH and                 :
RONALD F. RICHARDS,                                 :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------------X
BRUCE HAIMS, Individually and on Behalf of          :
All Others Similarly Situated,                      :
                                                    :
                    Plaintiffs,                     :  Civ. No. 1:04 CV 10144 (NG)
                                                    :
        vs.                                         :
                                                    :
BIOPURE CORPORATION, THOMAS A. MOORE,               :
THOMAS A. MOORE, CARL W. RAUSCH and                 :
RONALD F. RICHARDS,                                 :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------------X
```

```
------------------------------------------------------------------------X
MODEL PARTNERS LIMITED, Individually and      :
on Behalf of All Others Similarly Situated,   :
                                              :
                Plaintiff,                    : Civ. No. 1:04 CV 10155 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A.                :
MOORE, CARL W. RAUSCH and RONALD              :
F. RICHARDS,                                  :
                                              :
                Defendants.                   :
------------------------------------------------------------------------X
JUNE E. PATENAUDE, Individually and on Behalf :
of All Others Similarly Situated,             :
                                              :
                Plaintiff,                    : Civ. No. 1:04 CV 10179 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A.                :
MOORE, CARL W. RAUSCH and RONALD              :
F. RICHARDS,                                  :
                                              :
                Defendants.                   :
------------------------------------------------------------------------X
NANCY L. PINCKNEY, and GERTRUDE               :
PINCKNEY, Individually and on Behalf of All   :
Others Similarly Situated,                    :
                                              :
                Plaintiff,                    : Civ. No. 1:04 CV 10189 (NG)
                                              :
        vs.                                   :
                                              :
BIOPURE CORPORATION, THOMAS A.                :
MOORE, CARL W. RAUSCH,                        :
                                              :
                Defendants.                   :
------------------------------------------------------------------------X
```

```
------------------------------------------------------------------------X
W. KENNETH JOHNSON, on Behalf of Himself           :
and All Others Similarly Situated,                 :
                                                   :
                        Plaintiff,                 : Civ. No. 1:04 CV 10190 (NG)
                                                   :
        vs.                                        :
                                                   :
BIOPURE CORPORATION, THOMAS A.                     :
MOORE, CARL W. RAUSCH and RONALD                   :
F. RICHARDS,                                       :
                                                   :
                        Defendants.                :
------------------------------------------------------------------------X
GREGORY KRUSZKA, on Behalf of Himself              :
and All Others Similarly Situated,                 :
                                                   :
                        Plaintiff,                 : Civ. No. 1:04 CV 10202 (NG)
                                                   :
BIOPURE CORPORATION, THOMAS A.                     :
MOORE, CARL W. RAUSCH and RONALD                   :
F. RICHARDS,                                       :
                                                   :
                        Defendants.                :
------------------------------------------------------------------------X
```

### NOTICE OF APPEARANCE OF THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE THAT Theodore M. Hess-Mahan hereby enters his appearance on behalf of the Proposed Lead Plaintiff Ronald Erickson in the above-captioned actions.

1

Dated: May 14, 2004                                   Respectfully submitted,

**SHAPIRO HABER & URMY LLP**


<u>**/s/Theodore M. Hess-Mahan**</u>
Edward F. Haber BBO #215620
Theodore M. Hess-Mahan BBO #557109
Exchange Place
53 State Street
Boston, MA 02109
(617) 439-3939

**STULL, STULL & BRODY**
Jules Brody
Howard T. Longman
Bradley P. Dyer
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Proposed Co-Lead Counsel For
Plaintiff and The Class**

2