UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION <br> SECURITIES LITIGATION | ) <br> ) Civil Action No. 03-CV-12628-NG <br> ) <br> ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Christopher F. Robertson, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210 as counsel for the Defendant Ronald F. Richards in the above-referenced matter.

        Respectfully submitted,
        RONALD F. RICHARDS
        By his Attorneys,


        /s/Christopher Robertson
        Christopher F. Robertson (BBO # 642094)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

DATED: May 19, 2004