UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------
                                                                  :
*In re:* BioPure Securities Litigation,                           : Civ. No. 03-12628 -NG
                                                                  :
---------------------------------------------------------------------

**ASSENTED-TO MOTION TO ENTER SCHEDULING ORDER**

Lead Plaintiff hereby moves this Court to enter the Scheduling Order submitted herewith. The parties' counsel have conferred and the defendants have assented to this motion.

Dated: June 16, 2004                    Respectfully submitted,

                                        **SHAPIRO HABER & URMY LLP**


                                        /s/Theodore M. Hess-Mahan
                                        Edward F. Haber BBO #215620
                                        Theodore M. Hess-Mahan BBO #557109
                                        75 State Street
                                        Boston, MA 02109
                                        (617) 439-3939

                                        **STULL, STULL & BRODY**
                                        Jules Brody
                                        Howard T. Longman
                                        Bradley P. Dyer
                                        6 East 45th Street
                                        New York, New York 10017
                                        (212) 687-7230

                                        **Co-Lead Counsel For
                                        Lead Plaintiff and The Class**


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

    I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion.  Defendants have assented to this motion.

                                             <u>/s/Theodore M. Hess-Mahan</u>