UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

*In re:* BioPure Securities Litigation,   : Civ. No. 03-12628 -NG

---

## SCHEDULING ORDER

Pursuant to the agreement of the parties, the Court hereby enters the following scheduling order in this action:

1. Lead Plaintiff, Ronald Erickson, through Lead Counsel, Shapiro Haber & Urmy LLP, and Stull Stull & Brody, shall file a Consolidated Amended Complaint on or before July 23, 2004.

2. The Defendants shall answer or otherwise respond to the Consolidated Amended Complaint on or before September 22, 2004.

3. If the Defendants file a motion to dismiss the Consolidated Amended Complaint, Lead Plaintiff shall file his opposition to the motion to dismiss on or before November 8, 2004, or within 45 days of service of the motion to dismiss upon him, whichever is earlier.

4.  The Defendants shall serve their reply to Lead Plaintiff's opposition to the motion to dismiss on or before December 8, 2004, or within 30 days of service of plaintiff's opposition upon them, whichever is earlier.

SO ORDERED:

_6/16/04_
Date

_Nancy Gertner_
Nancy Gertner
United States District Judge