UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION )<br>SECURITIES LITIGATION ) | Master Docket No. 1:03-cv-12628 (NG) |

## *ASSENTED-TO* MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants respectfully request that this Honorable Court grant a two-week extension of time on the various deadlines in the briefing schedule. As grounds for this motion, Defendants state as follows:

1. Plaintiff's counsel has assented to the relief sought by this motion.

2. This Court's Order of June 16, 2004 sets forth that the Defendants must answer or otherwise respond to the Consolidated Amended Complaint on or before September 22, 2004, that Lead Plaintiff must file his opposition to a motion to dismiss on or before November 8, 2004 and that Defendants must file their reply to Lead Plaintiff's opposition on or before December 8, 2004.

3. Due to the trial schedule of lead counsel for the Defendants, the Defendants require additional time to properly answer or otherwise respond to the Consolidated Amended Complaint.

WHEREFORE, Defendants respectfully request that the briefing schedule be extended as follows:

- Defendants be permitted through and including October 6, 2004 to answer or otherwise respond to the Consolidated Amended Complaint,
- Lead Plaintiff be permitted through and including November 22, 2004 to file his opposition to the motion to dismiss; and

LITDOCS/568413.2

- Defendants be permitted through December 22, 2004 to serve their reply to Lead Plaintiff's opposition to the motion to dismiss.

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH AND RONALD F. RICHARDS**

By their attorneys,

/s/ Eunice E. Lee
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: September 16, 2004

### Certification Pursuant To Local Rule 7.1(a)(2)

I hereby certify that counsel for the Defendants has conferred with co-lead counsel for the plaintiffs to attempt in good faith to resolve or narrow the issue presented by this motion, and co-lead counsel for the plaintiffs has assented to the relief herein sought.

/s/ Eunice E. Lee
Eunice E. Lee

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on September 16, 2004.

/s/ Eunice E. Lee
Eunice E. Lee