UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: BIOPURE SECURITIES LITIGATION | ) ) ) ) ) ) ) |

CIVIL ACTION
NO. 03-12628-NG

REQUEST FOR ORAL ARGUMENT

# DEFENDANTS' MOTION TO DISMISS
# THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Howard P. Richman, Charles A. Sanders and J. Richard Crout ("Defendants") hereby move this Court to dismiss Plaintiffs' Consolidated Amended Class Action Complaint in the above matter. As grounds for this Motion, Defendants rely on their Memorandum of Law in Support of their Motion to Dismiss and Defendants' Appendix of Exhibits, both of which are being filed herewith.

**WHEREFORE**, Defendants request that their Motion to Dismiss the Consolidated Amended Class Action Complaint be allowed and that Plaintiffs' Consolidated Amended Class Action Complaint be dismissed in its entirety, with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request that this motion be set down for oral argument.

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, HOWARD P. RICHMAN, CHARLES A. SANDERS and J. RICHARD CROUT**

By their attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
Raquel J. Webster, BBO #658796
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Dated: October 6, 2004    (617) 951-8000

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion.

/s/ Eunice E. Lee
Eunice E. Lee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on October 6, 2004.

/s/ Eunice E. Lee
Eunice E. Lee