UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

IN RE BIOPURE CORPORATION SECURITIES       Case No. 1:03-cv-12628-NG
LITIGATION

-----------------------------------------------------------X

## NOTICE OF CHANGE IN FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that the law firm of Rabin, Murray & Frank LLP has changed its name and address to:

Murray, Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

The Firm's telephone and facsimile number remain the same. Please revise your records accordingly.

Dated: November 2, 2004

                                            Respectfully submitted,

                                            **MURRAY, FRANK & SAILER LLP**

                                            By: _/s/ Eric J. Belfi_
                                                Eric J. Belfi
                                            275 Madison Avenue
                                            Suite 801
                                            New York, New York 10016
                                            Telephone: (212) 682-1818
                                            Facsimile: (212) 682-1892
                                            ATTORNEYS FOR PLAINTIFFS

TO: All parties listed on the attached Certificate of Service

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF CHANGE IN FIRM NAME AND ADDRESS, was served by regular United States mail, postage prepaid, this 2nd day of November, 2004, to the following:

**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
200 Broadhollow Road
Suite 406
Melville, NY 11747

Peter A. Lagorio, Esq.
**Gilman and Pastor, LLP**
Suite 500
Stonehill Corporate Center
999 Broadway
Saugus, MA 01906

Sean M. Handler, Esq.
**Schiffrin & Barroway, LLP**
Three Bala Plaza East
Suite 400
Bala Cywyd, PA 19004

David Pastor, Esq.
**Gilman & Pastor, LLP**
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Bradley P. Dyer, Esq.
**Stull, Stull & Brody**
6 East 45th Street
New York, NY 10017

Theodore M. Hess-Mahan, Esq.
**Shapiro Haber & Urmy LLP**
53 State Street
Boston, MA 02108

Nancy F. Gans, Esq.
**Moulton & Gans, PC**
33 Broad Street, Suite 1100
Boston, MA 02109

Eunice E. Lee, Esq.
**Bingham McCutchen LLP**
150 Federal Street
Boston, MA 02110

Christopher F. Robertson, Esq.
**Seyfarth Shaw, LLP**
Two Seaport Lane
Suite 300
Boston, MA 02210

Jeffrey C. Block, Esq.
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
8th Floor
Boston, MA 02109

Susan E. Stenger, Esq.
**Perkins, Smith & Cohen, LLP**
One Beacon Street, 30th Floor
Boston, MA 02108

*Jane LeClaire*
Jane Le Claire