UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re: BIOPURE SECURITIES LITIGATION    ) Civ. No. 03-12628-NG
                                         )
                                         )

### ENTRY OF APPEARANCE

In connection with the above captioned action, please enter our appearance as counsel for

**Howard Richman:**

> **John D. Hughes (B.B.O. No. 243660)**
> **Mary Patricia Cormier (B.B.O. No. 635756)**
> Edwards & Angell, LLP
> 101 Federal Street
> Boston, MA 02110
> Tel.: (617) 439-4444
> Fax: (617) 439-4170

By their attorneys

Dated: November 29, 2004

John D. Hughes (B.B.O. No. 243660)
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, certify that on 29th day of November, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon the following counsel of record:

Edward F. Haber
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA  02109

Robert A. Buhlman
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

Jules Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY  10017

Christopher F. Robertson
Seyfarth Shaw, LLP
Two Seaport Lane – Suite 300
Boston, MA  02210

_____
Mary Patricia Cormier