UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE SECURITIES LITIGATION ) ) ) | CIVIL ACTION<br>NO. 03-12628-NG |

### ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Howard P. Richman, Charles A. Sanders, J. Richard Crout and Ronald F. Richards (collectively, "Defendants") hereby move for an Order extending the time to respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint ("Plaintiffs' Opposition") to and including January 18, 2005.

In support of their Motion, Defendants state as follows:

1. Defendants' response to Plaintiffs' Opposition is currently due on January 6, 2005.

2. Counsel for Plaintiffs has assented to the extension of the deadline provided by the Fed. R. Civ. P. for response to Plaintiffs' Opposition to January 18, 2005.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the time for Defendants to respond to Plaintiffs' Opposition to and including January 18, 2005.

        **BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, HOWARD P. RICHMAN, CHARLES A. SANDERS and J. RICHARD CROUT,**

        By their attorneys,

        /s/ Raquel J. Webster
        Robert A. Buhlman, BBO #554393
        Eunice E. Lee, BBO #639856
        Raquel J. Webster, BBO #658796
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA 02110-1726
        (617) 951-8000

**RONALD F. RICHARDS,**

By his attorney,

/s/ Christopher F. Robertson
Christopher F. Robertson, BBO #642094
**SEYFARTH SHAW LLP**
Two Seaport Lane
Suite 300
Boston, MA 02110
(617) 496-4800

Dated:  January 5, 2005

### RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this Motion.  Counsel for Plaintiffs consents to the relief sought by this Motion.

/s/ Raquel J. Webster
Raquel J. Webster

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on January 5, 2005.

/s/ Raquel J. Webster
Raquel J. Webster