# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE BIOPURE SECURITIES LITIGATION ) ) ) ) | CIVIL ACTION NO. 03-12628-NG |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Howard P. Richman, Charles A. Sanders, J. Richard Crout and Ronald F. Richards (collectively, "Defendants") hereby move for an Order extending the time to respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint ("Plaintiffs' Opposition") to and including January 24, 2005.

In support of their Motion, Defendants state as follows:

1. Defendants previously received an extension of time to Respond to Plaintiffs' Opposition to and including January 18, 2005.

2. Due to circumstances unforeseen at the time Defendants received the extension, counsel for Defendants was subsequently required to be out of the state for four days. As a result, counsel for Defendants requires additional time to prepare Defendants' response to Plaintiffs' Opposition.

3. Counsel for Plaintiffs does not object to the extension of the deadline provided by the Fed. R. Civ. P. for response to Plaintiffs' Opposition to and including January 24, 2005.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the time for Defendants to respond to Plaintiffs' Opposition to and including January 24, 2005.

**BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, HOWARD P. RICHMAN, CHARLES A. SANDERS and J. RICHARD CROUT,**

By their attorneys,

/s/ Raquel J. Webster
Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
Raquel J. Webster, BBO #658796
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

**RONALD F. RICHARDS,**

By his attorney,

/s/ Christopher F. Robertson
Christopher F. Robertson, BBO #642094
**SEYFARTH SHAW LLP**
Two Seaport Lane
Suite 300
Boston, MA 02110
(617) 496-4800

Dated:  January 14, 2005

### RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this Motion.  Counsel for Plaintiffs does not oppose the relief sought by this Motion.

/s/ Raquel J. Webster
Raquel J. Webster

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on January 14, 2005.

s/ Raquel J. Webster
Raquel J. Webster

- 2 -

- 3 -