UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civ. No. 03-12628-NG |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Edward F. Haber of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Lead Plaintiff Ronald W. Erickson in the above-captioned matter.

Dated: January 25, 2005                     Respectfully submitted,

                                            /s/Edward F. Haber
                                            Edward F. Haber BBO #215620
                                            Shapiro Haber & Urmy LLP
                                            Exchange Place
                                            53 State Street
                                            Boston, MA 02109
                                            (617) 439-3939

                                            Co-Lead Counsel for Lead Plaintiff
                                            Ronald W. Erickson and the Class