UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

**In re: BIOPURE CORPORATION**
**SECURITIES LITIGATION**                         C.A. No. 03-12628-NG

_____

### NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

>  GILMAN AND PASTOR, LLP
>  60 State Street, 37th Floor
>  Boston, MA 02109
>  Telephone: (617) 742-9700
>  Facsimile: (617) 742-9701

Dated: May 25, 2005                         Respectfully submitted:


                                            /s/ David Pastor_____
                                            David Pastor (BBO # 391000)
                                            GILMAN AND PASTOR, LLP
                                            60 State Street, 37th Floor
                                            Boston, MA 02109
                                            (617) 742-9700
                                            Fax: (617) 742-9701

                                            Counsel for Plaintiffs

{00004794.DOC ; 2}