UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civ. No. 03-12628 -NG |

**PLAINTIFFS' MOTION TO PARTIALLY LIFT
THE AUTOMATIC STAY OF DISCOVERY PROVIDED UNDER THE PRIVATE
SECURITIES LITIGATION REFORM ACT WITH RESPECT TO DOCUMENTS THAT
<u>DEFENDANTS HAVE ALREADY PRODUCED TO THE SEC</u>**

Plaintiffs, by and through their undersigned counsel, hereby respectfully submit this Motion To Partially Lift The Automatic Stay Of Discovery Provided Under The Private Securities Litigation Reform Act With Respect To Documents That Defendants Have Already Produced To The SEC. Plaintiffs note that the relief sought by this Motion will be become moot if the Court denies two now-pending motions that were filed on October 6, 2004: (1) Defendant Ronald F. Richards' Motion To Dismiss The Consolidated Class Action Complaint (docket # 62) and (2) Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint (docket # 64), filed by Defendants Biopure Corporation, Thomas A Moore, Carl W. Rausch, Howard P. Richman, Charles A Sanders and J. Richard Crout.

For all the reasons set forth in the attached Memorandum In Support hereof, Plaintiffs respectfully request that their Motion be GRANTED.

**<u>REQUEST FOR ORAL ARGUMENT</u>**

Plaintiffs believe that oral argument may assist the Court in deciding the issues raised by this Motion. Therefore, Plaintiffs hereby request that oral argument be

scheduled at a time convenient for the Court.

Dated: January 5, 2006  Respectfully submitted,

**SHAPIRO HABER & URMY LLP**


**/s/ Edward F. Haber**
Edward F. Haber BBO #215620
Theodore M. Hess-Mahan BBO #557109
Matthew L. Tuccillo BBO # 643336
53 State Street
Boston, MA 02109
(617) 439-3939

**STULL, STULL & BRODY**
Jules Brody
Howard T. Longman
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Co-Lead Counsel For
Lead Plaintiff and The Class**


### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel conferred in a good faith effort to narrow or resolve the issues raised in this motion.  The parties were unable to reach agreement.

**/s/ Edward F. Haber**
Edward F. Haber

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 6th day of January, 2006.

**/s/ Edward F. Haber**
Edward F. Haber

2