Exhibit 2

to PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO PARTIALLY LIFT THE AUTOMATIC STAY OF DISCOVERY WITH RESPECT TO DOCUMENTS THAT DEFENDANTS HAVE ALREADY PRODUCED TO THE SEC

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11853-PBS

Securities and Exchange Commission v. Biopure Corporation et al
Assigned to: Judge Patti B. Saris
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/14/2005
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities and Exchange Commission**	represented by	**Ian D. Roffman**
U.S. Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108
617-573-8900 x8987
Fax: 617-424-5940
Email: roffmani@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Daniel O'Connor**
Securities & Exchange Commission
73 Tremont Street
Suite 600
Boston, MA 02108
617-573-8979
Fax: 617-424-5940
Email: oconnord@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen E Bober**
Securities and Exchange Commission
73 Tremont Street
6th Floor
Boston, MA 02108
617-573-8913
Fax: 617-424-5940
Email: bobere@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Biopure Corporation**	represented by	**Anthony E. Fuller**

        Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8000
Fax: 617-951-8736
Email: anthony.fuller@bingham.com
*TERMINATED: 12/29/2005*
*ATTORNEY TO BE NOTICED*

**Michael D. Blanchard**
Bingham McCutchen LLP - Hartford
One State Street
Hartford, CT 06103
860-240-2700
Fax: 860-240-2818
Email: michael.blanchard@bingham.com
*ATTORNEY TO BE NOTICED*

**Robert A. Buhlman**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-951-8717
Fax: 617-951-8736
Email: robert.buhlman@bingham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Thomas Moore     represented by     **Bernard J. Bonn, III**
Abbey Gardy & Squitieri
212 East 39th Street
New York, NY 10016
617-728-7143
Fax: 617-426-6567
Email: bernard.bonn@dechert.com
*TERMINATED: 11/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bobby R. Burchfield**
McDermott Will & Emery, LLP
600 13th Street, NW
Washington, DC 20005
US
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward P. Leibensperger**
McDermott, Will & Emery

28 State Street  
Boston, MA 02109-1775  
617-535-4046  
Email: eleibensperger@mwe.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jason A. Levine**  
McDermott Will & Emery, LLP  
600 13th Street, NW  
Washington, DC 20005  
US  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Erica L. Hovani**  
Dechert LLP  
200 Clarendon Street  
27th Floor  
Boston, MA 02116  
617-654-8611  
Email: erica.hovani@dechert.com  
*TERMINATED: 11/14/2005*  
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Huang**  
McDermott, Will & Emery LLP  
28 State Street  
Boston, MA 02109  
617-535-4000  
Fax: 617-535-3800  
Email: jhuang@mwe.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Howard Richman**     represented by    **John D. Hughes**  
Edwards & Angell, LLP  
101 Federal Street  
Boston, MA 02110  
617-439-4444  
Fax: 617-439-4170  
Email: jhughes@edwardsangell.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Cathy A. Fleming**  
Edwards & Angell, LLP  
750 Lexington Avenue  
New York, NY 10022  
US

*ATTORNEY TO BE NOTICED*

**Mary P. Cormier**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-951-2225
Fax: 617-439-4170
Email: mcormier@edwardsangell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Kober**  represented by  **Justin J. Daniels**
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
31st Floor
Boston, MA 02108
617-573-4800
Fax: 617-573-4822
Email: jdaniels@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Dougherty**
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
617-573-4800
Fax: 617-573-4822
Email: dougherty@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2005 | 1 | COMPLAINT against Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober , filed by Securities and Exchange Commission. (Attachments: # 1 Part 2# 2 Civil Cover Sheet)(Bell, Marie) (Entered: 09/15/2005) |
| 09/14/2005 |   | Summons Issued as to Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Bell, Marie) (Entered: 09/15/2005) |
| 09/14/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Bell, Marie) (Entered: 09/15/2005) |
| 09/20/2005 | 2 | NOTICE of Appearance by Thomas J. Dougherty on behalf of Jane |

| | | |
|---|---|---|
| | | Kober (Dougherty, Thomas) (Entered: 09/20/2005) |
| 09/20/2005 | 3 | NOTICE of Appearance by Justin J. Daniels on behalf of Jane Kober (Daniels, Justin) (Entered: 09/20/2005) |
| 09/21/2005 | | Letter sent to Attorney Justin J. Daniels advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Bell, Marie) (Entered: 09/21/2005) |
| 09/21/2005 | 4 | NOTICE of Appearance by Mary P. Cormier on behalf of Howard Richman (Cormier, Mary) (Entered: 09/21/2005) |
| 09/22/2005 | 5 | NOTICE of Appearance by John D. Hughes on behalf of Howard Richman (Hughes, John) (Entered: 09/22/2005) |
| 09/22/2005 | 6 | MOTION for Leave to Appear Pro Hac Vice by Cathy A. Fleming by Howard Richman.(Cormier, Mary) (Entered: 09/22/2005) |
| 09/22/2005 | 7 | AFFIDAVIT in Support re 6 MOTION for Leave to Appear Pro Hac Vice by Cathy A. Fleming *for Defendant Howard Richman*. (Cormier, Mary) (Entered: 09/22/2005) |
| 09/22/2005 | 8 | NOTICE of Appearance by Bernard J. Bonn, III on behalf of Thomas Moore (Bonn, Bernard) (Entered: 09/22/2005) |
| 09/22/2005 | 9 | NOTICE of Appearance by Erica L. Hovani on behalf of Thomas Moore (Hovani, Erica) (Entered: 09/22/2005) |
| 09/26/2005 | 10 | SUMMONS Returned Executed Jane Kober served on 9/15/2005, answer due 10/5/2005. (Bell, Marie) (Entered: 09/27/2005) |
| 09/26/2005 | 11 | SUMMONS Returned Executed Howard Richman served on 9/19/2005, answer due 10/11/2005. (Bell, Marie) (Entered: 09/27/2005) |
| 09/26/2005 | 12 | SUMMONS Returned Executed Thomas Moore served on 9/15/2005, answer due 10/5/2005. (Bell, Marie) (Entered: 09/27/2005) |
| 09/26/2005 | 13 | SUMMONS Returned Executed Biopure Corporation served on 9/15/2005, answer due 10/5/2005. (Bell, Marie) (Entered: 09/27/2005) |
| 09/27/2005 | | Filing fee: $ 50.00, receipt number 67132 regarding Motion Pro Hac Vice (Bell, Marie) (Entered: 09/28/2005) |
| 10/11/2005 | 14 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Jane Kober.(Dougherty, Thomas) (Entered: 10/11/2005) |
| 10/11/2005 | 15 | ANSWER to Complaint with Jury Demand by Thomas Moore.(Bonn, Bernard) (Entered: 10/11/2005) |
| 10/11/2005 | 16 | NOTICE of Appearance by Anthony E. Fuller on behalf of all defendants (Fuller, Anthony) (Entered: 10/11/2005) |
| 10/11/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Biopure Corporation. (Fuller, Anthony) (Entered: 10/11/2005) |
| 10/11/2005 | 18 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by |

| | | |
|---|---|---|
| | | Biopure Corporation.(Fuller, Anthony) (Entered: 10/11/2005) |
| 10/11/2005 | 19 | ANSWER to Complaint with Jury Demand by Howard Richman. (Cormier, Mary) (Entered: 10/11/2005) |
| 10/12/2005 | | Judge William G. Young : ElectronicORDER entered granting 6 Motion for Leave to Appear Pro Hac Vice Added Cathy A. Fleming for Howard Richman. cc/cl. (Bell, Marie) (Entered: 10/12/2005) |
| 10/12/2005 | | Notice of correction to docket made by Court staff. Correction: Document #16-Notice of Appearance corrected because: Atty. Fuller is counsel for Biopure Corporation ONLY. (Bell, Marie) (Entered: 10/12/2005) |
| 10/13/2005 | 20 | NOTICE of Appearance by Robert A. Buhlman on behalf of Biopure Corporation (Buhlman, Robert) (Entered: 10/13/2005) |
| 10/13/2005 | 21 | NOTICE of Appearance by Michael D. Blanchard on behalf of Biopure Corporation (Blanchard, Michael) (Entered: 10/13/2005) |
| 10/14/2005 | 22 | NOTICE of Scheduling Conference Scheduling Conference set for 11/14/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 10/14/2005) |
| 10/14/2005 | | Notice Resetting or Cancelling Hearing. Hearing cancelled: SCHEDULING CONFERENCE due to the fact that Bingham McCutcheon has an appearance in this case. Judge Young recuses himself from cases where Bingham McCutcheon represent any party. An order of recusal will issue and the case will be reassigned. (Smith, Bonnie) (Entered: 10/14/2005) |
| 10/14/2005 | 23 | Judge William G. Young : ORDER OF RECUSAL entered. (Bell, Marie) (Entered: 10/14/2005) |
| 10/14/2005 | 24 | Notice of Reassignment. Judge Patti B. Saris added. Judge William G. Young no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. cc/cl. (Bell, Marie) (Entered: 10/17/2005) |
| 10/17/2005 | 25 | NOTICE of Scheduling Conference Scheduling Conference set for 11/22/2005 03:30 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 10/19/2005) |
| 10/24/2005 | 26 | NOTICE of Appearance by Ellen E Bober on behalf of Securities and Exchange Commission (Bober, Ellen) Additional attachment(s) added on 10/27/2005 (Patch, Christine). (Entered: 10/24/2005) |
| 10/31/2005 | 27 | Joint MOTION to Expedite *Shorten Response Time To Requests For Admission And To Expedite Summary Judgment Hearing* by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober.(Blanchard, Michael) (Entered: 10/31/2005) |
| 10/31/2005 | 28 | MEMORANDUM in Support re 27 Joint MOTION to Expedite *Shorten Response Time To Requests For Admission And To Expedite Summary* |

| | | |
|---|---|---|
| | | *Judgment Hearing* filed by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Blanchard, Michael) (Entered: 10/31/2005) |
| 11/10/2005 | 29 | Opposition re 27 Joint MOTION to Expedite *Shorten Response Time To Requests For Admission And To Expedite Summary Judgment Hearing* filed by Securities and Exchange Commission. (Roffman, Ian) (Entered: 11/10/2005) |
| 11/10/2005 | 30 | NOTICE of Appearance by Edward P. Leibensperger on behalf of Thomas Moore (Leibensperger, Edward) (Entered: 11/10/2005) |
| 11/10/2005 | 31 | NOTICE of Appearance by Jeffrey S. Huang on behalf of Thomas Moore (Huang, Jeffrey) (Entered: 11/10/2005) |
| 11/10/2005 | 32 | NOTICE of Withdrawal of Appearance by Erica L. Hovani (Hovani, Erica) (Entered: 11/10/2005) |
| 11/11/2005 | 33 | NOTICE of Withdrawal of Appearance by Bernard J. Bonn, III (Bonn, Bernard) (Entered: 11/11/2005) |
| 11/16/2005 | 34 | JOINT SUBMISSION pursuant to Local Rule 16.1 by Securities and Exchange Commission.(Roffman, Ian) (Entered: 11/16/2005) |
| 11/16/2005 | 35 | First CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Biopure Corporation.(Fuller, Anthony) (Entered: 11/16/2005) |
| 11/16/2005 | 36 | CERTIFICATION pursuant to Local Rule 16.1 by Jane Kober. (Dougherty, Thomas) (Entered: 11/16/2005) |
| 11/17/2005 | 37 | CERTIFICATION pursuant to Local Rule 16.1 by Thomas Moore. (Leibensperger, Edward) (Entered: 11/17/2005) |
| 11/17/2005 | 38 | MEMORANDUM OF LAW by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober to 34 Joint submission. (Fuller, Anthony) (Entered: 11/17/2005) |
| 11/17/2005 | 39 | CERTIFICATION pursuant to Local Rule 16.1 by Howard Richman. (Cormier, Mary) (Entered: 11/17/2005) |
| 11/18/2005 | 40 | Assented to MOTION for Leave to Appear Pro Hac Vice by Bobby R. Burchfield and Jason A. Levine by Thomas Moore.(Huang, Jeffrey) (Entered: 11/18/2005) |
| 11/18/2005 | | Filing fee: $ 100.00, receipt number 68338 regarding Motion for Leave to Appear Pro Hac Vice by Bobby R. Burchfield and Jason A. Levine (Patch, Christine) (Entered: 11/28/2005) |
| 11/22/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 11/22/2005. Court sets discovery and motion filing schedule. Summary Judgment Hearing/Motions in Limine Hearing/Final Pretrial Conference set for 4/26/06 at 2:00 p.m. Jury Trial set for 5/8/06 at 9:00 a.m. Parties to notify Court by December 2, 2005, as to whether they wish to participate in mediation. Scheduling Order to issue. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: |

| | | |
|---|---|---|
| | | 11/22/2005) |
| 11/22/2005 | 42 | Judge Patti B. Saris : ORDER entered. SCHEDULING ORDER: Fact Discovery to be completed by 4/14/2006. Plaintiff's expert designation deadline: 2/14/06; Defendant's expert designation deadline: 3/14/06. Summary Judgment Motion due by 4/1/2006; opposition due by 4/14/06. Motions in Limine due by 4/19/06; opposition due by 4/26/06. Hearing on Summary Judgment/ Pretrial Conference set for 4/26/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 5/8/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris.(Patch, Christine) (Entered: 11/28/2005) |
| 11/23/2005 | 41 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER: Final Pretrial Conference set for 4/26/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 5/8/2006 09:00 AM in Courtroom 19 before Judge Patti B. Saris.(Patch, Christine) (Entered: 11/28/2005) |
| 11/28/2005 | 43 | NOTICE of Appearance by R. Daniel O'Connor on behalf of Securities and Exchange Commission (O'Connor, R.) (Entered: 11/28/2005) |
| 11/28/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 40 Motion for Leave to Appear Pro Hac Vice Added Bobby R. Burchfield for Thomas Moore, Jason A. Levine for Thomas Moore (Patch, Christine) (Entered: 11/28/2005) |
| 11/28/2005 | | Judge Patti B. Saris : Electronic ORDER entered finding as moot 27 Motion to Shorten Response Time to Requests for Admission and to Expedite Summary Judgment Hearing. (Patch, Christine) (Entered: 11/28/2005) |
| 12/02/2005 | 44 | Letter to Judge Saris from Ian D. Roffman informing the Commission is willing to participate in non-binding mediation of this matter with a mediator acceptable to all parties. (Patch, Christine) (Entered: 12/08/2005) |
| 12/06/2005 | 45 | Letter to Judge Saris from Robert A. Buhlman stating that the defendants are willing to mediate this case in a non-binding mediation. (Patch, Christine) (Entered: 12/08/2005) |
| 12/21/2005 | 46 | Joint MOTION for Partial Summary Judgment by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober.(Buhlman, Robert) (Entered: 12/21/2005) |
| 12/21/2005 | 47 | MEMORANDUM in Support re 46 Joint MOTION for Partial Summary Judgment filed by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Buhlman, Robert) (Entered: 12/21/2005) |
| 12/21/2005 | 48 | APPENDIX/EXHIBIT re 47 Memorandum in Support of Motion *For Partial Summary Judgment* by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4)(Buhlman, Robert) (Entered: 12/21/2005) |
| 12/21/2005 | 49 | STATEMENT of facts *Pursuant To Local Rule 56.1*. (Buhlman, Robert) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 12/21/2005 | 50 | AFFIDAVIT of Robert A. Buhlman by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (Buhlman, Robert) (Entered: 12/21/2005) |
| 12/23/2005 | 51 | MOTION for Extension of Time to April 14, 2006 or, in the alternative, no earlier than January 31, 2006 to File Response/Reply as to 46 Joint MOTION for Partial Summary Judgment *and for Expedited Consideration of this Request* by Securities and Exchange Commission. (Roffman, Ian) (Entered: 12/23/2005) |
| 12/28/2005 | | Judge Patti B. Saris : Electronic ORDER entered re 51 Motion for Extension of Time to File Response re 46 Joint MOTION for Partial Summary Judgment. Responses due by 1/31/2005. "At the very least, the Court will permit an opposition to be filed on 1/31/05. The Court will give defendants an opportunity to respond to this motion before ruling on the request for a continuance until April." (Patch, Christine) (Entered: 12/29/2005) |
| 12/29/2005 | 52 | NOTICE of Withdrawal of Appearance by Anthony E. Fuller (Fuller, Anthony) (Entered: 12/29/2005) |
| 12/30/2005 | 53 | Opposition re 51 MOTION for Extension of Time to April 14, 2006 or, in the alternative, no earlier than January 31, 2006 to File Response/Reply as to 46 Joint MOTION for Partial Summary Judgment *and for Expedited Consideration of this Request* filed by Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Attachments: # 1 Exhibit A)(Buhlman, Robert) (Entered: 12/30/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2006 15:18:48 | | | |
| **PACER Login:** | sg0016 | **Client Code:** | Biopure |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-11853-PBS |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |