# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| **IN RE BIOPURE CORPORATION** ) | **Master Docket No. 1:03-cv-12628 (NG)** |
| **SECURITIES LITIGATION** ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF
## EUNICE E. LEE AS COUNSEL FOR DEFENDANTS

Please take notice that Eunice E. Lee is hereby withdrawn as counsel of record for Defendants in the above captioned case. Robert A. Buhlman and Michael D. Blanchard of Bingham McCutchen continue in their capacity as counsel for Defendants.

Dated: January 13, 2006                    Respectfully submitted,
         Boston, Massachusetts

                                          /s/ Michael D. Blanchard
                                          Robert A. Buhlman, BBO #554393
                                          Michael D. Blanchard, BBO#636860
                                          BINGHAM McCUTCHEN LLP
                                          150 Federal Street
                                          Boston, MA 02110
                                          (617) 951-8000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on January 13, 2006.


/s/ Michael D. Blanchard
Michael D. Blanchard