## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Howard T. Longman, hereby certify that:

1. I was admitted to the bar of the State of New York in 1983 and was also admitted to practice before the Southern and Eastern Districts of New York both in 1988.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

   Howard Theodore Longman
   Stull, Stull & Brody
   6 East 45th Street
   212-687-7230
   212-490-2022
   tsvi@aol.com

_____
Howard T. Longman

Dated: January 12, 2006



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

---

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Howard Theodore Longman** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **1st** day of **June 1983** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **January 17, 2006**



*James Edward Pelzer*
Clerk

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jules Brody, hereby certify that:

1. I was admitted to the bar of the State of New York in 1964.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Jules Brody
> Stull, Stull & Brody
> 6 East 45th Street
> New York, NY 10017
> Tel: 212-687-7230
> Fax: 212-490-2022
> ssbny@aol.com

_____
Jules Brody

Dated: January 18, 2006

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JULES BRODY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **29th** day of **June, 1964** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 18, 2006



Catherine O'Hagan Wolfe
Clerk

1454