UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: BIOPURE SECURITIES LITIGATION ) ) ) ) ) ) ) | CIVIL ACTION NO. 03-12628-NG |

### *ASSENTED-TO* MOTION
### FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Ronald Richards, Howard P. Richman, Charles A. Sanders and J. Richard Crout ("Defendants") with the assent of Plaintiffs, respectfully move this Court for leave to submit the accompanying 28-page Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend Complaint, in excess of the standing 20-page limit provided in Local Rule 7.1(B)(4).

As grounds for this Motion for Leave to Exceed Page Limit ("Motion"), Defendants state the following:

1.  The Memorandum of Law includes thorough analysis and citation to legal authority which will assist the Court in resolution of Plaintiffs' Motion for Leave to Amend, and that might otherwise be compromised if confined to the 20-page limit.

2.  Counsel for Plaintiffs assent to the relief sought by this Motion.

LITDOCS/571596.1

WHEREFORE, Defendants respectfully request that this Assented To Motion for Leave to Exceed Page Limit be granted.

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, RONALD RICHARDS, HOWARD P. RICHMAN, CHARLES A. SANDERS and J. RICHARD CROUT**

By their attorneys,

/s/Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO #636860
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Dated: January 23, 2006     (617) 951-8000

### RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion. Counsel for Plaintiffs assents to the relief sought by this motion.

/s/ Michael D. Blanchard
Michael D. Blanchard

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on January 23, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard