UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> SECURITIES LITIGATION ) <br> ) <br> ) <br> _____ ) | Master Docket No. 1:04-cv-10177 N <br><br> Assigned to Judge Nancy Gertner |

COMPENDIUM OF UNREPORTED AUTHORITIES
CITED IN DEFENDANTS' MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND
THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

BIOPURE CORPORATION, THOMAS A. MOORE, HOWARD P. RICHMAN, CARL W. RAUSCH, RONALD F. RICHARDS, CHARLES A. SANDERS and J. RICHARD CROUT

By their attorneys,

Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO #636860
Jennifer L. Stewart, BBO #657648
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

LITDOCS/628498.1

| *Cases* | *Tab* |
|---|---|
| *In re Century Business Services Securities Litigation*, No. 1:99CV002200, 2002 WL 32254513 (N.D. Ohio June 27, 2002) | 1 |
| *Cheney v. Cyberguard Corp.*, No. 98-6879-CIV-GOLD, 2000 WL 1140306 (S.D. Fla. July 31, 2000) | 2 |
| *Geinko v. Padda*, No. 00 C 5070, 2002 WL 276236 (N.D. Ill. Feb. 27, 2002) | 3 |
| *Gross v. Summa Four, Inc.*, No. Civ. C-94-364-B, 1995 WL 806823 (D. N.H. Nov. 8, 1995) | 4 |
| *Guerra v. Teradyne Inc.*, No. Civ. A. 01-11789-NG, 2004 WL 1467065 (D. Mass. Jan. 16, 2004) | 5 |
| *Noble Asset Management v. Allos Therapeutics, Inc.*, CV No. 04-1030-RPM, 2005 LEXIS 24452 (Oct. 20, 2005 D. Colo.) | 6 |
| *In Re PEC Solutions Sec. Litig.*, No. 03-CV-331, 2004 WL 1854202 (E.D. Va. May 25, 2004) | 7 |
| *Schuster v. Symmetricon, Inc.*, No. C942002RMW, 2000 WL 33115909 (N.D. Cal. Aug. 1, 2000) | 8 |
| *Sprague v. United Air Lines, Inc.*, No. Civ. A.97-12102, 2000 WL 621112 (D. Mass. May 3, 2000) | 9 |
| *In re Stratus Computer, Inc. Sec. Litig.*, CIV. A. 89-2075-Z, 1992 WL 73555 (D. Mass. Mar. 27, 1992) | 10 |