**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE BIOPURE CORPORATION SECURITIES LITIGATION** | ) ) ) ) ) ) | **Master Docket No. 1:03-CV-12628 (NG)** **Assigned to Judge Nancy Gertner** |

**DEFENDANTS MOTION FOR JUDICIAL NOTICE OF SEC FILINGS[1]**

In connection with this Court's consideration of Defendants' motion to dismiss the amended complaint and opposition to Plaintiffs' motion for leave to amend, Defendants respectfully move this Court to take judicial notice of publicly available documents filed by Biopure with the Securities and Exchange Commission that are germane to the Defendants' motion to dismiss and opposition to Plaintiffs' motion for leave to amend. Defendants make this motion with respect to documents attached hereto as Exhibit A (certain Form 4's concerning Defendant Moore's purchases of Biopure's stock during the class period, filed with the SEC).

This Court may take judicial notice of the aforesaid documents without converting the motion to dismiss into a motion for summary judgment. *See, e.g., In re Stone & Webster, Inc. Sec. Litig.*, 253 F. Supp. 2d 102, 128 & n. 11 (D. Mass. 2003) (district court may consider documents required to be filed and actually filed with the SEC on a motion to dismiss); *see also* Fed. R. Evid. 201(b)(2).

The Form 4's attached hereto demonstrate that Defendant Moore purchased stock during the putative class period, relevant to Plaintiffs' burden of pleading a strong inference of *scienter*.

---

1 This motion is filed on behalf of Defendants Biopure Corporation, Thomas A. Moore, Howard P. Richman, Carl W. Rauch, Charles A. Sanders and J. Richard Crout (collectively, the "Defendants").



CTDOCS/1651863.2

WHEREFORE, Defendants respectfully request that this motion be granted in all respects.

February 1, 2006

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, HOWARD P. RICHMAN, RONALD RICHARDS, CARL W. RAUSCH, CHARLES A. SANDERS AND J. RICHARD CROUT**

By their attorneys,

/s/ Michael D. Blanchard
Robert A. Buhlman, BBO #554393
Michael D. Blanchard, BBO#636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

**RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion.

/s/ Michael D. Blanchard
Michael D. Blanchard

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on February 1, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard

# EXHIBIT A

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

U.S. SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
Moore, Thomas A.
(Last) (First) (Middle)
166 Cherry Hill Road
(Street)
Princeton, NJ 08540
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Biopure Corporation BPUR

3. IRS or Social Security Number of Reporting Person (Voluntary)
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

4. Statement for Month/Year
March 25, 2003

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person to Issuer (Check all applicable)
___ Director ___ 10% Owner
_X_ Officer (give title below) ___ Other (specify below)
President, CEO

7. Individual or Joint/Group Filings (Check applicable line)
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 3/25/03 | P | | 206,612 | A | $2.42 | 286,612 | D | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly
*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

(Print or Type Responses)

FORM 4 (continued)

**Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Securities Direct (D) or Indirect (I) (Instr.4) | 11. Nature of Indirect Beneficial Ownership (Instr.4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Warrant | $3.63 | 3/25/03 | A | | 41,322 | | 3/25/03 | 3/25/08 | | | | | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a)*

*Note: File three copies of this Form, one of which must be manually signed.
If space provided is insufficient, see instruction 6 for procedures*

[signature]
**Signature of Reporting Person
Attorney-in-Fact

3/26/03
Date

Apr-14-03 09:34am From-ERNST & YOUNG 6178596690 T-303 P.03/04 F-317
Apr-11-03 03:38pm From-ERNST & YOUNG 6178596690 T-295 P.02/05 F-300

# FORM 4

[illegible]ck this box if no longer [illegible]bject to Section 16. Form 4 [illegible] Form 5 obligations may [illegible]ntinue. See Instruction 1(b).

## U.S. SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
[illegible]ore, Thomas A.
(Last) (First) (Middle)
5 Cherry Hill Road
(Street)
[illegible]nceton, NJ 08540
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Biopure Corporation BPUR

3. IRS or Social Security Number of Reporting Person (Voluntary)
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

4. Statement for Month/Year
April 11, 2003

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person to Issuer (Check all applicable)
___ Director ___ 10% Owner
_X_ Officer (give title below) ___ Other (specify below)
President, CEO

7. Individual or Joint/Group Filing (Check applicable line)
_X_ Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

RECD S.E.C.
APR 1 1 2003
1085

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| [illegible]ss A Common Stock | 4/9/03 | P | | 5,100 | A | $3.12 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | P | | 880 | A | $3.13 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | P | | 1,900 | A | $3.14 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | P | | 15,000 | A | $3.15 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | | | 900 | A | $3.17 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | | | 5,400 | A | $3.19 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | | | 200 | A | $3.20 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | | | 600 | A | $3.21 | | D | |
| [illegible]ss A Common Stock | 4/9/03 | | | 100 | A | $3.22 | 316,612 | D | |

[illegible]inder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
[illegible] form is filed by more than one reporting person, see Instruction 4(b)(v).

(Print or Type Responses)

FORM 4 (continued)

## Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned

(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/ Day/ Year) | 4. Transaction Code | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/ Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

[signature] 4/11/03

**Signature of Reporting Person — Date

Intentional misstatements or omissions of facts constitute Federal Criminal Violations. (18 U.S.C. 1001 and 15 U.S.C. 78ff(a))

Note: File three copies of this Form, one of which must be manually signed. If space provided is insufficient, see Instruction 6 for procedure.

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## U.S. SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
Moore, Thomas A.
(Last) (First) (Middle)
166 Cherry Hill Road
Street)
Princeton, NJ 08540
(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol
Biopure Corporation BPUR

3. IRS or Social Security Number of Reporting Person (Voluntary)
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

4. Statement for Month/Year
April 15, 2003

5. If Amendment, Date of Original (Month/Year)

6. Relationship of Reporting Person to Issuer (Check all applicable)
X Director ___ 10% Owner
X Officer (give title below) ___ Other (specify below)
President, CEO

7. Individual or Joint/Group Filings (Check applicable line)
X Form filed by One Reporting Person
___ Form filed by More than One Reporting Person

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 4/15/03 | P | | 15,000 | A | $3.13 | 331,612 | D | |

minder: Report on a separate line for each class of securities beneficially owned directly or indirectly
ѐ form is filed by more than one reporting person, see Instruction 4(b)(v).

(Print or Type Responses)

FORM 4 (continued)

**Table II — Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Securities Direct (D) or Indirect (I) (Instr.4) | 11. Nature of Indirect Beneficial Ownership (Instr.4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

**Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a)*

*Note: File three copies of this Form, one of which must be manually signed.*
*If space provided is insufficient, see instruction 6 for procedures*

[signature] Attorney-in-Fact
**Signature of Reporting Person

4-16-03
Date