UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) | Master Docket No. 1:03-cv-12628 (NG)<br><br>Assigned to Judge Nancy Gertner |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael D. Blanchard of the law firm of Bingham McCutchen LLP, One State Street, Hartford, Connecticut, 06103, (860) 240-2700, as counsel for Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Ronald F. Richards, Howard P. Richman, J. Richard Crout and Charles A. Sanders in the above-captioned matter.

Respectfully submitted,

/s/ Michael D. Blanchard
Michael D. Blanchard BBO # 636860
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700
michael.blanchard@bingham.com

Dated: March 27, 2006

LITDOCS/567129.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on March 27, 2006.

                                              /s/ Michael D. Blanchard
                                              Michael D. Blanchard