UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>) | Master Docket No. 1:03-cv-12628 (NG)<br><br>Assigned to Judge Nancy Gertner |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Donald J. Savery of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, as counsel for Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Ronald F. Richards, Howard P. Richman, J. Richard Crout and Charles A. Sanders in the above-captioned matter.

Respectfully submitted,

/s/ Donald J. Savery
Robert A. Buhlman, BBO #554293
Donald J. Savery, BBO #564975
Michael D. Blanchard, BBO #636860
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000
donald.savery@bingham.com

Dated:  April 5, 2006

LITDOCS/636626.1

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on April 5, 2006.

                                          /s/ Donald J. Savery
                                          Donald J. Savery