UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | : : : : : | CIVIL ACTION NO. 03-12628-NG |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch, Ronald F. Richards, Howard P. Richman, J. Richard Crout and Charles A. Sanders ("Defendants") respectfully move for this Court to reconsider its ruling insofar as it grants Plaintiffs' Motion for Leave to Amend the Complaint and denies Defendants' Motion to dismiss the initial and Proposed Second Amended Complaint. In support hereof, Defendants refer the Court to their memorandum of law submitted herewith.

**WHEREFORE**, Defendants respectfully request that the Court grant this Motion for Reconsideration and grant Defendants' Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

Defendants, believing that oral argument may assist the Court and wishing to be heard through its counsel, respectfully requests oral argument on this Motion for Reconsideration pursuant to Local Rule 7.1(D).

<table>
<tr><td></td><td>Respectfully submitted,<br><br>**BIOPURE CORPORATION, THOMAS A. MOORE, HOWARD P. RICHMAN, RONALD F. RICHARDS, CARL W. RAUSCH, CHARLES A. SANDERS AND J. RICHARD CROUT**<br><br>By their attorneys,<br><br>/s/ Michael D. Blanchard<br>Robert A. Buhlman, BBO #554393<br>Donald J. Savery , BBO #564975<br>Michael D. Blanchard, BBO #636860<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, MA 02110</td></tr>
<tr><td>April 21, 2006</td><td>(617) 951-8000</td></tr>
</table>

### RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs in good faith to resolve or narrow the issues presented in this motion. Counsel for Plaintiffs consents to the relief sought by this motion.

/s/ Donald J. Savery
Donald J. Savery

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on April 21, 2006.

/s/ Michael D. Blanchard
Michael D. Blanchard