UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civil Action No. 03-12628-NG |

### NOTICE OF APPEARANCE

Please enter the appearance of Edward P. Leibensperger, of McDermott Will & Emery, LLP, 28 State Street, Boston, Massachusetts, on behalf of Defendant Thomas Moore in the above-captioned matter.

Respectfully Submitted,

THOMAS MOORE

By: /s/ Edward P. Leibensperger

---

Edward P. Leibensperger (BBO# 292620)
Jeffrey S. Huang (BBO# 651854)
McDermott Will & Emery, LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: April 26, 2006