UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION<br>SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) Civil Action No. 03-12628-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey S. Huang, of McDermott Will & Emery, LLP, 28 State Street, Boston, Massachusetts, on behalf of Defendant Thomas Moore in the above-captioned matter.

Respectfully Submitted,

THOMAS MOORE

By: /s/ Jeffrey S. Huang

Edward P. Leibensperger (BBO# 292620)
Jeffrey S. Huang (BBO# 651854)
MCDERMOTT WILL & EMERY, LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: April 26, 2006