UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) Civil Action No. 03-12628-NG |

### CERTIFICATE OF BOBBY R. BURCHFIELD IN SUPPORT OF MOTION FOR ADMISSION OF BOBBY R. BURCHFIELD AND JASON A. LEVINE *PRO HAC VICE*

Bobby R. Burchfield states:

1. I am a partner of the law firm of McDermott Will & Emery, LLP, 600 13th Street, NW, Washington, DC 20005.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of Bobby R. Burchfield and Jason A. Levine *pro hac vice*.

3. I am admitted to practice in the District of Columbia. In addition, I am admitted to practice before the United States Supreme Court, the United States Courts of Appeal for the District of Columbia, Third, Fifth, Sixth, and Ninth Circuits, and the United States District Courts for the District of Columbia, Maryland, and Colorado.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2006

/s/ Bobby R. Burchfield
_____
    Bobby R. Burchfield