UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION<br>SECURITIES LITIGATION | Civil Action No. 03-CV-12628-NG |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jodi D. Luster, Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210 as counsel for the Defendant Ronald F. Richards in the above-referenced matter.

Respectfully submitted,
RONALD F. RICHARDS
By his Attorneys,

/s/Jodi D. Luster
Jodi D. Luster (BBO #657853)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Facsimile:   (617) 946-4801

DATED: May 1, 2006

BO1 15776322.1