UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE BIOPURE CORPORATION<br>SECURITIES LITIGATION | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>03-12628-NG |

## NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR RECONSIDERATION

On April 21, 2006 defendants Biopure Corporation, Thomas A. Moore, Howard P. Richman, Ronald F. Richards, Carl W. Rausch, Charles A. Sanders and J. Richard Crout (collectively "Defendants") filed a Motion for Reconsideration of the Court's Order dated March 28, 2006 in the above-captioned action. In light of the May 1, 2006 Status Conference, Defendants hereby withdraw their previously filed Motion for Reconsideration. Defendants reserve all rights to present these issues in any subsequent motion for summary judgment and to appeal the Court's determination in the Motion to Dismiss.

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, HOWARD P. RICHMAN, RONALD F. RICHARDS, CARL W. RAUSCH, CHARLES A. SANDERS AND J. RICHARD CROUT**

By their attorneys,

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Donald J. Savery , BBO #564975
Michael D. Blanchard, BBO #636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

May 4, 2006

*Attorneys for Defendants Biopure Corporation, Thomas A. Moore, Howard P. Richman, Carl W. Rausch, Ronald F. Richards, Charles A. Sanders and J. Richard Crout*

SEYFARTH SHAW, LLP

/s/ Christopher Robertson_____
Christopher Robertson (BBO# 642094)
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

*Attorney for Defendant Ronald F. Richards*

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Cathy A. Fleming_____
John D. Hughes (BBO# 243660)
Mary P. Cormier (BBO# 635756)
101 Federal Street
Boston, MA 02110
(617) 439-4444

Cathy A. Fleming (*pro hac vice*)
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

*Attorneys for Defendant Howard P. Richman*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on May 4, 2006.

/s/ Robert A. Buhlman_____
Robert A. Buhlman