## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> SECURITIES LITIGATION ) <br> ) <br> ) <br> ) <br> ) | Master Docket No. 1:03-CV-12628 (NG) <br><br> Assigned to Judge Nancy Gertner |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 37.1, Biopure Corporation ("Biopure"), Thomas Moore, Carl W. Rausch, J. Richard Crout, Charles A. Sanders, Howard P. Richman, and Ronald F. Richards ("Defendants") hereby respectfully move this Court for an order precluding Plaintiffs Ronald Erickson, Stuart Gottlieb, John G. Esposito, Jr., and Emily A. Bittman ("Plaintiffs") from discovery of documents produced to the Defendants by the SEC. As grounds for and in support of this motion, Defendants refer to and incorporate their Memorandum of Law, filed herewith.

WHEREFORE, Defendants request the Court to enter the above-described protective order.

May 4, 2006

Respectfully submitted,

**BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, CHARLES A. SANDERS, J. RICHARD CROUT, HOWARD P. RICHMAN, and RONALD F. RICHARDS,**

By their attorneys,

LITDOCS/639309.1

1

/s/ Robert A. Buhlman
Robert A. Buhlman, BBO #554393
Donald J. Savery, BBO # 564975
Michael D. Blanchard, BBO#636860
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Attorneys for Defendants Biopure Corporation, Thomas A. Moore, Howard P. Richman, Carl W. Rausch, Ronald F. Richards, Charles A. Sanders and J. Richard Crout*

SEYFARTH SHAW, LLP

/s/ Christopher Robertson
Christopher Robertson (BBO# 642094)
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

*Attorney for Defendant Ronald F. Richards*

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Cathy A. Fleming
John D. Hughes (BBO# 243660)
Mary P. Cormier (BBO# 635756)
101 Federal Street
Boston, MA 02110
(617) 439-4444

Cathy A. Fleming (*pro hac vice*)
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

*Attorneys for Defendant Howard P. Richman*

2

## LOCAL RULE 7.1(a)(2) and 37.1 CERTIFICATION

      I hereby certify that counsel for Defendants conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues presented in this motion.

                                      /s/ Donald J. Savery_____
                                      Donald J. Savery

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on May 4, 2006.

                                        /s/ Robert A. Buhlman_____
                                      Robert A. Buhlman