STAYED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11853-PBS

Securities and Exchange Commission v. Biopure Corporation et al
Assigned to: Judge Patti B. Saris
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/14/2005
Jury Demand: Both
Nature of Suit: 850 Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2005 | 1 | COMPLAINT against Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober, filed by Securities and Exchange Commission. (Attachments: # 1 Part 2# 2 Civil Cover Sheet)(Bell, Marie) (Entered: 09/15/2005) |
| 09/14/2005 | | Summons Issued as to Biopure Corporation, Thomas Moore, Howard Richman, Jane Kober. (Bell, Marie) (Entered: 09/15/2005) |
| 09/14/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Bell, Marie) (Entered: 09/15/2005) |
| 09/20/2005 | 2 | NOTICE of Appearance by Thomas J. Dougherty on behalf of Jane Kober (Dougherty, Thomas) (Entered: 09/20/2005) |
| 09/20/2005 | 3 | NOTICE of Appearance by Justin J. Daniels on behalf of Jane Kober (Daniels, Justin) (Entered: 09/20/2005) |
| 09/21/2005 | | Letter sent to Attorney Justin J. Daniels advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Bell, Marie) (Entered: 09/21/2005) |
| 09/21/2005 | 4 | NOTICE of Appearance by Mary P. Cormier on behalf of Howard Richman (Cormier, Mary) (Entered: 09/21/2005) |
| 09/22/2005 | 5 | NOTICE of Appearance by John D. Hughes on behalf of Howard Richman (Hughes, John) (Entered: 09/22/2005) |
| 09/22/2005 | 6 | MOTION for Leave to Appear Pro Hac Vice by Cathy A. Fleming by Howard Richman.(Cormier, Mary) (Entered: 09/22/2005) |
| 09/22/2005 | 7 | AFFIDAVIT in Support re 6 MOTION for Leave to Appear Pro Hac Vice by Cathy A. Fleming *for Defendant Howard Richman*. (Cormier, Mary) (Entered: 09/22/2005) |
| 09/22/2005 | 8 | NOTICE of Appearance by Bernard J. Bonn, III on behalf of Thomas Moore (Bonn, Bernard) (Entered: 09/22/2005) |

| | | |
|---|---|---|
| | | for Extension of Time to February 24, 2006 to Make Expert Designations and For Expedited Consideration of this Motion by Securities and Exchange Commission. (Alba, Robert) (Entered: 01/30/2006) |
| 01/30/2006 | 73 | SUR-REPLY to Motion re 57 MOTION To Preclude FDA Evidence From The Trial Of This Matter filed by Securities and Exchange Commission. (Roffman, Ian) (Entered: 01/30/2006) |
| 01/30/2006 | | Judge Patti B. Saris : Electronic ORDER entered denying 57 Motion to Preclude FDA Evidence from the Trial of this Matter (Patch, Christine) (Entered: 02/01/2006) |
| 01/30/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 72 Motion to Seal and for Expedited Treatment, or in the Alternative, Motion for Temporary Impoundment Pending Disposition of this Motion. (Patch, Christine) (Entered: 02/01/2006) |
| 01/31/2006 | 74 | Assented to MOTION for Extension of Time to February 7, 2006 by Biopure Corporation, Howard Richman, Jane Kober.(Blanchard, Michael) (Entered: 01/31/2006) |
| 01/31/2006 | 75 | Judge Patti B. Saris : ORDER Regarding Submission of Confidential Material entered. (Patch, Christine) (Entered: 02/03/2006) |
| 02/01/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 74 Assented to MOTION for Extension of Time to February 7, 2006 by Biopure Corporation, Howard Richman, Jane Kober. (Alba, Robert) (Entered: 02/01/2006) |
| 02/07/2006 | 76 | RESPONSE to Motion re 54 MOTION to Compel *Defendants to Admit or Deny Matters Set Forth in the Commission's Requests For Admission* filed by Biopure Corporation, Howard Richman, Jane Kober. (Blanchard, Michael) (Entered: 02/07/2006) |
| 02/07/2006 | 83 | MEMORANDUM in Opposition re 46 Joint MOTION for Partial Summary Judgment filed by Securities and Exchange Commission, filed under seal. (Patch, Christine) (Entered: 02/13/2006) |
| 02/07/2006 | 84 | STATEMENT of facts in Opposition to 46 Joint MOTION for Partial Summary Judgment, filed under seal. (Patch, Christine) (Entered: 02/13/2006) |
| 02/07/2006 | 85 | APPENDIX of EXHIBITS and Testimony cited in 84 Statement of facts by Securities and Exchange Commission (Vol. I of III), filed under seal. (Patch, Christine) (Entered: 02/13/2006) |
| 02/07/2006 | 86 | APPENDIX of EXHIBITS and Testimony cited in 84 Statement of facts by Securities and Exchange Commission (Vol. II of III), filed under seal. (Patch, Christine) (Entered: 02/13/2006) |
| 02/07/2006 | 87 | APPENDIX of EXHIBITS and Testimony cited in 84 Statement of facts by Securities and Exchange Commission (Vol. III of III), filed under seal. (Patch, Christine) (Entered: 02/13/2006) |
| | | |