**Exhibit B**

PL Esposito rough transcript 2006 05 31.txt

18    remember the gist.
19        Q.    Okay.  And am I correct that you are a
20    representative of the sub-class?
21        A.    Yes.
22        Q.    Are there any other representatives of
23    the sub-class?
24        A.    I don't know if these other folks are

                                                    143

1     representatives of the sub-class.  I know that
2     they're representatives of the class, Erickson
3     being the lead Plaintiff, I don't know about
4     Gottlieb and Bittman, I think, they may have
5     been, I don't know.
6         Q.    Okay.
7         A.    -- who's who.
8         Q.    Are you a representative of the class
9     as well or merely with the sub-class?
10        A.    I believe the sub-class but possibly
11    the class as well.  I'm not sure about that.
12    That's again a legal thing.
13            MR. TUCCILLO:  Just one second?
14            (Pause.)
15            MR. LONGMAN:  I just wanted to say
16    something for the record in-between.
17            MR. SAVERY:  Okay.  I don't want
18    anything on the record.  If you have an
19    objection you can put it on.
20            MR. TUCCILLO:  It's for your benefit.
21            MR. LONGMAN:  It's for your benefit
22    and I have the right to put something on the
23    record.

Page 118

PL Esposito rough transcript 2006 05 31.txt

```
24           MR. SAVERY:  Okay.
                                           144


 1           MR. LONGMAN:  It's possible that Dr.
 2    Esposito will also be, is also a proposed
 3    representative of the class as well as the
 4    sub-class, we may amend our motion.
 5           MR. TUCCILLO:  Just so you know.
 6           MR. LONGMAN:  Just so you're aware.
 7           MR. TUCCILLO:  So you can ask
 8    questions today if you want.
 9           MR. SAVERY:  Well, he apparently
10    doesn't even know this, and he hasn't been
11    proposed as a class representative, he's been
12    identified merely as a representative of a
13    sub-class, so when and if you decide to amend
14    your pleadings to include him as a class
15    representative we'll have to deal with it at
16    that point.  But at this point in time, you
17    know, he's not.
18           MR. TUCCILLO:  Just for the record
19    we're putting you on notice that as of today our
20    position is that he may be, and if you want to
21    ask any questions appropriate to his being a
22    class representative, we're not going to raise
23    objections against you doing so, and we'll
24    handle it as if you were asking questions about
                                           145


 1    the sub-class, that's fine.  You can feel free
 2    to pursue that today.
```

[hand-written correction by Plaintiffs' Counsel 6/5/06]

(Line 23: "unmasked" struck through, replaced with "against")

Page 119

```
                PL Esposito rough transcript 2006 05 31.txt
 3              MR. SAVERY:  Okay.  On the other hand
 4   I reserve the right.
 5              MR. TUCCILLO:  We would not agree to
 6   produce him again simply on the basis that he is
 7   a class representative if we amend it in the
 8   near future when you're telling you today we may
 9   very well do so.
10              MR. SAVERY:  I'm going to object to
11   this.
12              MR. TUCCILLO:  That's fine.
13              MR. SAVERY:  Because it's clearly
14   improper, he is here as a representative of the
15   sub-class, you presented him in the complaint,
16   in every version of the complaint and in your
17   motion papers as a representative of the
18   sub-class, we've got an opposition due in fewer
19   than 30 days I think or it might be exactly 30
20   days, so to the extent you're going to amend
21   your papers and propose him as a representative
22   of the class, first of all putting aside any
23   objections to the entire exercise of doing so
24   we're reserving all rights to recall him at that
                                                    146


 1   point.
 2              MR. TUCCILLO:  Understood.
 3              BY MR. SAVERY:
 4       Q.  Dr. Esposito, did you have any role in
 5   deciding what claims were to be made in any
 6   version of the complaint that you've seen?
 7       A.  No.
 8       Q.  Okay.  Did you have any role in
                             Page 120
```

PL Esposito rough transcript 2006 05 31.txt

23 before?
24 A. No.

161

1 Q. Showing you Exhibit 42 (handing).
2 Have you seen that document before?
3 A. No.
4 Q. Showing you Exhibit 43 (handing).
5 Have you seen that document before?
6 A. No.
7 Q. Okay.
8 MR. SAVERY: At this point I'm going
9 to suspend my questioning, and to the extent
10 there is any further production of documents
11 relative to this case we reserve the right to
12 continue questions after that further production
13 of documents, or in light of what we, and there
14 have been letters back and forth from counsel
15 about what Defendants perceive to be a
16 deficiency in response to Defendants' discovery
17 requests, but with that I'll complete my
18 questioning for the time.
19 MR. TUCCILLO: Just for the record
20 we're reserving all rights as well. The witness
21 does not intend to appear ~~today~~ *again* for a class    [hand-written correction by Plaintiffs' counsel 6/5/06]
22 certification deposition, as we stated before
23 it's possible that he'll be put forward as a
24 representative of the class as well as the

162

1 sub-class, obviously you haven't written your

PL Esposito rough transcript 2006 05 31.txt

2  opposition about him in either capacity before
3  today's deposition, feel free to ask any
4  additional questions you want today relative to
5  his potential use as a class representative. If
6  we do amend the papers it will be imminently but
7  you're free to ask any and all questions you
8  want today about either capacity, we're not
9  going to produce him again for such questioning.
10         MR. SAVERY: Okay. Well, I object to
11 the concept that you may or may not be changing
12 your designation as to class representative and
13 therefore I have to go about questioning this
14 witness relative to a capacity that he may or
15 may not be serving in the future. So we're
16 reserving all rights to re-open questioning, to
17 the extent that you decide to refile a motion or
18 to put him forward as a representative of the
19 class.
20         MR. LONGMAN: And we're also not
21 producing him again if more documents, our
22 position is that we've complied with your
23 document request.
24         MR. SAVERY: Okay. We're reserving

                                              163

1  all rights.
2         MR. HUANG:
3    Q.  With that said, Dr. Esposito, I have a
4  few questions, this is going to take less than
5  five minutes.
6         Is it fair to characterize your prior
7  testimony, is it fair to say that your prior

Page 134