**Exhibit 1**

> You forwarded this message on 5/7/2006 10:31 AM.
> The sender of this message has requested a read receipt. Click here to send a receipt.

**Ed Haber**

| | | | |
|---|---|---|---|
| **From:** | Savery, Donald J. [don.savery@bingham.com] | **Sent:** | Fri 5/5/2006 5:00 PM |
| **To:** | Ed Haber; Matthew Tuccillo; Howard Longman | | |
| **Cc:** | Buhlman, Robert A.; Blanchard, Michael D.; Stanley, Lawrence T., Jr.; CFleming@eapdlaw.com; crobertson@seyfarth.com | | |
| **Subject:** | Biopure Securities Litigation | | |
| **Attachments:** | | | |

Counsel:

Please provide dates during the week of May 29, 2006 (due to the Monday holiday, starting on Tuesday, May 30 through Friday, June 2) for depositions of the named plaintiffs.

I believe responses to Biopure's discovery requests are due May 19, 2006. As you know, we are on a tight timeline given the class certification discovery cutoff of June 9. Accordingly, please confirm that we will receive on May 19, 2006 plaintiffs' written responses to the discovery requests and copies of all documents that plaintiffs will be producing in response to those requests. Particularly given Biopure's timely production of well over 30,000 pages of documents last week, we do not anticipate that plaintiffs will have any difficulty making their production on May 19, 2006, but we would like you to confirm.

Thank you.
Don

Donald J. Savery
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
Tel. 617-951-8709
Fax. 617-951-8736
E-Mail: don.savery@bingham.com
www.bingham.com

*The information in this transmittal is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify me immediately at (617) 951-8709.*

=================================================================================
Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
=================================================================================