**Exhibit 7**

# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Theodore M. Hess-Mahan
Matthew L. Tuccillo
Adam M. Stewart
Robert E. Ditzion

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

May 19, 2006

**BY HAND DELIVERY**

Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

Re:   *In re Biopure Securities Litigation*, C.A. No. 03-12628 (NG)

Dear Don:

Enclosed please find copies of the following documents:

1. Plaintiff Ronald Erickson's Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs Regarding Class Certification Issues;

2. Plaintiff Dr. John G. Esposito, Jr.'s Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs Regarding Class Certification Issues;

3. Plaintiffs' Response and Objections to Defendant Biopure Corporation's First Set of Requests for the Production of Documents Regarding Class Certification Issues;

4. Documents of the Plaintiff Erickson, Bates numbered RWE0001 through RWE0098, which are being produced in response to the Defendants' request for documents; and

5. The two-page document of the Plaintiff Esposito, which is being provided in response to the Defendants' request for documents.

# SHAPIRO HABER & URMY LLP

Donald J. Savery, Esq.
May 19, 2006
Page 2

    I have just received your letter of May 19, 2006 regarding the location and scheduling of depositions. It is apparent that we continue to have a significant disagreement regarding those issues. I suggest that we discuss them on Monday afternoon.

                                            Sincerely,

                                            Edward F. Haber

EFH:arn
Enclosures

cc:    Howard Longman, Esq. (Without enclosures, by U.S. Mail)
       Christopher F. Robertson, Esq. (Without enclosures, by U.S. Mail)
       Cathy A. Fleming, Esq. (Without enclosures, by U.S. Mail)
       Edward P. Leibensperger, Esq. (Without enclosures, by U.S. Mail)
       Jeffrey S. Huang, Esq. (Without enclosures, by U.S. Mail)