# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Theodore M. Hess-Mahan
Matthew L. Tuccillo
Adam M. Stewart
Robert E. Ditzion

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

May 11, 2006

**VIA E-MAIL**

Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

Re:   *In re Biopure Securities Litigation*, C.A. No. 03-12628 (NG)

Dear Don:

I write to inform you as to the deposition availability of the Plaintiffs. Plaintiff Ronald Erickson is available for a deposition in Boston, at your offices or my offices, on May 31, 2006, beginning at 1 p.m. The deposition can continue as long as necessary, up to the seven hour limit imposed by Rule 30(d)(2) F.R. Civ.P. Plaintiff John Esposito, Jr. is available for a deposition on June 7, 2006, beginning at 10:00 a.m., at Bingham McCutchen's offices in New York City. I will follow up with you shortly with regards to the availability of Plaintiff Stuart Gottlieb for a deposition in the Miami area.

As you will note, the depositions of each Plaintiff will be held where he resides or works. Of course, we will agree to a similar accommodation with respect to the depositions of each of the individual Defendants.

Sincerely,

/s/ Edward F. Haber

Edward F. Haber

cc:   Howard Longman, Esq.
      Christopher F. Robertson, Esq.
      Cathy A. Fleming, Esq.
      Edward P. Leibensperger, Esq.
      Jeffrey S. Huang, Esq.