Matthew Tuccillo

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, May 05, 2006 3:49 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:03-cv-12628-NG IN RE BIOPURE CORPORATION SECURITIES LITIGATION "Motion to Certify Class"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Haber, Edward F. entered on 5/5/2006 at 3:48 PM EDT and filed on 5/5/2006

**Case Name:** IN RE BIOPURE CORPORATION SECURITIES LITIGATION
**Case Number:** 1:03-cv-12628
**Filer:** John G. Esposito, Jr
Ronald Erickson
Stuart Gottlieb

**Document Number:** 127

**Docket Text:**
MOTION to Certify Class by John G. Esposito, Jr, Stuart Gottlieb, Ronald Erickson.(Haber, Edward)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/5/2006] [FileNumber=1415788-0] [930916373d8ca9d959eba24fd8fc932177e71e54a6d538867f11c36d5208d4d5aba6 aca44aa9c586b3e0e03e049c4cb2d648c29a21b8f1a661e3f7faa483a31d]]

**1:03-cv-12628 Notice will be electronically mailed to:**

Michael D. Blanchard    michael.blanchard@bingham.com

Jules Brody    ssbny@aol.com

Robert A. Buhlman    robert.buhlman@bingham.com

Mary P. Cormier    mcormier@edwardsangell.com

6/6/2006

Edward F. Haber    ehaber@shulaw.com, anewman@shulaw.com

Theodore M. Hess-Mahan    ted@shulaw.com

Jeffrey S. Huang    jhuang@mwe.com

John D. Hughes    jhughes@eapdlaw.com

Edward P. Leibensperger    eleibensperger@mwe.com

Howard T. Longman !    tsvi@aol.com

Jodi D. Luster    jluster@seyfarth.com

Christopher F. Robertson    crobertson@seyfarth.com, ogolinder@seyfarth.com

Donald J. Savery    don.savery@bingham.com

Raquel J. Webster    raquel.webster@bingham.com

**1:03-cv-12628 Notice will not be electronically mailed to:**

Bradley P. Dyer
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Cathy A. Fleming
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

6/6/2006