Matthew Tuccillo

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, May 05, 2006 3:51 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:03-cv-12628-NG IN RE BIOPURE CORPORATION SECURITIES LITIGATION "Memorandum in Support of Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Haber, Edward entered on 5/5/2006 at 3:50 PM EDT and filed on 5/5/2006

**Case Name:** IN RE BIOPURE CORPORATION SECURITIES LITIGATION
**Case Number:** 1:03-cv-12628
**Filer:** John G. Esposito, Jr
Ronald Erickson
Stuart Gottlieb
**Document Number:** 128

**Docket Text:**
MEMORANDUM in Support re [127] MOTION to Certify Class filed by John G. Esposito, Jr, Stuart Gottlieb, Ronald Erickson. (Haber, Edward)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/5/2006] [FileNumber=1415794-0]
[57a5ce5ec8b8242fe52c504e7def7d5c3ca4250f4d69888c61e6a837444a76679083
463d8e691ae18f36d3490ea0da5ed09e809b7bfc595f54b53e556bcf9871]]

**1:03-cv-12628 Notice will be electronically mailed to:**

Michael D. Blanchard    michael.blanchard@bingham.com

Jules Brody    ssbny@aol.com

Robert A. Buhlman    robert.buhlman@bingham.com

Mary P. Cormier    mcormier@edwardsangell.com

6/6/2006

Edward F. Haber     ehaber@shulaw.com, anewman@shulaw.com

Theodore M. Hess-Mahan     ted@shulaw.com

Jeffrey S. Huang     jhuang@mwe.com

John D. Hughes     jhughes@eapdlaw.com

Edward P. Leibensperger     eleibensperger@mwe.com

Howard T. Longman !     tsvi@aol.com

Jodi D. Luster     jluster@seyfarth.com

Christopher F. Robertson     crobertson@seyfarth.com, ogolinder@seyfarth.com

Donald J. Savery     don.savery@bingham.com

Raquel J. Webster     raquel.webster@bingham.com

**1:03-cv-12628 Notice will not be electronically mailed to:**

Bradley P. Dyer
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Cathy A. Fleming
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

6/6/2006