UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE BIOPURE CORPORATION )
SECURITIES LITIGATION )   Master Docket No. 03-12628 (NG)
)
)

**CERTIFICATION OF TIMOTHY J. BURKE
FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Timothy J. Burke, hereby certify that:

1. I was admitted to the bar of the State of California in 1996 and to other jurisdiction(s) as listed in Attachment A.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, address and telephone number is as follows:

   STULL, STULL & BRODY
   10940 Wilshire Boulevard
   Suite 2300
   Los Angeles, CA 90024
   Tel:   (310) 209-2468
   Fax:   (310) 209-2087

Dated:   June 29, 2006

_____
Timothy J. Burke

2

## ATTACHMENT A

Timothy J. Burke is admitted to practice in the following courts:

| COURT | ADMISSION DATE |
|---|---|
| United States District Court District of Colorado | May 16, 2002 |
| United States Court of Appeals for the Ninth Circuit | May 24, 1999 |
| United States District Court Northern District of California | October 9, 1998 |
| United States District Court Central District of California | July 21, 1998 |
| United States District Court Southern District of California | July 20, 1998 |
| United States District Court Eastern District of California | July 20, 1998 |