# EXHIBIT A

# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Theodore M. Hess-Mahan
Matthew L. Tuccillo
Adam M. Stewart
Robert E. Ditzion

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
mtuccillo@shulaw.com

June 23, 2006

**BY E-MAIL**

Donald J. Savery, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

    Re:    *In re Biopure Securities Litigation*, C.A. No. 03-12628 (NG)

Dear Don:

    Per our conversation today, the *errata* sheets for the Erickson and Esposito class certification depositions (taken May 30 and 31, 2006, respectively) are now due by Friday, July 14, 2006. Thank you for your consideration regarding that extension.

    I am copying the Court Reporter, Maureen Pollard, on this letter so that she is aware of the extension.

                                               Very Truly Yours,

                                             Matthew L. Tuccillo

MLT:arn

cc:    Maureen Pollard
        Edward F. Haber, Esq.
        Howard Longman, Esq.
        Christopher F. Robertson, Esq.
        Jodi Luster, Esq.
        Mary P. Cormier, Esq.
        Cathy A. Fleming, Esq.
        Edward P. Leibensperger, Esq.
        Jeffrey S. Huang, Esq.