# EXHIBIT C

# Errata Sheet for Deposition Testimony of John G. Esposito, Jr. on May 31, 2006

| Page | Line | Error or Amendment | Reason for Change |
|---|---|---|---|
| 21 | 2 | Change "account" to "accountant" | Transcription error. |
| 25 | 9 | Change "abbreviated" to "amended" | Transcription error or I mis-spoke. |
| 27 | 5 | Change "abbreviated" to "amended" | Transcription error or I mis-spoke. |
| 27 | 7 | Add the word "second" before the word "amended" | Either transcription error or I mis-spoke. |
| 31 | 23 | Change "400,000" to "$400,000" | Clarifying. |
| 31 | 24 | Change "100,000" to "$100,000" | Clarifying. |
| 34 | 18 | Change "Mm-hmm" to "Yes" | Clarifying. |
| 34 | 24 | Change "twenty" to "twenty thousand dollars" | Clarifying. |
| 40 | 18 | Change "lacks" to "lax" | Transcription error. |
| 62 | 8 | Change "Mm-hmm" to "Yes" | Clarifying. |
| 66 | 13 | Change "that" to "what" | Transcription error. |
| 69 | 3 | Change "what is ever" to "whatever is" | Transcription error. |
| 69 | 4 | Change "goal" to "gold" | Transcription error. |
| 98 | 4 | Replace "No" with "I did not sell shares of Biopure on August 5, 2003." | In reading my transcript and Exhibit 47, I now realize that Exhibit 47 contains an error, in that I did not sell Biopure stock on August 5, 2003, nor had I purchased any Biopure stock before that date. |
| 98 | 10 | Replace entire answer with "I did not purchase shares of Biopure prior to August 5, 2003." | In reading my transcript and Exhibit 47, I now realize that Exhibit 47 contains an error, in that I did not sell Biopure stock on August 5, 2003, nor had I purchased any Biopure stock before that date. |
| 103 | 12 | Add after the word "No" the words "I don't know." | Clarifying that when I said "No," I meant "No, I don't know" rather than just "No." |
| 103 | 23 | Add after the word "No" the words "I don't know." | Clarifying that when I said "No," I meant "No, I don't know" rather than just "No." |

| Page | Line | Error or Amendment | Reason for Change |
|---|---|---|---|
| 108 | 6 | Replace "No" with "The United States District Court." | While I did not recall at the time, I know that this action is filed in the United States District Court. |
| 121 | 19 | Add after the word "Right" the following: "I did not sell shares of Biopure on August 5, 2003." | In reading my transcript and Exhibit 47, I now realize that Exhibit 47 contains an error, in that I did not sell Biopure stock on August 5, 2003, nor had I purchased any Biopure stock before that date. |
| 122 | 2 | Replace entire answer with "I did not purchase shares of Biopure prior to August 12, 2003." | In reading my transcript and Exhibit 47, I now realize that Exhibit 47 contains an error, in that I did not sell Biopure stock on August 5, 2003, nor had I purchased any Biopure stock before that date. |
| 127 | 20 | Change "FTC" to "SEC" | Either transcription error or I mis-spoke. |
| 128 | 18 | Change "Mm-hmm" to "Yes" | Clarifying. |
| 141 | 24 | Change "April" to "March" | In reading my transcript, I realize that I was confused between the original complaint (Exhibit 48) and the second consolidated amended complaint (Exhibit 25). Looking back at those documents now, I realize that I was being asked about the original complaint, which had a class period of March 17, 2003 to December 24, 2003. |
| 142 | 1 | Change "9th" to "17th" | In reading my transcript, I realize that I was confused between the original complaint (Exhibit 48) and the second consolidated amended complaint (Exhibit 25). Looking back at those documents now, I realize that I was being asked about the original complaint, which had a class period of March 17, 2003 to December 24, 2003. |
| 146 | 4 | Add after "No" the following: "I am not aware." | Clarifying that when I said "No," I meant "No, I am not aware." |
| 146 | 10 | Replace "one" with "complaint" | Clarifying. |
| 152 | 21 | Replace "No" with "Yes" | As referenced in my subsequent answer on page 153 lines 18-22, I did not understand what the term "insider trading" meant in the question posed to me, so I responded inaccurately to the question. The correct answer was "Yes." |
| 156 | 11 | Replace "8,000" with "$8,000" | Clarifying. |
| 161 | 2 | Replace "fee" with "expenses" | When I was testifying, I confused the term "fee" with the term "expenses." I meant to testify that I can be responsible for a pro rata portion of the expenses of the litigation. |
| 161 | 8 | Replace "yes" with "no" | When I was testifying, I confused the term "fee" with the term "expenses." I meant to testify that I can be responsible for a pro rata portion of the expenses of the litigation. |

2

| Page | Line | Error or Amendment | Reason for Change |
|------|------|---------------------|-------------------|
| 162 | 14 | Replace "Yes" with "Yes, with regards to expenses. No, with regards to fees." | In reading my testimony now, I realize that Attorney Savery's question confused me because immediately prior I had testified that I would be responsible only for a portion of expenses, but he then asked me about fees and expenses. |

I have read the foregoing transcript of my deposition and except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Executed this 11th day of July, 2006

_____
John G. Esposito, Jr.