UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)<br>) Civ. No. 03-12628-NG<br>)<br>)<br>)<br>)<br>) |

APPENDIX OF EXHIBITS CITED IN
DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, CHARLES A. SANDERS, J. RICHARD CROUT, RONALD F. RICHARDS AND HOWARD P. RICHMAN

By their attorneys,

Robert A. Buhlman, BBO #554393
Donald J. Savery, BBO #564975
Michael D. Blanchard, BBO #636860
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

July 25, 2006

LITDOCS/648112.1

| Document | Exhibit |
|---|---|
| Ronald W. Erickson Deposition Transcript, May 30, 2006 | A |
| John G. Esposito Deposition Transcript, May 31, 2006 | B |
| Ronald W. Erickson Account Statement, August 2005 | C |
| Ronald W. Erickson Certification | D |
| John G. Esposito Account Statements, July 2000 and September 2001 | E |
| John G. Esposito Confirmation Statement, August 5, 2003 | F |
| John G. Esposito Confirmation Statement, August 12, 2003 and August 21, 2003 | G |
| John G. Esposito Account Statement, May, 2006 | H |
| John G. Esposito Certification | I |
| John G. Esposito Account Statement, August 2003 | J |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on July 25, 2006.

/s/ Michael D. Blanchard\
Michael D. Blanchard

LITDOCS/648112.1