# EXHIBIT C

# SMITH BARNEY citigroup

**FINANCIAL MANAGEMENT ACCOUNT**
JANUARY 1 - JANUARY 31, 2004

PAGE 1 OF 4
NAME SORT: ERICKSON RONALD W

REF: 00002676 00000000    306151RM01  FCGENCO2    ACCOUNT NUMBER

RONALD W ERICKSON
1903 WASHINGTON ST
EAST BRIDGEWATER MA 02333-2223

CLIENT HOME PHONE:
CLIENT BUS. PHONE:
CLIENT DATE OF BIRTH: 12/20/49

YOUR BROKER/DEALER IS
CITIGROUP GLOBAL MKTS INC.
YOUR FINANCIAL CONSULTANT
SCOTTO, SORENSEN, PARNES
399 PARK AVE
4TH FLOOR
NEW YORK  NY 10022
800-442-4636
WWW.SMITHBARNEY.COM

FMA CLIENT SERVICES: 1-800-634-9855
TTY/TDD DEAF & HARD OF HEARING: 800-22. 4238

MTD COMM:  $ 200.00   YTD COMM:  $ 200.00

CITIGROUP GLOBAL MARKETS INC., MEMBER NYSE, NASD, AND OTHER PRINCIPAL EXCHANGES. CITIGROUP AND THE UMBRELLA DEVICE ARE TRADEMARKS AND SERVICE MARKS OF CITIGROUP AND ARE USED AND REGISTERED THROUGHOUT THE WORLD. CITIGROUP GLOBAL MARKETS INC. IS A MEMBER OF THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC)

| ACCOUNT VALUE | LAST PERIOD | THIS PERIOD |
|---|---|---|
| BANK DEPOSIT PROGRAM -PRINCIPAL | $ 42,724.56 | $ 79,524.62 |
| BANK DEPOSIT PROGRAM-ACCRUED INTEREST | 0.00 | 20.53 |
| STOCKS | 131,516.20 | 65,780.50 |
| TOTAL VALUE | $ 174,240.76 | $ 145,325.65 |
| TOTAL VALUE (EXCL. ACCR. INT.) | $ 174,240.76 | $ 145,305.12 |
| PORTFOLIO CREDITLINE BORROWING POWER | | $ 4,186.00 |

| CASH, MONEY FUND, BANK DEPOSITS | THIS PERIOD |
|---|---|
| OPENING BALANCE | $ 42,724.56 |
| SECURITIES BOUGHT AND OTHER SUBTRACTIONS | 0.00 |
| SECURITIES SOLD AND OTHER ADDITIONS | 36,793.26 |
| BANK DEPOSIT PROGRAM  INTEREST REINVESTED | 6.80 |
| CLOSING BALANCE | $ 79,524.62 |

A FREE CREDIT BALANCE IN ANY SECURITIES ACCOUNT MAY BE PAID TO YOU ON DEMAND. ALTHOUGH PROPERLY ACCOUNTED FOR ON OUR BOOKS AND RECORDS, THESE FUNDS MAY BE USED FOR OUR BUSINESS PURPOSES.

| EARNINGS SUMMARY | THIS PERIOD TAXABLE | NON-TAXABLE | THIS YEAR TAXABLE | NON-TAXABLE |
|---|---|---|---|---|
| BANK DEPOSIT PROGRAM INTEREST | $ 6.80 | $ 0.00 | $ 6.80 | $ 0.00 |
| TOTAL | $ 6.80 | $ 0.00 | $ 6.80 | $ 0.00 |

---

# SMITH BARNEY citigroup

**FINANCIAL MANAGEMENT ACCOUNT**
JANUARY 1 - JANUARY 31, 2004

PAGE 2 OF 4
RONALD W ERICKSON

REF: 00002676 00000000    306151RM01  FCGENCO2    ACCOUNT NUMBER

## PORTFOLIO DETAILS THE VALUES OF YOUR HOLDINGS ARE AS OF 01/30/04.

### BANK DEPOSIT PROGRAM
BALANCES ARE FDIC INSURED UP TO $100,000 PER INSTITUTION, SUBJECT TO COMBINED TOTAL OF ALL YOUR DEPOSITS, INCLUDING THOSE OUTSIDE THIS ACCOUNT.

| DESCRIPTION | PRINCIPAL | MARKET VALUE | ACCRUED INTEREST | ANNUAL % RETURN | COMMENT |
|---|---|---|---|---|---|
| CITIBANK NA | 79,524.62 | $ 79,524.62 | $ 20.53 | .57% | |
| BANK DEPOSIT PROGRAM | | | | | |
| TOTAL BANK DEPOSIT PROGRAM | | $ 79,524.62 | $ 20.53 | | |

### STOCKS

| | NO. OF SHARES | PRICE | YIELD | ANTICIPATED INCOME (ANNUALIZED) | U.S. DOLLAR MARKET VALUE | RESEARCH RATING | COMMENT |
|---|---|---|---|---|---|---|---|
| COMMON STOCKS53 | | | | | | | |
| ADVANCE TECHNOLOGIES INC NEW | 100,000 | $ .022 | | | $ 2,200.00 | | SYMBOL: AVTX |
| BIOPURE CORP | 30,000 | 1.86 | | | 55,800.00 | | SYMBOL: BPUR |
| SOYO GROUP INC | 10,000 | .18 | | | 1,800.00 | | SYMBOL: SOYO |
| WASHINGTON MUTUAL INC | 135 | 44.30 | 3.792 | 226.80 | 5,980.50 | 2/H | SYMBOL: WM RATED: A |
| TOTAL STOCKS | | | | $ 226.80 | $ 65,780.50 | | |

### ANTICIPATED ANNUAL INCOME

THIS VALUE IS A GRAND TOTAL OF ALL THE ANTICIPATED ANNUAL INCOME AMOUNTS THAT ARE SHOWN ON THE STATEMENT.

TOTAL ANTICIPATED INCOME (ANNUALIZED)    $ 226.80

**SMITHBARNEY**
citigroup

FINANCIAL MANAGEMENT ACCOUNT
JANUARY 1 - JANUARY 31, 2004

PAGE 3 OF 4
RONALD W ERICKSON
ACCOUNT NUMBER

REF: 00002676  00000000   306151RM01   FCGENCO2

## TRANSACTION DETAILS
ALL DATES OF TRANSACTIONS APPEARING ON THIS STATEMENT ARE SETTLEMENT DATES.

### INVESTMENT ACTIVITY

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01/16/04 | SOLD | BIOPURE CORP | -10,000 | $ 1.85 | $ 18,399.13 |
| 01/16/04 | SOLD | BIOPURE CORP | -10,000 | 1.85 | 18,394.13 |
| TOTAL SECURITIES BOUGHT AND OTHER SUBTRACTIONS | | | | | $ 0.00 |
| TOTAL SECURITIES SOLD AND OTHER ADDITIONS | | | | | $ 36,793.26 |

### OPEN ORDERS

| ACTIVITY/DATE | DESCRIPTION | EXCHANGE | NO. OF SHARES | ORDER PRICE | CURRENT PRICE | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|---|
| SELL 01/13/04 | BIOPURE CORP | OTC | 30,000 | $ 1.50 | $ 1.86 | STOP |

### BANK DEPOSIT PROGRAM ACTIVITY

OPENING BALANCE   $ 42,724.56

| DATE | ACTIVITY | DESCRIPTION | AMOUNT | DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/20/04 | AUTODEPOSIT | BANK DEPOSIT PROGRAM | 36,793.26 | | | BANK DEPOSIT PROGRAM INTEREST CREDITED (SEE DETAILS UNDER EARNINGS DETAILS) | 6.80 |
| | | | | | | CLOSING BALANCE | $ 79,524.62 |

## EARNINGS DETAILS
THE TAX STATUS OF EARNINGS IS RELIABLE TO THE BEST OF OUR KNOWLEDGE. TAXABLE AND NON-TAXABLE DESIGNATIONS REFER TO THE FEDERAL INCOME TAX STATUS OF YOUR SECURITIES, NOT OF YOUR ACCOUNT.

### BANK DEPOSIT PROGRAM INTEREST
THIS SECTION CONTAINS INTEREST CREDITED TO YOUR ACCOUNT. ACCRUED INTEREST IS NOT INCLUDED. SEE PORTFOLIO DETAILS SECTION FOR ACCRUED INTEREST INFORMATION.

| DATE | DESCRIPTION | COMMENT | TAXABLE | NON-TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| 01/09/04 | CITIBANK NA BANK DEPOSIT PROGRAM | REINVESTED FOR PERIOD 01/02/04-01/11/04 10 DAYS AVERAGE YIELD  .58 % | $ 6.80 | | $ 6.80 |
| TOTAL BANK DEPOSIT PROGRAM INTEREST EARNED | | | $ 6.80 | $ 0.00 | $ 6.80 |

---

**SMITHBARNEY**
citigroup

FINANCIAL MANAGEMENT ACCOUNT
JANUARY 1 - JANUARY 31, 2004

PAGE 4 OF 4
RONALD W ERICKSON
ACCOUNT NUMBER

REF: 00002676  00000000   306151RM01   FCGENCO2

STOCK RATINGS
INVESTMENT RATINGS ARE BASED UPON SMITH BARNEY'S EXPECTATION OF TOTAL RETURN (FORECAST PRICE APPRECIATION PLUS DIVIDEND YIELD WITHIN THE NEXT 12 MONTHS) AND RISK RATING. DEVELOPED MARKETS (US, UK, EUROPE, JAPAN, AND AUSTRALIA/NEW ZEALAND)

STOCK RISK
TAKES INTO ACCOUNT PRICE VOLATILITY AND A SELECT LIST OF FUNDAMENTAL

| CODE | RATING | EXPECTED TOTAL RETURN |
|---|---|---|
| 1 | BUY | 10% OR MORE FOR LOW-RISK STOCKS, 15% OR MORE FOR MEDIUM-RISK STOCKS, 20% OR MORE FOR HIGH-RISK STOCKS, AND 35% OR MORE FOR SPECULATIVE ST |
| 2 | HOLD | 0-10% FOR LOW-RISK STOCKS, 0-15% FOR MEDIUM-RISK STOCKS, 0-20% FOR HIGH-RISK STOCKS, AND 0-35% FOR SPECULATIVE STOCKS |
| 3 | SELL | NEGATIVE TOTAL RETURN |

| CODE | RATING | DEFINITIONS |
|---|---|---|
| L | LOW | HIGH PREDICTABILITY OF FINANCIAL RESULTS AND LOW VOLATILITY |
| MS | MEDIUM | MODERATE PREDICTABILITY OF FINANCIAL RESULTS AND VOLATILITY |
| H | HIGH | LOW PREDICTABILITY OF FINANCIAL RESULTS AND HIGH VOLATILITY |
| S | SPECULAT | EXCEPTIONALLY LOW FINANCIAL PREDICTABILITY, HIGHEST RISK AND VOLATILITY |

MESSAGE: IMPORTANT TAX INFORMATION: SMITH BARNEY CLIENTS HAVE THE ABILITY TO IMPORT THEIR 1099 TAX INFORMATION INTO THEIR TURBOTAX RETURN. THIS OPTION ALLOW INFORMATION, COMPLETE YOUR TAXES AND FILE THEM ELECTRONICALLY OR BY MAIL. VISIT THE TAX CENTER AT WWW.SMITHBARNEY.COM/TAX FOR INFORMATION OR CALL YOUR FINANCI CONSULTANT.

MESSAGE: FORM 1099 ALERT: THE JOBS AND GROWTH TAX RELIEF AND RECONCILIATION ACT OF 2003 REDUCED TO 15 PERCENT THE MAXIMUM RATE OF FEDERAL INCOME TAX FOR INDI QUALIFIED DIVIDENDS AND POST-MAY 5 LONG-TERM CAPITAL GAINS. IF YOU OWN SHARES IN MUTUAL FUNDS OR REAL ESTATE INVESTMENT TRUSTS (REITS), ONLY A PORTION OF THE RATE. WE DEPEND ON THIRD PARTIES TO PROVIDE US INFORMATION ON THE PROPER TAX CHARACTER OF INCOME FROM THESE TYPES OF INVESTMENTS. IF WE RECEIVE THIS INFORMATI FORMS 1099, WE WILL SEND YOU CORRECTED FORMS 1099 AS SOON AS POSSIBLE. TO ALLOW TIME TO RECEIVE CORRECTIONS, YOU MAY WISH TO DELAY FILING YOUR INCOME TAX RETU UNTIL AFTER MARCH 15, 2004.

# SMITHBARNEY
## citigroup

**FINANCIAL MANAGEMENT ACCOUNT**
FEBRUARY 1 - FEBRUARY 29, 2004   NAME SORT: ERICKSON RONALD W

PAGE 1 OF 4

REF: 00002677 00000000    306151RM01   FCGENCO2    ACCOUNT NUMBER [redacted]

RONALD W ERICKSON
1903 WASHINGTON ST
EAST BRIDGEWATER MA 02333-2223

CLIENT HOME PHONE: [redacted]
CLIENT BUS. PHONE:
CLIENT DATE OF BIRTH: 12/20/49

YOUR BROKER/DEALER IS
CITIGROUP GLOBAL MKTS INC.
YOUR FINANCIAL CONSULTANT
SCOTTO, SORENSEN, PARNES
399 PARK AVE
4TH FLOOR
NEW YORK   NY 10022
800-442-4636
WWW.SMITHBARNEY.COM

FMA CLIENT SERVICES: 1-800-634-9855
TTY/TDD DEAF & HARD OF HEARING: 800-22?-4238

MTD COMM:  $ 300.00   YTD COMM:  $ 500.00

CITIGROUP GLOBAL MARKETS INC., MEMBER NYSE, NASD, AND OTHER PRINCIPAL EXCHANGES. CITIGROUP AND THE UMBRELLA DEVICE ARE TRADEMARKS AND SERVICE MARKS OF CITIGROUP AND ARE USED AND REGISTERED THROUGHOUT THE WORLD. CITIGROUP GLOBAL MARKETS INC. IS A MEMBER OF THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC)

| ACCOUNT VALUE | LAST PERIOD | THIS PERIOD |
|---|---|---|
| CASH BALANCE | $ 0.00 | $ 43,685.49 |
| BANK DEPOSIT PROGRAM -PRINCIPAL | 79,524.62 | 79,619.66 |
| BANK DEPOSIT PROGRAM-ACCRUED INTEREST | 20.53 | 15.05 |
| STOCKS | 65,780.50 | 12,716.90 |
| TOTAL VALUE | $ 145,325.65 | $ 136,037.10 |
| TOTAL VALUE (EXCL. ACCR. INT.) | $ 145,305.12 | $ 136,022.05 |
| PORTFOLIO CREDITLINE BORROWING POWER | | $ 4,066.00 |

| CASH, MONEY FUND, BANK DEPOSITS | THIS PERIOD |
|---|---|
| OPENING BALANCE | $ 79,524.62 |
| SECURITIES BOUGHT AND OTHER SUBTRACTIONS | 0.00 |
| SECURITIES SOLD AND OTHER ADDITIONS | 43,685.49 |
| DIVIDENDS CREDITED | 56.70 |
| BANK DEPOSIT PROGRAM INTEREST REINVESTED | 38.34 |
| CLOSING BALANCE | $ 123,305.15 |

A FREE CREDIT BALANCE IN ANY SECURITIES ACCOUNT MAY BE PAID TO YOU ON DEMAND. ALTHOUGH PROPERLY ACCOUNTED FOR ON OUR BOOKS AND RECORDS, THESE FUNDS MAY BE USED FOR OUR BUSINESS PURPOSES.

| EARNINGS SUMMARY | THIS PERIOD | | THIS YEAR | |
|---|---|---|---|---|
| | TAXABLE | NON-TAXABLE | TAXABLE | NON-TAXABLE |
| QUALIFIED DIVIDENDS | $ 56.70 | $ 0.00 | $ 56.70 | $ 0.00 |
| BANK DEPOSIT PROGRAM INTEREST | 38.34 | 0.00 | 45.14 | 0.00 |
| TOTAL | $ 95.04 | $ 0.00 | $ 101.84 | $ 0.00 |

---

# SMITHBARNEY
## citigroup

**FINANCIAL MANAGEMENT ACCOUNT**
FEBRUARY 1 - FEBRUARY 29, 2004   RONALD W ERICKSON

PAGE 2 OF 4

REF: 00002677 00000000    306151RM01   FCGENCO2    ACCOUNT NUMBER [redacted]

**PORTFOLIO DETAILS THE VALUES OF YOUR HOLDINGS ARE AS OF 02/27/04.**

**BANK DEPOSIT PROGRAM**
BALANCES ARE FDIC INSURED UP TO $100,000 PER INSTITUTION, SUBJECT TO COMBINED TOTAL OF ALL YOUR DEPOSITS, INCLUDING THOSE OUTSIDE THIS ACCOUNT.

| DESCRIPTION | PRINCIPAL | MARKET VALUE | ACCRUED INTEREST | ANNUAL % RETURN | COMMENT |
|---|---|---|---|---|---|
| CITIBANK NA | 79,619.66 | $ 79,619.66 | $ 15.05 | .54% | |
| BANK DEPOSIT PROGRAM | | | | | |
| TOTAL BANK DEPOSIT PROGRAM | | $ 79,619.66 | $ 15.05 | | |

**STOCKS**

| COMMON STOCKS53 | NO. OF SHARES | PRICE | YIELD | ANTICIPATED INCOME (ANNUALIZED) | U.S. DOLLAR MARKET VALUE | RESEARCH RATING | COMMENT |
|---|---|---|---|---|---|---|---|
| ADVANCE TECHNOLOGIES INC NEW | 100,000 | $ .05 | | | $ 5,000.00 | | SYMBOL: AVTX |
| SOYO GROUP INC | 10,000 | .165 | | | 1,650.00 | | SYMBOL: SOYO |
| WASHINGTON MUTUAL INC | 135 | 44.94 | 3.738 | 226.80 | 6,066.90 | 2/H | SYMBOL: WM\RATED: A |
| TOTAL STOCKS | | | | $ 226.80 | $ 12,716.90 | | |

**ANTICIPATED ANNUAL INCOME**

THIS VALUE IS A GRAND TOTAL OF ALL THE ANTICIPATED ANNUAL INCOME AMOUNTS THAT ARE SHOWN ON THE STATEMENT.

TOTAL ANTICIPATED INCOME (ANNUALIZED)                                                  $ 226.80

**SMITH BARNEY** citigroup**J**  
FINANCIAL MANAGEMENT ACCOUNT  
FEBRUARY 1 - FEBRUARY 29, 2004   RONALD W ERICKSON  
PAGE 3 OF 4

REF: 00002677 00000000   306151RM01   FCGENCO2   ACCOUNT NUMBER

## TRANSACTION DETAILS
ALL DATES OF TRANSACTIONS APPEARING ON THIS STATEMENT ARE SETTLEMENT DATES.

### INVESTMENT ACTIVITY

| DATE | ACTIVITY | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 02/27/04 | SOLD | BIOPURE CORP | -30,000 | $ 1.466 | $ 43,685.49 |
| | | FULL PRICE IS 1.46640700 | | | |
| TOTAL SECURITIES BOUGHT AND OTHER SUBTRACTIONS | | | | | $ 0.00 |
| TOTAL SECURITIES SOLD AND OTHER ADDITIONS | | | | | $ 43,685.49 |

### BANK DEPOSIT PROGRAM ACTIVITY

OPENING BALANCE   $ 79,524.62

| DATE | ACTIVITY | DESCRIPTION | AMOUNT | DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/17/04 | AUTODEPOSIT | BANK DEPOSIT PROGRAM | 56.70 | | | BANK DEPOSIT PROGRAM INTEREST CREDITED (SEE DETAILS UNDER EARNINGS DETAILS) | 38.34 |
| | | | | | | CLOSING BALANCE | $ 79,619.66 |

### EARNINGS DETAILS
THE TAX STATUS OF EARNINGS IS RELIABLE TO THE BEST OF OUR KNOWLEDGE. TAXABLE AND NON-TAXABLE DESIGNATIONS REFER TO THE FEDERAL INCOME TAX STATUS OF YOUR SECURITIES, NOT OF YOUR ACCOUNT.

### QUALIFIED DIVIDENDS

| DATE | DESCRIPTION | COMMENT | TAXABLE | NON-TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| 02/13/04 | WASHINGTON MUTUAL INC | CASH DIV ON 135.0000 SHS X/D 01/28/04 | $ 56.70 | | $ 56.70 |
| TOTAL QUALIFIED DIVIDENDS EARNED | | | $ 56.70 | $ 0.00 | $ 56.70 |

### BANK DEPOSIT PROGRAM INTEREST
THIS SECTION CONTAINS INTEREST CREDITED TO YOUR ACCOUNT. ACCRUED INTEREST IS NOT INCLUDED. SEE PORTFOLIO DETAILS SECTION FOR ACCRUED INTEREST INFORMATION.

| DATE | DESCRIPTION | COMMENT | TAXABLE | NON-TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| 02/13/04 | CITIBANK NA BANK DEPOSIT PROGRAM | REINVESTED FOR PERIOD 01/12/04-02/16/04 36 DAYS AVERAGE YIELD .55 % | $ 38.34 | | $ 38.34 |
| TOTAL BANK DEPOSIT PROGRAM INTEREST EARNED | | | $ 38.34 | $ 0.00 | $ 38.34 |

---

**SMITH BARNEY** citigroup**J**  
FINANCIAL MANAGEMENT ACCOUNT  
FEBRUARY 1 - FEBRUARY 29, 2004   RONALD W ERICKSON  
PAGE 4 OF 4

REF: 00002677 00000000   306151RM01   FCGENCO2   ACCOUNT NUMBER

STOCK RATINGS  
INVESTMENT RATINGS ARE BASED UPON SMITH BARNEY'S EXPECTATION OF TOTAL RETURN (FORECAST PRICE APPRECIATION PLUS DIVIDEND YIELD WITHIN THE NEXT 12 MONTHS) AND RISK RATING. DEVELOPED MARKETS (US, UK, EUROPE, JAPAN, AND AUSTRALIA/NEW ZEALAND)

CODE RATING EXPECTED TOTAL RETURN
- 1 BUY   10% OR MORE FOR LOW-RISK STOCKS, 15% OR MORE FOR MEDIUM-RISK STOCKS, 20% OR MORE FOR HIGH-RISK STOCKS, AND 35% OR MORE FOR SPECULATIVE STOCKS
- 2 HOLD  0-10% FOR LOW-RISK STOCKS, 0-15% FOR MEDIUM-RISK STOCKS, 0-20% FOR HIGH-RISK STOCKS, AND 0-35% FOR SPECULATIVE STOCKS
- 3 SELL  NEGATIVE TOTAL RETURN

STOCK RISK  
TAKES INTO ACCOUNT PRICE VOLATILITY AND A SELECT LIST OF FUNDAMENTAL

CODE RATING DEFINITIONS
- L LOW    HIGH PREDICTABILITY OF FINANCIAL RESULTS AND LOW VOLATILITY
- M MEDIUM MODERATE PREDICTABILITY OF FINANCIAL RESULTS AND VOLATILITY
- H HIGH   LOW PREDICTABILITY OF FINANCIAL RESULTS AND HIGH VOLATILITY
- S SPECULATE EXCEPTIONALLY LOW FINANCIAL PREDICTABILITY, HIGHEST RISK AND VOLATILITY

MESSAGE: IMPORTANT TAX INFORMATION: SMITH BARNEY CLIENTS HAVE THE ABILITY TO IMPORT THEIR 1099 TAX INFORMATION INTO THEIR TURBOTAX RETURN. THIS OPTION ALLOW INFORMATION, COMPLETE YOUR TAXES AND FILE THEM ELECTRONICALLY OR BY MAIL. VISIT THE TAX CENTER AT WWW.SMITHBARNEY.COM/TAX FOR INFORMATION OR CALL YOUR FINANCI CONSULTANT.

Envelope 335034093

FMTC
RONALD ERICKSON
1903 WASHINGTON ST
E BRIDGEWATER MA 02333-2223

# Investment Report

July 1, 2005 - August 31, 2005

**Online**
For information and assistance please call your retirement plan's toll free number.

Fidelity.com

## BrokerageLink — FMTC - TRUSTEE - WAMU SAVINGS PLAN FOR THE BENEFIT OF RONALD ERICKSON

### Account Summary

| | |
|---|---:|
| Beginning value as of Jul 1 | $15,509.57 |
| Transaction costs, loads and fees | -58.65 |
| Transfers between Fidelity accounts | -14,934.44 |
| Change in investment value | -488.88 |
| Ending value as of Aug 31 | $27.60 |

Your commission schedule: Negotiated
Account eligible trades from Sep 2004 - Aug 2005: 1

### Income Summary

| | This Period | Year to Date |
|---|---:|---:|
| Tax-deferred | $52.70 | $169.77 |

### Holdings (Symbol) as of August 31, 2005
Core Account 100% of holdings

| | Performance August 31, 2005 | Quantity August 31, 2005 | Price per Unit August 31, 2005 | Total Value July 1, 2005 | Total Value August 31, 2005 |
|---|---|---:|---:|---:|---:|
| FIDELITY CASH RESERVES (FDRXX) | 7-day yield: 3.20% | 27.600 | $1.000 | $10,010.45 | $27.60 |

### Transaction Details
(for holdings with activity this period)

Page 1 of 3

0001                    050831 0001 335034093    01 18   000

# Investment Report

July 1, 2005 - August 31, 2005

## BrokerageLink ▬▬▬ FMTC - TRUSTEE - WAMU SAVINGS PLAN FOR THE BENEFIT OF RONALD ERICKSON

### Core Account - Fidelity Cash Reserves

| Description | Amount | Description | Amount | Balance |
|---|---|---|---|---|
| **Beginning** | | | | $10,010.45 |
| *Investment Activity* | | | | |
| Securities sold | $4,898.89 | Core account income | 52.70 | |
| Exchanges out | -14,934.44 | Subtotal of Investment Activity | -$9,982.85 | |
| | | **Ending** | | $27.60 |

### Investment Activity

| Settlement Date | Security | Description | Date | Quantity | Price per Unit | Transaction Amount | Balance |
|---|---|---|---|---|---|---|---|
| 7/29 | FIDELITY CASH RESERVES | Dividend received | | | | $25.10 | |
| 8/23 | BIOPURE CORP CL A NEW NFS LLC WAS THE MKT MAKER ON THIS TRADE | You sold Transaction cost: -$58.65 | | -4,166.000 | $1.19000 | 4,898.89 | |
| 8/29 | TO STD PLAN OPTION | Transferred to | | | | -14,934.44 | |
| 8/31 | FIDELITY CASH RESERVES | Dividend received | | | | | 27.60 |

**Daily Additions and Subtractions**  *Fidelity Cash Reserves @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 7/29 | $25.10 | $10,035.55 | 8/29 | -14,934.44 | 0.00 |
| 8/23 | 4,898.89 | 14,934.44 | 8/31 | 27.60 | 27.60 |

Page 2 of 3

050831 0001 335034093   01 18 000

0001

**Information About Your Fidelity Statement**
For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week. **Lost or Stolen Cards** For 24 Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card. **Additional Investments with Fidelity** For mutual fund accounts make checks payable to the specific mutual fund and for brokerage accounts make checks payable to National Financial Services LLC (NFS). Include your account number on your check. For retirement accounts, designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003. **Income Summary** A summary of income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains distributed by securities held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. Fidelity reports earnings on investments in Traditional IRAs, Rollover IRAs, SEP-IRAs, and Keoghs as tax-deferred income. Earnings on investments within Roth IRAs are reported as tax-exempt income, since distributions may be tax-exempt after meeting the five-year aging requirement and certain other conditions. **Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees. **Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain and loss, and holding period information may not reflect all adjustments necessary for tax reporting purposes. Taxpayers should verify such information against their own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. Fidelity does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information taxpayers may be required to report to federal, state, and other taxing authorities. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the first-in, first-out (FIFO) method (for securities other than open-end mutual funds) or the average cost-single category (ACSC) method (for open-end mutual funds). Fidelity also provides purchase cost information for securities held within retirement accounts. Such cost information may be adjusted for certain transactions and does not reflect reinvestments of dividends or capital gains. Fidelity also reports transaction profit or loss information when securities are sold within a retirement account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds. If you purchased shares at different times or prices, transaction profit or loss is calculated based on the first-in, first-out method. **Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax reporting purposes but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of "substantially identical" securities within the same or different accounts.
We deliver statements at least four times during the calendar year for any account with a balance. Please notify us of any discrepancies within 10 days of receipt of the statement and advise us promptly of any material changes in your investment objectives or financial situation related to your brokerage account(s). If you request a reprint of your statement, the disclosure information provided with your reprint may or may not be the same as the disclosure information provided with your original statement. **Information About Mutual Funds and Their Performance** Please carefully consider the fund's or insurance product's investment objectives, risks, charges, and expenses before investing. For this and other information, call or write to Fidelity or visit Fidelity.com for a free prospectus. Read it carefully before you invest. **The performance data featured represents past performance, which is no guarantee of future results. Investment return and principal value of an investment will fluctuate; therefore, you may have a gain or loss when you sell your shares. Current performance may be higher or lower than the performance data quoted. Please visit Fidelity.com/performance or call Fidelity for most recent month-end performance figures.** In addition to sales loads and 12b-1 fees as described in the prospectus, Fidelity Brokerage Services LLC (FBS) or NFS may receive compensation of up to 0.35% of the average daily net assets of certain mutual funds in connection with your purchase of those mutual fund shares and/or the on-going maintenance of your brokerage account with respect to those shares. The compensation is paid by the mutual fund and/or its affiliate. Additional information about the source and amount of the compensation will be furnished to you upon written request.

**Additional Information About Your Brokerage Account, If Applicable**
**Customer Free Credit Balance** You are entitled to your free credit balance in your brokerage account at any time, subject to any open commitments in any of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement account. **Assets Separate from Your Brokerage Account** Only securities holdings in the margin portion of your brokerage account contribute toward margin and maintenance requirements. Assets maintained with Fidelity Investments Life Insurance Company and mutual fund assets held outside of your brokerage account (that may be reported on your statement) are not carried by NFS and are not covered by SIPC. These assets do not contribute toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services (PAS) are carried by NFS and are covered by SIPC but do not contribute toward your margin and maintenance requirements. **Short Account Balances** Fidelity maintains all securities sold short in a segregated short account. These securities are marked-to-market, and Fidelity transfers any increase or decrease from the short sale price to your margin account on a weekly basis. Fidelity represents your short account balance as the balance of your short account as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. Call a Fidelity representative for more information. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS for your account, or the Depository Trust Company (DTC) through the dividend reinvestment program. For FBS-effected transactions, Fidelity will furnish, upon written request, the time of the transactions, the exchange upon which these transactions occurred, and the name of the person from whom the security was purchased. FBS's affiliate may have acted as market maker in effecting trades in over-the-counter securities. **Price Information** Fidelity calculates prices for Fidelity products. All other prices shown on your statement have been obtained from independent quotation vendors, whose appraisals are based either on closing prices, bid/ask prices or a matrix based on interest rates for similar securities, and for certain securities prices may not be current as of the statement date. We cannot guarantee the accuracy of these prices as they appear on your statement. If we are unable to obtain a price, "unavailable" will appear instead of a dollar value for that security.

Fidelity carries certificates of deposit (CDs) that have a maturity of one year or less from date of issue at their face value. CDs with a maturity date of more than one year from date of issue will be shown at market value based upon a matrix or model pricing method that may not represent the actual price if sold prior to maturity. The sale or redemption of any fixed income security prior to maturity may result in a substantial gain or loss, and a penalty may apply to the early withdrawal of a CD. While you may sell CDs in the secondary market subject to market conditions, the market is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order. Direct participation program securities (e.g., partnerships, limited liability companies and real estate investment trusts which are not listed on any exchange) are generally illiquid and their values will be different than the purchase price. Unless otherwise indicated, the values shown herein for such securities have been provided by the management of each program and represent management's estimate of the investor's interest in the net assets of the program. Therefore, the estimated values shown herein may not necessarily be realized upon liquidation. If an estimated value is not provided, accurate valuation information is not available. Fidelity Distributors Corporation (FDC) is the general distribution agent for Fidelity Funds. Fidelity brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. Direct inquiries about positions or balances in your brokerage account to NFS at 800-544-6666. FBS and NFS are members of the NYSE and SIPC. FBS, NFS, and FDC are each direct or indirect subsidiaries of FMR Corp. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Service is a service of Strategic Advisers, Inc. (Strategic Advisers), a registered investment adviser and a Fidelity Investments company. Fidelity Private Portfolio Service may be offered through the following: Fidelity Investments Companies: Strategic Advisers, Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank and a registered investment adviser or Fidelity Management Trust Company ("FMTC"). Accounts are carried by NFS. NFS maintains these accounts for the allocation, maintenance, and custody of mutual fund assets subject to the discretionary management of Strategic Advisers. Fidelity Investments (with pyramid logo) is a trademark of FMR Corp. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. Customer inquiries and comments may be directed to the phone number listed on your statement or mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH. 45277-0045. 384330

Page 3 of 3