# EXHIBIT F



# CONFIRMATION

MAIL TO:  
PAGE 1

DR JOHN ESPOSITO &  
ORENE ESPOSITO JT TEN  
20 PINE HOLLOW LN  
GREENLAWN NY 11740-2208

FOR THE ACCOUNT OF :  
DR JOHN ESPOSITO &  
ORENE ESPOSITO JT TEN  
20 PINE HOLLOW LN  
GREENLAWN NY 11740-2208

ACCOUNT NUMBER:  
ACCOUNT TYPE:        1

YOUR ACCOUNT EXECUTIVE:  
BERNEY HARRIS III  
A.E. NUMBER:        285

| YOU SOLD: BIOPURE CORP CL A | | TRADE DATE: 08-05-03<br>PROCESS DATE: 08-05-03<br>SETTLEMENT DATE: 08-08-03<br>CUSIP NUMBER: 09065H-10-5<br>SYMBOL: BPUR |
|---|---|---|

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST/STATE TAX | COMMISSION | SERVICE CHARGE | S.E.C. FEE | NET AMOUNT | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| M41TUS | 520<br>SOLICITED<br>ACTED AS PRINCIPAL | 7.50 | 3,900.00<br>A PERSHING CO MAKES | | 115.27<br>A MKT IN THIS SEC & | 4.00 | .19 | 3,780.54 | 8/8 |
| TOTALS | 520 | | 3,900.00 | | 115.27 | 4.00 | .19 | 3,780.54 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE, REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.  
Clearing Through Pershing LLC, One Pershing Plaza, Jersey City, New Jersey 07399

---

FOR THE ACCOUNT OF:  
DR JOHN ESPOSITO &  
ORENE ESPOSITO JT TEN  
20 PINE HOLLOW LN  
GREENLAWN NY 11740-2208

ACCOUNT NUMBER:  
ACCOUNT TYPE:        1

YOUR ACCOUNT EXECUTIVE:  
BERNEY HARRIS III  
A.E. NUMBER:        285

YOU SOLD:        BPUR  
BIOPURE CORP CL A

TRADE DATE:        08-05-03  
PROCESS DATE:      08-05-03  
SETTLEMENT DATE:   08-08-03

QUANTITY:        520  
CUSIP NUMBER:    09065H-10-5

NET AMOUNT:        3,780.54

SEE REVERSE SIDE FOR TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION.  
ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION.  
THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.