# EXHIBIT G

WALNUT STREET

# CONFIRMATION

MAIL TO:  PAGE 1

FOR THE ACCOUNT OF :  
SEP FBO   JOHN ESPOSITO  M D  
METLIFE BANK TRUSTEE  
20 PINE HOLLOW LN  
GREENLAWN NY 11740-2208

SEP FBO   JOHN ESPOSITO  M D  
METLIFE BANK TRUSTEE  
20 PINE HOLLOW LN  
GREENLAWN NY 11740-2208

ACCOUNT NUMBER:  
ACCOUNT TYPE:        1

YOUR ACCOUNT EXECUTIVE:  
BERNEY HARRIS III  
A.E. NUMBER:      285

YOU BOUGHT:

BIOPURE CORP CL A

TRADE DATE:        08-12-03  
PROCESS DATE:      08-12-03  
SETTLEMENT DATE:   08-15-03  
CUSIP NUMBER:      09065H-10-5  
SYMBOL:            BPUR

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST/STATE TAX | COMMISSION | SERVICE CHARGE | S.E.C. FEE | NET AMOUNT | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| M4VRL6 | 500 | 7.00 | 3,500.00 | | 87.82 | 4.00 | | 3,591.82 | 8/8 |
| | SOLICITED | | A PERSHING CO MAKES | | A MKT IN THIS SEC & | | | | |
| | ACTED AS PRINCIPAL | | | | | | | | |
| M4VRL7 | 100 | 7.01 | 701.00 | | 17.56 | | | 718.56 | 8/8 |
| | SOLICITED | | A PERSHING CO MAKES | | A MKT IN THIS SEC & | | | | |
| | ACTED AS PRINCIPAL | | | | | | | | |
| TOTALS | 600 | | 4,201.00 | | 105.38 | 4.00 | | 4,310.38 | |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE, REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.  
Clearing Through Pershing LLC, One Pershing Plaza, Jersey City, New Jersey 07399

FOR THE ACCOUNT OF:  
SEP FBO   JOHN ESPOSITO  M D  
METLIFE BANK TRUSTEE  
20 PINE HOLLOW LN  
GREENLAWN NY 11740-2208

ACCOUNT NUMBER:  
ACCOUNT TYPE:        1

YOUR ACCOUNT EXECUTIVE:  
BERNEY HARRIS III  
A.E. NUMBER:      285

YOU BOUGHT:      BPUR  
BIOPURE CORP CL A

TRADE DATE:        08-12-03  
PROCESS DATE:      08-12-03  
SETTLEMENT DATE:   08-15-03

QUANTITY:        600  
CUSIP NUMBER:    09065H-10-5

NET AMOUNT:      4,310.38

SEE REVERSE SIDE FOR TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION.  
ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION.  
THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.



# CONFIRMATION

MAIL TO:	PAGE 1

|  |  |  |
|---|---|---|
| SEP FBO   JOHN ESPOSITO  M D<br>PERSHING LLC AS CUSTODIAN<br>20 PINE HOLLOW LN<br>GREENLAWN NY 11740-2208 | FOR THE ACCOUNT OF:<br><br>SEP FBO   JOHN ESPOSITO  M D<br>PERSHING LLC AS CUSTODIAN<br>20 PINE HOLLOW LN<br>GREENLAWN NY 11740-2208 | ACCOUNT NUMBER:<br>ACCOUNT TYPE:         1<br><br>YOUR ACCOUNT EXECUTIVE:<br>BERNEY HARRIS III<br>A.E. NUMBER:         285 |

| YOU BOUGHT:<br><br>BIOPURE CORP CL A | TRADE DATE:        08-21-03<br>PROCESS DATE:      08-21-03<br>SETTLEMENT DATE:   08-26-03<br>CUSIP NUMBER:      09065H-10-5<br>SYMBOL:            BPUR |
|---|---|

WE CONFIRM THE BELOW TRADE(S), SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST/STATE TAX | COMMISSION | SERVICE CHARGE | S.E.C. FEE | NET AMOUNT | MKT/CPTY |
|---|---|---|---|---|---|---|---|---|---|
| M5HI8Q | 600 | 8.22 | 4,932.00 |  | 112.62 | 4.00 |  | 5,048.62 | 8/1 |
|  | SOLICITED ORDER |  |  |  |  |  |  |  |  |
| TOTALS | 600 |  | 4,932.00 |  | 112.62 | 4.00 |  | 5,048.62 |  |

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE, REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.
Clearing Through Pershing LLC, One Pershing Plaza, Jersey City, New Jersey 07399

| FOR THE ACCOUNT OF:<br>SEP FBO   JOHN ESPOSITO  M D<br>PERSHING LLC AS CUSTODIAN<br>20 PINE HOLLOW LN<br>GREENLAWN NY 11740-2208 | ACCOUNT NUMBER:<br>ACCOUNT TYPE:         1<br><br>YOUR ACCOUNT EXECUTIVE:<br>BERNEY HARRIS III<br>A.E. NUMBER:         285 | YOU BOUGHT:           BPUR<br>BIOPURE CORP CL A |
|---|---|---|
| TRADE DATE:       08-21-03<br>PROCESS DATE:     08-21-03<br>SETTLEMENT DATE:  08-26-03 | QUANTITY:        600<br>CUSIP NUMBER:    09065H-10-5 | NET AMOUNT:      5,048.62 |

SEE REVERSE SIDE FOR TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION.
ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES) IF DIF APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION.
THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST.