# EXHIBIT H

# AMERICAN PORTFOLIOS

American Portfolios Financial Services, Inc.
4250 Veterans Memorial Hwy
4th Floor East
Holbrook, NY 11741
t: 631.439.4600

## Individual Retirement Account Statement

Account Number: ███
Statement Period: 05/01/2006 - 05/31/2006

IRA FBO  JOHN ESPOSITO
PERSHING LLC AS CUSTODIAN
55 FLOWER HILL ROAD
HUNTINGTON NY 11743-2342

Your Investment Professional:
BERNEY HARRIS
(212) 245-0590

### Valuation at a Glance

|  | This Period | Year-to-Date |
|---|---:|---:|
| Beginning Account Value | $44,418.86 | $40,861.86 |
| Cash Deposits | 0.00 | 1,500.00 |
| Dividends/Interest | 27.19 | 670.59 |
| Change in Account Value | -536.11 | 877.49 |
| Ending Account Value | $43,909.94 | $43,909.94 |

Estimated Annual Income: $1,080.83



Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

### Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |
|---|---:|---:|---:|
| Cash and Cash Equivalents | 273.22 | 274.14 | 1% |
| Fixed Income | 7,680.60 | 7,748.19 | 18% |
| Equities | 19,121.60 | 19,026.21 | 43% |
| Mutual Funds | 17,343.44 | 16,861.40 | 38% |
| Account Total (Pie Chart) | $44,418.86 | $43,909.94 | 100% |

---


DALBAR RATED FOR COMMUNICATION

A0026500CSF30028

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.

Page 1 of 6

## Customer Service Information

| | |
|---|---|
| **Your Investment Professional:** F65 | **Contact Information** | **Customer Service Information** |

BERNEY HARRIS
AMERICAN PORTFOLIOS
119 WEST 57TH STREET, SUITE 1211
NEW YORK   NY 10019-2401

Telephone Number: (212) 245-0590
Fax Number: (212) 581-2530

Web Site: www.americanportfolios.com

Prior Year-End Fair Market Value: $40,861.86 will be furnished to the Internal Revenue Service.

## Retirement Account Transactions

| | Tax Year – 2006 | | Tax Year – 2005 | |
|---|---|---|---|---|
| | This Period | Year-to-Date | This Period | Year-to-Date |
| **Contributions** | | | | |
| Participant | 0.00 | 0.00 | 0.00 | 1,500.00 |
| **Total Contributions** | **$0.00** | **$0.00** | **$0.00** | **$1,500.00** |

NOTE: The amounts shown in the Year-to-Date columns are aggregate amounts of all transactions conducted for a particular transaction type.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Share Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| PERSHING GOVERNMENT ACCOUNT | | | | |
| Account Number: 0000612166  Current Yield: 4.01%  Activity Ending: 05/31/06 | | | | |
| 04/29/06 | Opening Balance | | | 273.22 |
| 05/31/06 | Deposit | INCOME REINVEST | 0.92 | 274.14 |
| 05/31/06 | Closing Balance | | | **$274.14** |
| **Total All Money Market Funds** | | | | **$274.14** |

## Income and Expense Summary

| | Current Period Tax Deferred | Year-to-Date Tax Deferred |
|---|---|---|
| **Dividend Income** | | |
| Equities | 26.27 | 169.09 |
| Money Market | 0.92 | 17.51 |
| **Interest Income** | | |
| Bond Interest | 0.00 | 319.50 |
| **Total Dividends, Interest and Expenses** | **$27.19** | **$506.10** |

Account Number: 
IRA FBO   JOHN ESPOSITO

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York    One Pershing Plaza, Jersey City, New Jersey 07399   Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.



American Portfolios Financial Services, Inc.
4250 Veterans Memorial Hwy
4th Floor East
Holbrook, NY 11741
t: 631.439.4600

## Individual Retirement Account Statement

Statement Period: 05/01/2006 - 05/31/2006

### Income and Expense Summary (continued)

| | Current Period Tax Deferred | Year-to-Date Tax Deferred |
|---|---|---|
| **Distributions** | | |
| Capital Gains Distributions | 0.00 | 164.49 |
| **Total Distributions** | **$0.00** | **$164.49** |

### Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 1.00% of Portfolio | | | | | | |
| Money Market | | | | | | |
| 274.140 | PERSHING GOVERNMENT ACCOUNT | 273.22 | 274.14 | 0.00 | 17.51 | 3.94% |
| **Total Money Market** | | **$273.22** | **$274.14** | **$0.00** | **$17.51** | |
| **Total Cash and Cash Equivalents** | | | **$274.14** | **$0.00** | **$17.51** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** 18.00% of Portfolio *(In CUSIP Sequence)* | | | | | | |
| Corporate Bonds | | | | | | |
| 9,000.000 | GENERAL MTRS ACCEP CORP SMARTNOTES 7.100% 09/15/12 B/E DTD 09/04/02 CALLABLE 09/15/06 @ 100.000 Moody Rating BA1 S & P Rating BB *Security Identifier: 37042GD45* | 86.0910 | 7,748.19 | 134.90 | 639.00 | 8.24% |
| **Total Corporate Bonds** | | | **$7,748.19** | **$134.90** | **$639.00** | |
| **Total Fixed Income** | | | **$7,748.19** | **$134.90** | **$639.00** | |



DALBAR RATED FOR COMMUNICATION

Account Number
IRA FBO JOHN ESPOSITO

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.

Page 3 of 6

A0026500CSF30028

## Portfolio Holdings *(continued)*

### Equities 43.00% of Portfolio

#### Common Stocks

| Quantity | Description | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| 1,000.000 | RSL COMMUNICATIONS LTD SHS CL A<br>ISIN#BMG7702U1027<br>Dividend Option: Cash<br>Security Identifier: RSLCF | 0.0001 | 0.10 | | |
| 5.000 | AGERE SYS INC COM<br>Dividend Option: Cash<br>Security Identifier: AGR | 14.9100 | 74.55 | | |
| 16.000 | AVAYA INC COM ISIN#US0534991098<br>Dividend Option: Cash<br>Security Identifier: AV | 11.8100 | 188.96 | | |
| 200.000 | BIOPURE CORP CL A NEW<br>Dividend Option: Cash<br>Security Identifier: BPUR | 1.0180 | 203.60 | | |
| 200.000 | INTEL CORP COM<br>Dividend Option: Cash<br>Security Identifier: INTC | 18.0200 | 3,604.00 | 80.00 | 2.21% |
| 200.000 | LUCENT TECHNOLOGIES INC COM<br>Dividend Option: Cash<br>Security Identifier: LU | 2.5500 | 510.00 | | |
| 1,700.000 | METROPOLITAN HEALTH NETWORKS INC<br>Dividend Option: Cash<br>Security Identifier: MDF | 2.5900 | 4,403.00 | | |
| 700.000 | WHITE ELECTRONIC DESIGNS CORP COM<br>Dividend Option: Cash<br>Security Identifier: WEDC | 5.1100 | 3,577.00 | | |
| **Total Common Stocks** | | | **$12,561.21** | **$80.00** | |

#### Real Estate Investment Trusts

| Quantity | Description | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| 1,500.000 | AMERIVEST PPTYS INC DEL COM<br>Dividend Option: Cash<br>Security Identifier: AMV | 4.3100 | 6,465.00 | | |
| **Total Real Estate Investment Trusts** | | | **$6,465.00** | **$0.00** | |
| **Total Equities** | | | **$19,026.21** | **$80.00** | |

Account Number: 
IRA FBO   JOHN ESPOSITO

A0026500CSF30028

Clearing Through **Pershing**  A BNY Securities Group Co.  Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.

Page 4 of 6

**American Portfolios** Financial Services, Inc.
4250 Veterans Memorial Hwy
4th Floor East
Holbrook, NY 11741
t: 631.439.4600

# Individual Retirement Account Statement

Statement Period: 05/01/2006 - 05/31/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| **Mutual Funds** 38.00% of Portfolio | | | | | |
| Mutual Funds | | | | | |
| 683.176 | PIONEER HIGH YIELD FUND CLASS B<br>Open End Fund<br>Dividend Option: Reinvest Capital Gains Option: Reinvest<br>*Security Identifier:* TBHYX | 10.8800 | 7,432.95 | 344.32 | 4.63% |
| 279.693 | PIONEER SMALL-CAP VALUE FUND CLASS A<br>Open End Fund<br>Dividend Option: Reinvest Capital Gains Option: Reinvest<br>*Security Identifier:* PIMCX | 33.7100 | 9,428.45 | | |
| **Total Mutual Funds** | | | **$16,861.40** | | |
| **Total Mutual Funds** | | | **$16,861.40** | **$344.32** | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | **$43,909.94** | **$134.90** | **$1,080.83** |

Account Number: ███████
IRA FBO JOHN ESPOSITO

DALBAR RATED FOR COMMUNICATION

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

PAR-02-CUTSHEET

Page 5 of 6

A0026500CSF30028

## Portfolio Holdings *(continued)*

The values, where indicated, of Real Estate Investment Trusts (REITs) and Direct ParticipationPrograms (DPPs), including Limited Partnerships, have been provided by the REITs or DPPs, generally through an intermediary, and purport to reflect an estimate of the interest in the REIT or DPP represented by the units or shares described above.

### Disclosures and Other Information

Pricing. - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Messages

IT IS NOT TOO EARLY TO CONSIDER CONTRIBUTIONS TO YOUR TRADITIONAL INDIVIDUAL RETIREMENT ACCOUNT (IRA) OR ROTH IRA FOR THE 2006 TAX YEAR; THE MAXIMUM CONTRIBUTION LIMIT IS $4,000. INDIVIDUALS WHO ARE THE AGE OF 50 AND OLDER MAY MAKE AN ADDITIONAL CATCH-UP CONTRIBUTION OF $1,000 FOR THE TAX YEAR 2006. WHEN MAKING YOUR ANNUAL CONTRIBUTION, PLEASE INDICATE IN WRITING THE TAX YEAR FOR WHICH THE CONTRIBUTION SHOULD BE APPLIED.

## Transactions in Date Sequence

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 05/02/06 | CASH DIVIDEND RECEIVED | PIONEER HIGH YIELD FUND CLASS B FOR ACCRUAL PERIOD ENDING 04/28/06 | | | | 26.27 |
| 05/02/06 | REINVEST CASH INCOME | PIONEER HIGH YIELD FUND CLASS B SHRS PURCH. AT $11.10000 FOR ACCRUAL PERIOD ENDING 04/28/06 | 2.367 | | | -26.27 |
| 05/31/06 | MONEY MARKET FUND INCOME RECEIVED | PERSHING GOVT ACCT | | | | 0.92 |
| **Total Value of all Transactions** | | | | | | **$0.92** |

The price and quantity displayed may have been rounded.

Account Number: 
IRA FBO JOHN ESPOSITO