# EXHIBIT I

Case 1:03-cv-12628-NG    Document 145-12    Filed 07/25/2006    Page 1 of 2

JAN-05-2004 03:37 FROM- LF-720 (NAM)UO,24 1M TO 17812317840 P.03/28
Case 1:04-cv-10013-NG   Document 31-2   Filed 01/06/2004   Page 14 of 44

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

John G. Esposito, Jr. DDS. ("Plaintiff"), hereby certifies as follows:

1. I have reviewed the complaint being filed on my behalf and on behalf of all others similarly situated against Biopure Corporation ("Biopure") and certain of its officers and directors and authorize its filing or a substantially similar complaint on my behalf.

2. I did not purchase shares of Biopure, the security that is the subject of this action, at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. To the best of my current knowledge, I purchased the following shares of Biopure during the class period referenced in the complaint:

| Date | Purchased or Sold | No. of Shares | Price per Share |
|------|-------------------|---------------|-----------------|
| 8/21/03 | Purchased | 600 | $8.22 |
| 8/12/03 | Purchased | 600 | $7.01 |
| 8/5/03 | Sale | 520 | $7.50 |

5. I have not served as a class representative in a federal securities case in the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

7. The matters stated in this certification are true to the best of my current knowledge, information and belief.

8. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

DATED: January 2, 2004

John G. Esposito, Jr. DDS.