# EXHIBIT J



**Walnut Street Securities, Inc.**
Mailing Address: 485 E US Hwy. 1 South, 4th Fl., Iselin, NJ 08830
Home Office: 700 Market Street, St. Louis, MO 63101
Phone: (877) WALNUT-1

## your Retirement Account

C000000050124

SEP FBO JOHN ESPOSITO M D
PERSHING LLC AS CUSTODIAN
20 PINE HOLLOW LN
GREENLAWN NY 11740-2208

**Account Number:**
**Statement Period:** 08/01/2003 - 08/29/2003

BERNEY HARRIS III
(212) 245-0590

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $41,043.14 |
| Dividends/Interest | 29.61 |
| Change in Account Value | 2,833.01 |
| Ending Account Value | $43,905.76 |

### Asset Allocation

| | Value | Percent Allocation |
|---|---|---|
| Cash and Cash Equivalents | 529.25 | 1% |
| Equities | 29,080.22 | 66% |
| Mutual Funds | 14,296.29 | 33% |
| **Account Total (Pie Chart)** | **$43,905.76** | **100%** |

NOTE: Unpriced securities in your account may cause the total brokerage account assets to be understated.

Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

Page 1 of 6

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The benefits of Pershing Investments LLC.

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

C000000050124

## Customer Service Information

Identification Number: 285
BERNEY HARRIS III
BJ HARRIS COMPANY
119 WEST 57TH STREET STE 1511
NEW YORK    NY 10019-2401
Telephone Number: (212) 245-0590
Fax Number: (212) 581-2530

Customer Service Telephone Number: (314) 244-9200
Web Site: WWW.WALNUTSTREET.COM
Date of Birth: 09/23/1941
Prior Year-End Fair Market Value: $26,781.34

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/04/03 | | CASH DIVIDEND RECEIVED | PIONEER HIGH YIELD FUND CLASS B FOR ACCRUAL PERIOD ENDING 07/31/03 | | | | 28.26 |
| 08/04/03 | | REINVEST CASH INCOME | PIONEER HIGH YIELD FUND CLASS B SHRS PURCH. AT $11.16000 FOR ACCRUAL PERIOD ENDING 07/31/03 | 2.532 | | | -28.26 |
| 08/15/03 | 08/12/03 | PURCHASED | BIOPURE CORP CL A SOLICITED A PERSHING CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500.000 | 7.0000 | | -3,591.82 |
| 08/15/03 | 08/12/03 | PURCHASED | BIOPURE CORP CL A SOLICITED A PERSHING CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100.000 | 7.0100 | | -718.56 |
| 08/15/03 | | MONEY MARKET FUND INCOME RECEIVED | SHORT TERM GENERAL | | | | 1.35 |
| 08/26/03 | 08/21/03 | PURCHASED | BIOPURE CORP CL A SOLICITED ORDER | 600.000 | 8.2200 | | -5,048.62 |
| Total Value of all Transactions | | | | | | | -$9,357.65 |

The price and quantity displayed may have been rounded.

Account Number:
SEP FBO    JOHN ESPOSITO M D

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.

C00000000050124

**Walnut Street Securities, Inc.**
Mailing Address: 485 E US Hwy. 1 South, 4th Fl., Iselin, NJ 08830
Home Office: 700 Market Street, St. Louis, MO 63101
Phone: (877) WALNUT-1

*your Retirement Account*

Statement Period: 08/01/2003 - 08/29/2003

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents   1.00% of Portfolio** | | | | | | |
| Money Market | | | | | | |
| 529.250 | SHORT TERM FUND GENERAL SHARES PERSHING GOVT ACCOUNT | 9,886.90 0.00 | 529.25 0.00 | 0.25 0.00 | 6.04 0.00 | 0.16% 0.12% |
| **Total Money Market** | | **$9,886.90** | **$529.25** | **$0.25** | **$6.04** | |
| **Total Cash and Cash Equivalents** | | **$9,886.90** | **$529.25** | **$0.25** | **$6.04** | |

| Quantity | Description | Market Price | Market Value | Symbol/ISIN | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Equities   66.00% of Portfolio** | | | | | | |
| Stocks, Rights and Warrants | | | | | | |
| 1,000.000 | RSL COMMUNICATIONS LTD SHS CL A ISIN#BMG7702U1027 Dividend Option: Cash | Unknown | 0.00 | RSLCF | | |
| 2.000 | AGERE SYS INC CL A Dividend Option: Cash | 3.0200 | 6.04 | AGR A | | |
| 52.000 | AGERE SYS INC CL B Dividend Option: Cash | 2.8500 | 148.20 | AGR B | | |
| 16.000 | AVAYA INC COM ISIN#US0534991098 Dividend Option: Cash | 10.4500 | 167.20 | AV | | |
| 1,200.000 | BIOPURE CORP CL A Dividend Option: Cash | 8.2300 | 9,876.00 | BPUR | | |
| 200.000 | INTEL CORP COM Dividend Option: Cash | 28.6300 | 5,726.00 | INTC | 16.00 | 0.27% |
| 249.000 | JUNIPER NETWORKS INC COM Dividend Option: Cash | 17.2200 | 4,287.78 | JNPR | | |
| 200.000 | LUCENT TECHNOLOGIES INC COM Dividend Option: Cash | 1.8900 | 378.00 | LU | | |

Account Number: ▮▮▮▮
SEP FBO  JOHN ESPOSITO  M D

One Pershing Plaza, Jersey City, New Jersey 07399
Clearing Through Pershing A BNY Securities Group Co. Solutions from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.
Page 3 of 6
C0000000050124

## Portfolio Holdings *(continued)*

### Equities *(continued)*

**Stocks, Rights and Warrants** *(continued)*

| Quantity | Description | Market Price | Market Value | Symbol/ISIN | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 700.000 | WHITE ELECTRONIC DESIGNS CORP COM | 12.1300 | 8,491.00 | WEDC | | |
| | Dividend Option: Cash | | | | | |
| **Total Stocks, Rights and Warrants** | | | **$29,080.22** | | $16.00 | |
| **Total Equities** | | | **$29,080.22** | | $16.00 | |

### Mutual Funds   33.00% of Portfolio

| Quantity | Description | Market Price | Market Value | Symbol | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 235.088 | MUNDER FUTURE TECHNOLOGY FUND CLASS A | 3.5600 | 836.91 | MTFAX | | |
| | Dividend Option: Reinvest Capital Gains Option: Reinvest | | | | | |
| 91.864 | MUNDER NET NET FUND CLASS B | 15.2200 | 1,425.73 | MNNBX | | |
| | Dividend Option: Reinvest Capital Gains Option: Reinvest | | | | | |
| 550.750 | PIONEER HIGH YIELD FUND CLASS B | 11.1500 | 6,140.86 | TBHYX | 433.99 | 7.06% |
| | Dividend Option: Reinvest Capital Gains Option: Reinvest | | | | | |
| 241.310 | PIONEER SMALL-CAP VALUE FUND CLASS B | 24.4200 | 5,892.79 | PBMOX | | |
| | Dividend Option: Reinvest Capital Gains Option: Reinvest | | | | | |
| **Total Mutual Funds** | | | **$14,296.29** | | $433.99 | |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | **$43,905.76** | **$456.03** |

Account Number: [redacted]
SEP FBO  JOHN ESPOSITO  M D

Clearing Through Pershing, A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.

Page 4 of 6

C000000000050124

**Walnut Street Securities, Inc.**
Mailing Address: 485 E US Hwy. 1 South, 4th Fl., Iselin, NJ 08830
Home Office: 700 Market Street, St. Louis, MO 63101
Phone: (877) WALNUT-1

*your Retirement Account*

Statement Period: 08/01/2003 - 08/29/2003

## Portfolio Holdings *(continued)*

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Cash Not Yet Received

| Security | Record Date | Payable Date | Quantity Held | Rate | Amount of Payment | Dividend Option |
|---|---|---|---|---|---|---|
| **Dividends** | | | | | | |
| INTEL CORP COM | 08/07/03 | 09/01/03 | 200.000 | 0.020000 | 4.00 | Cash |
| Total Cash Not Yet Received | | | | | $4.00 | |

Cash Not Yet Received is not reflected as an asset in your account until it is actually received.

The above information has been obtained from sources we believe to be reliable. All items are subject to receipt. We make no representation as to accuracy or completeness.

## Income Summary

| | Current Period Tax Deferred | Year-to-Date Tax Deferred |
|---|---|---|
| **Dividends and Interest** | | |
| Cash Dividends on Equities | 0.00 | 8.00 |
| Mutual Fund Dividends - Current Year | 28.26 | 266.64 |
| Money Fund Income | 1.35 | 6.04 |
| **Total Dividends and Interest** | **$29.61** | **$280.68** |

Account Number: [redacted]
SEP FBO JOHN ESPOSITO M D

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark of Pershing Investments LLC

Page 5 of 6

C0000000050124

## Retirement Account Transactions

|  | Tax Year – 2003 | | Tax Year – 2002 | |
|---|---|---|---|---|
|  | This Period | Year-to-Date | This Period | Year-to-Date |
| **Contributions** | | | | |
| Participant | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Employer | 0.00 | 0.00 | 0.00 | 2,000.00 |
| **Total Contributions** | **$0.00** | **$0.00** | **$0.00** | **$5,500.00** |

NOTE: The amounts shown in the Year-to-Date columns are aggregate amounts of all transactions conducted for a particular transaction type.

## Money Market Fund Detail

| Date | Activity Type | Description | Amount | Share Balance |
|---|---|---|---|---|
| **Sweep Money Market Fund** | | | | |
| **SHORT TERM FUND GENERAL SHARES** | | | | |
| Account Number: 0000012708 Current Yield: 0.16% Activity Ending: 08/29/03 | | | | |
| 08/01/03 | Opening Balance | | 9,886.90 | 9,886.90 |
| 08/15/03 | Withdrawal | MONEY FUND REDEMPTION | -4,310.38 | 5,576.52 |
| 08/15/03 | Deposit | INCOME REINVEST | 1.35 | 5,577.87 |
| 08/26/03 | Withdrawal | MONEY FUND REDEMPTION | -5,048.62 | 529.25 |
| 08/29/03 | **Closing Balance** | | | **$529.25** |
| **Total All Money Market Funds** | | | | **$529.25** |

## Messages

BEGINNING IN 2002, TRADITIONAL AND ROTH IRA ANNUAL CONTRIBUTION LIMITS WILL BE INCREASED AS SET FORTH IN THE PROVISIONS OF THE ECONOMIC GROWTH AND TAX RELIEF RECONCILIATION ACT OF 2001. FOR YEARS 2002 THROUGH 2004, THE MAXIMUM CONTRIBUTION LIMIT WILL BE RAISED TO $3,000. INDIVIDUALS WHO ARE THE AGE OF 50 AND OLDER CAN MAKE AN ADDITIONAL $500 CONTRIBUTION TO A TRADITIONAL OR ROTH IRA.

Account Number: ▇▇▇
SEP FBO  JOHN ESPOSITO  M D

Clearing Through Pershing* A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing Investments LLC.