UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) Civ. No. 03-12628-NG ) ) ) ) ) ) |

COMPENDIUM OF UNREPORTED AUTHORITIES
CITED IN DEFENDANTS' MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, CHARLES A. SANDERS, J. RICHARD CROUT, RONALD F. RICHARDS AND HOWARD P. RICHMAN

By their attorneys,

Robert A. Buhlman, BBO #554393
Donald J. Savery, BBO #564975
Michael D. Blanchard, BBO #636860
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

July 25, 2006

LITDOCS/648122.1

**Case**                                                                                                                                                                              **Tab**

In re Aldus Sec. Litigation, No. C92-885C, 1993 WL 121478
(W.D. Wash. Mar. 1, 1993) ...............................................................................................1

Buban v. O'Brien, No. C 94-0331 FMS, 1994 WL 324093
(N.D. Cal. June 22, 1994) .................................................................................................2

Buzoiu v. Risk Management Alternatives, Inc., 2004 WL 1505061
(E.D. Pa. June 14, 2004) ...................................................................................................3

In re Carbon Black Antitrust Litigation, 2005 WL 102966 (D. Mass. Jan. 18, 2005) ........4

In re Cornerstone Propane Partners Sec. Litigation, 2006 WL 1180267
(N.D. Cal. May 3, 2006) ...................................................................................................5

In re Stratus Comp., Inc. Sec. Litigation, 1992 WL 73555 (D. Mass. Mar. 27, 1992)........6

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on July 25, 2006.

/s/ Michael D. Blanchard_____
Michael D. Blanchard