UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
|  | : |  |
| IN RE BIOPURE CORPORATION | : | Civ. No. 03-12628-NG |
| SECURITIES LITIGATION | : |  |
|  | : |  |

---

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND THE DEADLINE
FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO STRIKE
ERRATA SHEETS (DOCKET NO. 141) UNTIL SEPTEMBER 11, 2006**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiffs hereby move this Court, with the assent of Defendants, to extend the deadline within which Plaintiffs must file their opposition to Defendants' Motion to Strike Errata Sheets (Docket No. 141) until September 11, 2006, the same date on which Plaintiffs' class certification reply is due pursuant to the parties' Stipulation Regarding Class Certification Discovery And Class Certification Briefing Schedule (Docket No. 139) which was adopted by this Court's Electronic Endorsement on July 7, 2006.

As grounds for this motion, Plaintiffs state as follows:

1. Defendants' counsel have assented to the relief sought by this motion.

2. The extension is necessary to accommodate the pre-existing vacation plans of multiple members of Plaintiffs' counsel.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order that extends the deadline within which Plaintiffs must file their opposition to Defendants' Motion to Strike Errata Sheets (Docket No. 141) until September 11, 2006.

Dated: August 3, 2006                                   Respectfully submitted,

                                                        **SHAPIRO HABER & URMY LLP**


                                                        **/s/ Matthew L. Tuccillo**
                                                        Edward F. Haber BBO # 215620
                                                        Theodore M. Hess-Mahan BBO # 557109
                                                        Matthew L. Tuccillo BBO # 643336
                                                        53 State Street
                                                        Boston, MA 02109
                                                        (617) 439-3939

                                                        **STULL, STULL & BRODY**
                                                        Jules Brody (*pro hac vice*)
                                                        Howard T. Longman (*pro hac vice*)
                                                        Timothy J. Burke (*pro hac vice*)
                                                        6 East 45th Street
                                                        New York, New York 10017
                                                        (212) 687-7230

                                                        **Co-Lead Counsel For**
                                                        **Lead Plaintiff and The Class**


### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel conferred in a good faith effort to narrow or resolve the issues raised in this motion. As a result, Defendants have assented to the relief sought herein.

                                                        **/s/ Matthew L. Tuccillo**
                                                        Matthew L. Tuccillo


### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 3rd day of August, 2006.

                                                        **/s/ Matthew L. Tuccillo**
                                                        Matthew L. Tuccillo