# Clearing Firm Client Account Profile

**Registered Representative:** Berney Harris III

**INVESTMENT TRACKER**

EXHIBIT 46 n.e. 5/31/06

## Account Information

| | |
|---|---|
| Account Number: | 5VW8118969 |
| Client Short Name: | ESPOSTO JO |
| Rep ID: | 000285 |
| TaxID: | [redacted] |
| Product Type: | Standard Brokerage |
| Registration Type: | Retirement Plans - Qualified |

## Instructions Information

| | |
|---|---|
| Security: | Hold In Street Name |
| Proceeds: | Register and Hold |
| Dividends: | Credit Account |

## Client Information

SEP FBO John Esposito M D
Pershing Lic As Cu Acct Closed

## Suitability Information

There is no suitability information on file for this account

## Account Detail

| Position Market Value | Account Equity | Account Equity % | Funds Available (Free Cash) | Funds Unavailable | Funds Unsettled | Pending Funds (Free Credit) | Shorted Funds | YTD Deposit | Total Money Market Balance | Account Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | | | | | [redacted] | [redacted] | [redacted] |

**Activity - Sorted by Trade Date (Descending)**

Date Range: 04/12/2000 To 05/11/2006
Filter Symbol: BPUR (09085H105) - Biopure Corp Cl A Solicited

| Account Type | Trans Type | Status | Transaction Description/Security Description | Activity Date | Trade Date | Settle Date | Quantity | Price | Net Amount | Comm | Fees | Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | Other | Others | TDA - Your Asset Transferred | 01/14/05 | 01/14/05 | | -1,200.000 | $0.54 | -$648.00 | $0.00 | $0.00 | -$648.00 |
| | | | Biopure Corp Cl A *R/S* Eff 5-27-05 1 Old=.18888 Cusfp09085H303 Biopure Corp Cl A New | | | | | | | | | |



CONFIDENTIAL    REDACTED

© 1996-2006 Metropolitan Life Insurance Company, licensed to Walnut Street Securities, Inc. All Rights Reserved.    5/12/2006 11:08 AM EST    Page 1 of 2

MAY 12 2006 10:58 AM FR METLIFE    732 326 4931 TO 912129612500

# Clearing Firm Client Account Profile

**INVESTMENT TRACKER**

Registered Representative:
**Berney Harris III**

### Account Information

Account Number: 5W8116969
Client Short Name: ESPOSITO JO
Activity - Sorted by Trade Date (Descending)

| Account Type | Trans Type | Status | Transaction Description / Security Description | Activity Date | Trade Date | Settle Date | Quantity | Price | Net Amount | Comm | Fee | Gross Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | Buy | Settled | BS Biopure Corp Cl A Solicited Order | 08/21/03 | 08/21/03 | 08/26/03 | 600.000 | $8.22 | $4,932.00 | $112.62 | $4.00 | $5,048.52 |
| Cash | Buy | Settled | BS Biopure Corp Cl A Solicited   A Pershing Co Makes A Mkt In This Sec & Acted As Principal | 08/12/03 | 08/12/03 | 08/15/03 | 500.000 | $7.00 | $3,500.00 | $87.82 | $4.00 | $3,591.82 |
| Cash | Buy | Settled | BS Biopure Corp Cl A Solicited   A Pershing Co Makes A Mkt In This Sec & Acted As Principal | 08/12/03 | 08/12/03 | 08/15/03 | 100.000 | $7.01 | $701.00 | $17.58 | $0.00 | $718.58 |

This is not an account statement of Walnut Street Securities or any other financial institution. This report is provided as an accommodation only, and the values contained in this report are simply intended as a general guide. Note: This report is compiled using information obtained from clearing firms, mutual fund companies, insurance companies, and other financial institutions. However, Walnut Street Securities neither independently verifies nor guarantees the accuracy of any information obtained from third parties. You are advised to verify the accuracy of this information directly with the supplying institution. Due to market fluctuation, prices may vary from actual liquidation value. Investment return and principal value will fluctuate with changes in market conditions such that your investment may be worth more or less than original cost when redeemed. Values are presented as available on the date of the report. The contents of this report should not be relied upon to compute taxes, for lending, or for legal purposes. Please use the individual statements you receive directly from the financial institutions to verify the activity and value of your accounts.

Securities products offered through Walnut Street Securities, Inc., St. Louis, MO
(L10053DE(exp1207)EBD).

CONFIDENTIAL

©1998-2006 Metropolitan Life Insurance Company, licensed to Walnut Street Securities, Inc. All Rights Reserved.

5/12/2006 11:00 AM EST
Page 2 of 2

MAY 12 2006 10:58 AM FR METLIFE