UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civ. No. 03-12628 -NG |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of plaintiffs and the class in the above-captioned action. Plaintiffs and the class will continue to be represented by court-appointed lead counsel. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007                              Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiffs*

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan