UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE BIOPURE CORPORATION ) <br> SECURITIES LITIGATION ) <br> ) | Civil Action No. 03-CV-12628-NG |

## NOTICE OF WITHDRAWAL

Please take notice that Jodi D. Luster withdraws her appearance as counsel for Defendant Ronald F. Richards. Christopher F. Robertson will continue to represent Defendant Ronald F. Richards in the above-captioned action.

> Respectfully submitted,
> RONALD F. RICHARDS
> By his Attorneys,
>
> /s/Jodi D. Luster
> Jodi D. Luster (BBO #657853)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane
> Suite 300
> Boston, MA 02210-2028
> Telephone:   (617) 946-4800
> Facsimile:   (617) 946-4801

DATED: January 11, 2007

BO1 15822701.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2007, the foregoing *Notice of Withdrawal* was filed on behalf of Ronald F. Richards. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jodi D. Luster
Jodi D. Luster
Counsel for Defendant Ronald F. Richards