# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Todd S. Heyman
Matthew L. Tuccillo
Adam M. Stewart
Robert E. Ditzion

February 6, 2007

*Counsel*

Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ehaber@shulaw.com

**VIA ECF FILING AND HAND DELIVERY**

Honorable Nancy Gertner
United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *In re: Biopure Securities Litigation,* No: 03-12628-NG

Dear Judge Gertner:

I write on behalf of all parties to the above-referenced action. I am pleased to advise you that the parties have reached an agreement in principle for the settlement of this action subject, of course, to the Court's approval pursuant to Rule 23(e). The parties will be entering into a formal stipulation of settlement which we will then present to your Honor for preliminary approval. We currently anticipate that we will be able to file the motion for preliminary approval by March 15, 2007.

In light of this development, the parties request that your Honor take no action on any of the motions currently pending in this case.

Respectfully,

Edward F. Haber

EFH:arn

cc: All Counsel of Record (via ECF service)