UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 MAR 19 P 3: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| IN RE BIOPURE CORPORATION<br>SECURITIES LITIGATION | Civil Action No. 03-12628-NG |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Cathy Fleming, formerly of Edwards Angell Palmer & Dodge, LLP, as counsel for Defendant, Howard Richman in the above-referenced proceeding. John D. Hughes, John J. Tumilty and Mary Patricia Cormier of Edwards Angell Palmer & Dodge, LLP, will continue to represent Defendant, Howard Richman in this action.

Respectfully Submitted,

Cathy Fleming
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
(212) 940-3000
(866) 403-7673 (fax)
cafleming@nixonpeabody.com

Dated: March 5, 2007