**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civ. No. 03-12628-NG |

**JOINT MOTION TO DENY PENDING MOTIONS AS MOOT**

Now come all of the Plaintiffs and all of the Defendants in the above-referenced action and they hereby respectfully move this Honorable Court to deny, without prejudice, as moot, the following motions which are pending in this action:

- Plaintiffs' Motion for Class Certification (Docket No. 127);

- Plaintiffs' Amended Motion for Class Certification (Docket No. 131);

- Plaintiffs' Motion for Protective Order (Docket No. 132);

- Defendant Biopure Corporation's Motion to Compel Discovery From Named Plaintiffs and for an Extension of the Class Certification Briefing Schedule (Docket No. 134); and

- Defendants' Motion to Strike Errata Sheets (Docket No. 141).

As the parties have previously advised the Court in letters dated February 6, 2007 and March 23, 2007 (Docket Numbers 156 and 157), the parties have reached an agreement in principle for the settlement of this class action, subject to approval of the Court. Accordingly, the motions set forth above should be denied, without prejudice, as moot. The parties further respectfully move that the Court's order denying the above-referenced motions, without prejudice, as moot, provide that if, for any reason, settlement

of this action is not consummated, then the Court will upon notice by the parties deem each of the above motions, and all filings in support and in opposition to those motions, to be refiled in this action, *nunc pro tunc*, without any further action by the Plaintiffs or the Defendants.

Date:  March 28, 2007                                              Respectfully Submitted,

**SHAPIRO HABER & URMY LLP**                      **BINGHAM McCUTCHEN LLP**

/s/ Edward F. Haber                                              /s/ Robert A. Buhlman
Edward F. Haber BBO # 215620                       Robert A. Buhlman BBO # 554393
Matthew L. Tuccillo BBO # 643336                   Michael D. Blanchard BBO # 636860
53 State Street                                                    150 Federal Street
Boston, MA 02109                                              Boston, MA  02110
(617) 439-3939                                                    (617) 951-8000

**STULL, STULL & BRODY**                              **Counsel for Defendants**

/s/ Howard T. Longman
Jules Brody (*pro hac vice*)
Howard T. Longman (*pro hac vice*)
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Co-Lead Counsel For
Lead Plaintiff and The Class**

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 28th day of March, 2007.

/s/ Edward F. Haber
Edward F. Haber