UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civ. No. 03-12628-NG |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Now come all of the Plaintiffs and all of the Defendants in the above-referenced action and they hereby respectfully move this Honorable Court to grant preliminary approval of their settlement of this action by entering the Proposed Order of Preliminary Approval attached hereto as Exhibit A. In support of this Joint Motion, the parties rely upon the Stipulation of Settlement and all exhibits appended thereto.

In addition, the parties respectfully request that the Court calendar the Settlement Fairness Hearing, as discussed in the Proposed Order of Preliminary Approval, on September 17, 2007 or as soon thereafter as is convenient for the Court.

Date: May 17, 2007                              Respectfully Submitted,

**SHAPIRO HABER & URMY LLP**           **BINGHAM McCUTCHEN LLP**

/s/ Edward F. Haber                              /s/ Robert A. Buhlman
Edward F. Haber BBO # 215620          Robert A. Buhlman BBO # 554393
Matthew L. Tuccillo BBO # 643336      Michael D. Blanchard BBO # 636860
53 State Street                                       150 Federal Street
Boston, MA 02109                                 Boston, MA 02110
(617) 439-3939                                      (617) 951-8000

**Co-Lead Counsel For**                        **Counsel for Defendants**
**Lead Plaintiff and The Class**

**STULL, STULL & BRODY**

/s/ Howard T. Longman
Jules Brody (*pro hac vice*)
Howard T. Longman (*pro hac vice*)
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Co-Lead Counsel For
Lead Plaintiff and The Class**

## Certificate of Service

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 17th day of May, 2007.

                                        /s/ Edward F. Haber
                                        Edward F. Haber