UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: BIOPURE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) CIVIL ACTION NO. 03-12628-NG |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE
PROPOSED CLASS ACTION SETTLEMENT**

Lead Plaintiff Ronald Erickson and Plaintiff Dr. John G. Esposito, Jr., through their counsel, respectfully submit this Motion For Final Approval of the Proposed Class Action Settlement. For all the reasons set forth in the accompanying Memorandum of Law, Joint Declaration of counsel, and other contemporaneously filed documents, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order attached hereto as Exhibit 1.

DATED: September 17, 2007

/s/ **Edward F. Haber**
Edward F. Haber, Esq. (BBO# 215620)
Matthew L. Tuccillo, Esq. (BBO# 643336)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Telephone: 617-439-3939

Jules Brody, Esq.
Howard T. Longman, Esq.
Melissa Emert, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

  I hereby certify that the parties' counsel conferred in a good faith effort to narrow or resolve the issues raised in this motion. As a result, Defendants have assented to the relief sought herein.

               **/s/ Edward F. Haber**
               Edward F. Haber

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 17th day of September, 2007.

               **/s/ Edward F. Haber**
               Edward F. Haber