**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE BIOPURE CORPORATION SECURITIES LITIGATION | Civ. No. 03-12628-NG |

### DECLARATION OF EDWARD F. HABER FILED ON BEHALF OF SHAPIRO HABER & URMY LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

I, Edward F. Haber, under penalty of perjury, hereby declare:

1. I am a member of the firm of Shapiro Haber & Urmy LLP. I am submitting this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation. The fees and expenses described in this affidavit have not been the subject of any prior request, or prior award, in this litigation.

2. This firm is one of the Co-Lead Counsel appointed by the Court on May 14, 2004.

3. The total number of hours spent by Shapiro Haber & Urmy on this litigation, as of September 11, 2007, is 2,181.3. The total lodestar amount for the attorney and paralegal time based on the firm's current hourly rates is $1,013,838.50. Attached hereto as Exhibit A is a report reflecting the rates and hours spent on this case by each professional or paraprofessional of the firm.

4. As one of the Co-Lead Counsel, my firm was involved in all aspects of the litigation and directly oversaw the entire litigation. The tasks performed by the Co-Lead Counsel, including our firm, are set out in the accompanying Joint Declaration of myself and the other Co-Lead Counsel.

5.      The hourly rates for the partners, attorneys and professional staff of my firm that are included in Exhibit A are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

6.      The time reflected in this affidavit was time actually spent, in the exercise of reasonable judgment by the attorneys and staff involved.  We were careful not to expend unnecessary hours and not to duplicate work done by others.

7.      My firm incurred a total of $83,626.01 in unreimbursed expenses paid or incurred in connection with our work in this litigation.  The expenses are broken down by category in Exhibit B attached hereto.  The expenses paid or incurred pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses paid or incurred.

Signed and sworn to under the pains and penalties of perjury under the laws of the United States, this 17th day of September, 2007.

**/s/ Edward F. Haber**
Edward F. Haber

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as nonregistered participants on the 17th day of September, 2007.

                                            **/s/ Edward F. Haber**
                                            Edward F. Haber