**BIOPURE CORPORATION SECURITIES LITIGATION**

**SHAPIRO HABER & URMY**

**Period:** Inception to September 13, 2007

A = Attorney; P = Paralegal

| Name | Hours | Hourly Rate | Lodestar |
|---|---:|---:|---:|
| Edward F. Haber (A) | 542.00 | $690.00 | $373,980.00 |
| Thomas G. Shapiro (A) | 16.20 | $690.00 | $11,178.00 |
| Michelle H. Blauner (A) | 8.00 | $590.00 | $4,720.00 |
| Todd Heyman (A) | 5.80 | $485.00 | $2,813.00 |
| Theodore M. Hess-Mahan (A) | 163.40 | $485.00 | $79,249.00 |
| Matthew L. Tuccillo (A) | 898.50 | $485.00 | $435,772.50 |
| Alyssa Petroff (P) | 2.50 | $170.00 | $425.00 |
| Allison R. Newman (P) | 56.50 | $170.00 | $9,605.00 |
| Carmen Iguina (P) | 67.70 | $170.00 | $11,509.00 |
| Courtney J. Wolfe (P) | 167.10 | $170.00 | $28,407.00 |
| Rose K. Alappat (P) | 103.20 | $170.00 | $17,544.00 |
| Rumya S. Putcha (P) | 5.20 | $170.00 | $884.00 |
| Adam Stewart (A) | 130.00 | $260.00 | $33,800.00 |
| Robert Ditzion (A) | 15.20 | $260.00 | $3,952.00 |
| **Totals:** | **2181.30** | | **$1,013,838.50** |