**BIOPURE CORPORATION SECURITIES LITIGATION**

**SHAPIRO HABER & URMY Expenses**
**PERIOD:** Inception to September 11, 2007

| CATEGORY | AMOUNT |
|---|---:|
| Copy Services | $776.95 |
| Delivery | $468.71 |
| Expert Fee | $60,978.81 |
| Facsimiles | $112.50 |
| Filing Fees | $100.00 |
| Meals | $171.48 |
| Mediation Expense | $8,819.68 |
| Parking | $10.00 |
| Photocopies | $3,752.25 |
| Postage | $76.87 |
| Research Expenses | $4,012.82 |
| Telephone | $167.93 |
| Transcripts | $2,818.19 |
| Travel | $1,359.82 |
| **Total:** | **$83,626.01** |