**BIOPURE CORPORATION SECURITIES LITIGATION**

**STULL, STULL & BRODY TIME & LODESTAR CHART**

**Period:** Inception to Date of Final Settlement Hearing (September 24, 2007)

A = Attorney; P = Paralegal

| Name | Hours | Hourly Rate | Lodestar |
|---|---:|---:|---:|
| Jules Brody (A) | 17.75 | $870.00 | $15,442.50 |
| Howard T. Longman (A) | 862.75 | $725.00 | $625,493.75 |
| Melissa Emert (A) | 156.00 | $665.00 | $103,740.00 |
| Timothy J. Burke (A) | 198.65 | $575.00 | $114,223.75 |
| James Lahm (A) | 0.25 | $495.00 | $123.75 |
| Jason D'Agnenica A) | 7.25 | $495.00 | $3,588.75 |
| Michael Klein (A) | 2.50 | $495.00 | $1,237.50 |
| Carl Gazzola (A) | 0.15 | $350.00 | $52.50 |
| Maksim Fuchs (A) | 0.67 | $340.00 | $227.80 |
| Andrew Kaver (A) | 0.17 | $305.00 | $51.85 |
| Cari Lewis (A) | 0.25 | $305.00 | $76.25 |
| Dennis Lin (A) | 0.13 | $305.00 | $39.65 |
| Jeff Smodish (A) | 0.75 | $305.00 | $228.75 |
| Chris Macey (3L) | 0.50 | $285.00 | $142.50 |
| Paul Sloan (3L) | 0.17 | $280.00 | $47.60 |
| Cathy Mucerino (P) | 22.00 | $250.00 | $5,500.00 |
| David Sheets (P) | 71.00 | $250.00 | $17,750.00 |
| Greta Evans (P) | 0.25 | $250.00 | $62.50 |
| Melanie Jacobs (P) | 29.85 | $250.00 | $7,462.50 |
| Paul Harrigan (P) | 0.50 | $250.00 | $125.00 |
| Norman Schiff (P) | 13.75 | $220.00 | $3,025.00 |
| Shmuel Honig (P) | 4.15 | $220.00 | $913.00 |
| **Totals:** | **1389.44** | | **$899,554.90** |