**BIOPURE CORPORATION SECURITIES LITIGATION**
**STULL, STULL & BRODY EXPENSES**
**PERIOD:** Inception to Date of Final Settlement Hearing (September 24, 2007)

| CATEGORY | AMOUNT |
|---|---|
| Lexis Legal Research, Pacer, Courtlink | $19,740.28 |
| Federal Express, Messenger Service | $523.70 |
| Disclosure, Document Retrieval | $59.50 |
| Press Releases | $375.00 |
| Labels, Mailing Lists, Envelopes | $285.40 |
| Airfare, Hotels, Taxis, Meals | $10,976.12 |
| Out-of-Office Copying | $1,705.91 |
| In-Office Copying | $441.25 |
| Faxes | $117.00 |
| Postage Meter | $1,256.43 |
| Telephone Conference Calls | $15.38 |
| Court Filing Fees | $55.00 |
| Mediation Costs | $9,605.06 |
| John C. Hammerslough (Damages Expert) | $5,960.00 |
| Estimated Travel to Settlement Hearing | $800.00 |
| Miscellaneous, including Telephones, additional Postage & In-Office Copying | $100.00 |
| **Total:** | **$52,016.03** |