UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE BIOPURE CORPORATION SECURITIES LITIGATION

CIVIL ACTION
NO. 03-12628-NG

### AFFIDAVIT OF DR. JOHN G. ESPOSITO

I, John G. Esposito, depose and say as follows:

1. My name is Dr. John G. Esposito, Jr. I was the named Plaintiff on an initial complaint and on the Consolidated Amended Complaint and the Second Consolidated Amended Complaint that were filed in this action. I am also a Class Representative in this action.

2. I suffered losses on my purchases of common shares of Biopure Corporation, Inc. ("Biopure") during the class period in this action of April 9, 2003 through December 24, 2003.

3. I am, and have been during the course of this litigation, a dentist engaged in the private practice of oral and maxillofacial surgery. In addition, I have a consulting practice and perform independent medical exams and provide expert testimony in connection therewith.

4. After learning on or about December 24, 2003 of significant declines in the value of

1  my Biopure shares and the FDA's halting of Biopure's clinical trauma trials for Hemopure, I
2  contacted one of my attorneys, Howard T. Longman of Stull, Stull & Brody.
3
4     5.  I have performed the following tasks as Plaintiff and class
5
6  representative in this action in this litigation:
7
        a. had initial consultation with counsel;
8
9       b. reviewed the complaint filed in this action and study and reviewed
10 my Plaintiff's Certification;
11      c. studied and approved the Consolidated Amended Complaint and the
12 Second Consolidated Amended Complaint;
13
        d. reviewed and discussed with counsel legal issues related to Defendants'
14
15 motions to dismiss;
16      g. made calls to or took calls from my counsel to discuss the status of case;
17      h. assembled documents for production to Defendants in connection with class
18 certification discovery and provided and reviewed interrogatory responses;
19
        i. prepared for my deposition with my counsel;
20
21      j. testified at deposition in response to Defendants' counsels' questioning; and
22
        k. conferred with my counsel regarding the settlement of this action.
23
24   6. I estimate that I have devoted at least 16 hours or two work days, to this litigation,
25 and probably even more. I earn approximately $3,000 per eight hour work day.
26
27
28

---

Joint Declaration in Support of the Motion for Final Approval of Partial Settlements and Plan of Allocation of Settlement Proceeds and the Motion for an Award of Attorneys' fees and Reimbursement of Expenses

Page 2

7. As a result of my devoting time to this litigation as described above, which took time away from my employment, I estimate I lost approximately $6,000 in income that I would otherwise have earned.

Signed under the penalties of perjury on September 10, 2007.

*/s/ John Geraty/*

Joint Declaration in Support of the Motion for Final Approval of Partial Settlements and Plan of Allocation of Settlement Proceeds and the Motion for an Award of Attorneys' fees and Reimbursement of Expenses
Page 3